## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMITHKLINE BEECHAM CORP., d/b/a<br>GLAXOSMITHKLINE<br>One Franklin Plaza<br>200 N. 16th St.<br>Philadelphia, PA 19102-1225<br><br>        Plaintiff,<br><br>    v.<br><br>HON. DAVID J. KAPPOS<br>Under Secretary of Commerce for Intellectual<br>Property and Director of the United States Patent<br>and Trademark Office<br>Office of General Counsel,<br>United States Patent and Trademark Office<br>P.O. Box 15667, Arlington, VA 22215<br>Madison Building East, Rm. 10B20<br>600 Dulany Street, Alexandria, VA 22314<br><br>        Defendant. | Civil Action No.: |

## COMPLAINT

Plaintiff, SmithKline Beecham Corp., d/b/a GlaxoSmithKline ("Plaintiff" or "GSK"), for

its complaint against the Honorable David J. Kappos, states as follows:

## NATURE OF THE ACTION

1.      This is an action by the assignee of United States Patent No. 7,514,437 ("the '437

patent") seeking judgment, pursuant to 35 U.S.C. §154(b)(4)(A), that the patent term adjustment

for the '437 patent be changed from 375 days to at least 813 days.

2.      This action arises under 35 U.S.C. §154 and the Administrative Procedures Act, 5

U.S.C. §§701-706.

## JURISDICTION AND VENUE

3.     This Court has jurisdiction to hear this action and is authorized to issue the relief sought pursuant to 28 U.S.C. §§1331, 1338(a), and 1361, 35 U.S.C. §154(b)(4)(A) and 5 U.S.C. §§701-706.

4.     Venue is proper in this district by virtue of 35 U.S.C. §154(b)(4)(A).

5.     This Complaint is timely filed in accordance with 35 U.S.C. §154(b)(4)(A).

## THE PARTIES

6.     Plaintiff GSK is a corporation organized and existing under the laws of Pennsylvania, having an office and place of business at One Franklin Plaza, 200 N. 16th St., Philadelphia, PA 19102-1225.

7.     Defendant David J. Kappos is the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("PTO"), acting in his official capacity.  The Director is the head of the agency, charged by statute with providing management supervision for the PTO and for the issuance of patents.  The Director is the official responsible for determining the period of patent term adjustment under 35 U.S.C. §154.

## BACKGROUND

8.     Alan David Borthwick, Richard Jonathan Hatley, Deidre Mary Bernadette Hickey, John Liddle, David George Hubert Livermore, Andrew McMurtrie Mason, Neil Derek Miller, Fabrizio Nerozzi, Steven Leslie Sollis, Anna Katrin Szardenings, and Paul Graham Wyatt are the inventors of the '437 patent, which issued on April 7, 2009, from U.S. Patent Application

No. 10/499,177 ("the '177 application") entitled "Substituted Diketopiperazines as Oxytocin

Antagonists."  The '437 patent is attached as Exhibit A.

9.      Plaintiff GSK is the assignee of the '437 patent.

10.     Section 154 of Title 35 of the United States Code requires that the Director of the

PTO grant a patent term adjustment in accordance with the provisions of Section 154(b).

Specifically, 35 U.S.C. §154(b)(3)(D) states that "[t]he Director shall proceed to grant the patent

after completion of the Director's determination of a patent term adjustment under the

procedures established under this subsection, notwithstanding any appeal taken by the applicant

of such determination."

11.     In determining patent term adjustment, the Director is required to extend the term

of a patent for a period equal to the total number of days attributable to delay by the PTO under

35 U.S.C. §154(b)(1), as limited by any overlapping periods of delay by the PTO as specified

under 35 U.S.C. §154(b)(2)(A), any disclaimer of patent term by the applicant under 35 U.S.C.

§154(b)(2)(B) and any delay attributable to the applicant under 35 U.S.C. §154(b)(2)(C).

12.     The Director made a determination of patent term adjustment pursuant to 35

U.S.C. §154(b)(3) and issued the '437 patent reflecting that determination.

13.     35 U.S.C. §154(b)(4)(A) provides that "[a]n applicant dissatisfied with a

determination made by the Director under paragraph (3) shall have remedy by a civil action

against the Director filed in the United States District Court for the District of Columbia within

180 days after grant of the patent.  Chapter 7 of Title 5 shall apply to such an action."

## CLAIM FOR RELIEF

14.     The allegations of paragraphs 1-13 are incorporated in this claim for relief as if fully set forth.

15.     The patent term adjustment for the '437 patent, as determined by the Director under 35 U.S.C. §154(b) and indicated on the face of the '437 patent, is 375 days.  (*See* Ex. A at page 1.)  The determination of this patent term adjustment should be corrected because the PTO did not properly account for the delays that occurred before the date that was three years after the actual filing of the '177 application, pursuant to 35 U.S.C. §154(b)(1)(B).  The correct patent term adjustment for the '437 patent is at least 813 days.

16.     The '177 application is a national stage filing under 35 U.S.C. §371 of international application number PCT/EP02/14823, filed December 20, 2002, which claims the benefit of priority of Great Britain application number 0130677.8, filed December 21, 2001. (*See* Ex. A at page 1.)

17.     35 U.S.C. §371(b) and (f) define the actual filing date, or commencement, of a United States national stage application.  According to 35 U.S.C. §371(b), the U.S. national stage commences on the date that is 30 months after the priority date of a Patent Cooperation Treaty ("PCT") application unless the applicant files an express request for early processing under 35 U.S.C. §371(f).  Under 35 U.S.C. §371(f), if the applicant files an express request for early processing and completes all requirements under 35 U.S.C. §371(c) prior to the 30-month date specified in §371(b), the national stage will commence on this earlier date.

18.     Here, GSK filed an express request for early processing with the PTO for the '177 application on June 15, 2004, but did not submit all requirements under 35 U.S.C. §371(c) until

January 31, 2005. Thus, the actual filing date of GSK's '177 application is the date that is 30 months after the priority date of the PCT application (June 21, 2004).

19.     On January 13, 2005, the PTO mailed GSK a "Notification of Missing Requirements" under 35 U.S.C. §371, indicating that the inventor's oath or declaration, in compliance with 37 C.F.R. 1.497(a) and (b), must be furnished to complete the requirements for acceptance under 35 U.S.C. §371.

20.     This inventor's oath or declaration was filed on January 31, 2005, thus satisfying all requirements for filing under 35 U.S.C. §371(c)(1), (2) and (4) ("the 371(c) completion date"). (*See* Ex. A at page 1.)

21.     Under 35 U.S.C. §154(b)(1)(A), the applicant is guaranteed prompt PTO responses. If the issue of an original patent is delayed due to the failure of the PTO to engage in reasonable efforts to conclude prosecution, the term of the patent shall be extended in accordance with 37 C.F.R. § 1.703 (a) ("A Delay"). Here, the A Delay was calculated to be 408 days including 397 days caused by the failure of the PTO to issue the first office action within 14 months from the 371(c) completion date and 11 days by failure to respond within 4 months to the Plaintiff's response to a non-final rejection.

22.     Under 35 U.S.C. §154(b)(1)(B) and 37 C.F.R. §1.702(b), the applicant is guaranteed no more than a 3-year application pendency from the "actual filing date" of the application. Delay caused by the failure of the PTO to issue a patent within 3 years is assessed in accordance with 37 C.F.R. §1.703(b) ("B Delay"). The term of a patent shall be extended 1 day for each day after the end of that 3-year period until the patent is issued, not including any delay in the processing of the application requested by the applicant.

23.     The starting date of the 3-year period is set forth in 35 U.S.C. §371(b): "Subject to subsection (f) of this section, the national stage shall commence with the expiration of the applicable time limit under article 22(1) or (2) or under article 39(1) of the [PCT]."  According to the above, the actual filing date of the '177 application was the expiration of the 30-month period (June 21, 2004) and the 3-year pendency ended on June 21, 2007.  Because GSK filed a Request for Continued Examination ("RCE") on September 12, 2008, the total B Delay is the period beginning on June 21, 2007 and ending on the date the RCE was filed, which is 449 days.

24.     Under 35 U.S.C. §154(b)(2)(C), the number of days of applicant delay is 33 days.

25.     35 U.S.C. §154(b)(2)(A) provides that "to the extent that periods of delay attributable to grounds specified in paragraph [b](1) overlap, the period of any adjustment … shall not exceed the actual number of days the issuance of the patent was delayed."  The overlap between the "A Delay" period (ending January 15, 2008) and the "B Delay" period (beginning January 5, 2008) in the prosecution of the '437 patent is 11 days.

26.     The '437 patent is not subject to a disclaimer of term.  Thus, the period of patent term adjustment is not limited under 35 U.S.C. §154(b)(2)(B).

27.     Accordingly, the correct patent term adjustment under 35 U.S.C. §154(b)(1) and (2) is the sum of the "A Delay" and "B Delay" (408 + 449 = 857) reduced by the number of days of applicant delay (33 days) and overlap period (11 days) for a net adjustment of 813 days.

28.     The Director calculated the "B Delay" as having commenced on the 35 U.S.C. §371(c) completion date of the '177 application instead of as having commenced on the day that was three years after the actual filing date of the '177 application. As a result, the Director incorrectly determined that the entire period of "B Delay" overlapped with the entire period of "A Delay."

29.     Thus, the net patent term adjustment should not have been limited under 35 U.S.C. §154(b)(2)(A) by 375 days. Rather, the net patent term adjustment should have been 813 days.

30.     In *Wyeth v. Dudas*, 580 F. Suppl. 2d 138 (D.D.C. 2008), this Court explained the proper construction of the provisions of 35 U.S.C. §154(b) for determining patent term adjustment.  In accordance with *Wyeth*, the patent term adjustment for the '437 patent is properly determined to be 813 days, as set forth above.

31.     Further, the Director should not have calculated the "B Delay" as having commenced three years after the 35 U.S.C. §371(c) completion date of the '177 application.  As stated in 35 U.S.C. §371(b), the actual filing date of a U.S. national stage application is the date that is 30 months after the priority date of the PCT application unless the applicant files an express request for early processing under 35 U.S.C. §371(f) and completes all requirements under 35 U.S.C. §371(c) prior to the 30-month date specified in §371(b).  As stated above, since GSK did not complete all requirements under 35 U.S.C. §371(c) prior to the 30-month date, the actual filing date for the '177 application was June 21, 2004.

32.     Thus, the Director should have calculated the amount of "B" delay as having commenced three years after the actual filing date (June 21, 2007), rather than three years after the 35 U.S.C. §371(c) completion date (January 31, 2008).

33.     Therefore, regardless of the outcome of *Wyeth v. Dudas*, 580 F. Suppl. 2d 138 (D.D.C. 2008) in the Federal Circuit, GSK is entitled to a recalculation of the amount of "B" delay.  Under the PTO's interpretation, the '437 patent is entitled to 416 days of patent term adjustment (449 days of "B" delay – 33 days of Applicant delay = 416 days of patent term adjustment), which is 41 days more than the 375 days provided by the Director.

34.     The determination that the '437 patent is entitled to only 375 days of patent term adjustment is arbitrary, capricious, an abuse of discretion or otherwise not in accordance with the law and in excess of statutory jurisdiction, authority or limitation.

## PRAYER FOR RELIEF

Wherefore, Plaintiff demands judgment against Defendant and respectfully requests that this Court enter Orders:

A.     Changing the period of patent term adjustment for the '437 patent term from 375 days to 813 days and requiring the Director to extend the term of the '437 patent to reflect the 813 day patent term adjustment.

B.     Changing the period of "B" delay for the '437 patent term to 416 days of patent term adjustment and requiring the Director to extend the term of the '437 patent to reflect that change.

C.     Granting such other and future relief as the nature of the case may admit or require and as may be just and equitable.

Dated:  October 5, 2009                     Respectfully submitted,

Edmund J. Haughey, III (DC Bar No. 462773)
FITZPATRICK, CELLA, HARPER & SCINTO
975 F Street, N.W.
Washington, DC 20004
Telephone: (202) 530-1010
Facsimile: (202) 530-1055
E-mail: ehaughey@fchs.com

*Attorney for Plaintiff SmithKline Beecham Corp.,*
  *d/b/a GlaxoSmithKline*

Of Counsel:

Colleen Tracy, Esq.
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200
E-mail: ctracy@fchs.com

# Exhibit A

US007514437B2

(12) **United States Patent**
Borthwick et al.

(10) **Patent No.:**     **US 7,514,437 B2**
(45) **Date of Patent:**          **Apr. 7, 2009**

(54) **SUBSTITUTED DIKETOPIPERAZINES AS OXYTOCIN ANTAGONISTS**

(75) Inventors: **Alan David Borthwick**, Stevenage
(GB); **Richard Jonathan Hatley**,
Stevenage (GB); **Deirdre Mary
Bernadette Hickey**, Stevenage (GB);
**John Liddle**, Stevenage (GB); **David
George Hubert Livermore**, Harlow
(GB); **Andrew McMurtrie Mason**,
Stevenage (GB); **Neil Derek Miller**,
Harlow (GB); **Fabrizio Nerozzi**,
Stevenage (GB); **Steven Leslie Sollis**,
Stevenage (GB); **Anna Katrin
Szardenings**, San Diego, CA (US); **Paul
Graham Wyatt**, Cambridge (GB)

(73) Assignee: **SmithKline Beecham Corp.**,
Philadelphia, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 375 days.

(21) Appl. No.: **10/499,177**

(22) PCT Filed: **Dec. 20, 2002**

(86) PCT No.: **PCT/EP02/14823**

§ 371 (c)(1),
(2), (4) Date: **Jan. 31, 2005**

(87) PCT Pub. No.: **WO03/053443**

PCT Pub. Date: **Jul. 3, 2003**

(65) **Prior Publication Data**

US 2005/0148572 A1     Jul. 7, 2005

(30) **Foreign Application Priority Data**

Dec. 21, 2001     (GB)     .................................. 0130677.8

(51) **Int. Cl.**
*A61K 31/497* (2006.01)
*A61K 31/4965* (2006.01)
*C07D 241/00* (2006.01)
*C07D 241/02* (2006.01)

(52) **U.S. Cl.** .............................. **514/252.1**; 514/255.05;
514/255.06; 544/336

(58) **Field of Classification Search** ................. 544/336;
514/255.05, 255.06, 525.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,596,819 A     6/1986    Nicolaides et al.

5,464,788 A     11/1995    Bock et al.
5,817,751 A     10/1998    Szardenings et al.
2007/0149524 A1    6/2007    Liddle
2007/0185162 A1    8/2007    Borthwick et al.
2007/0208031 A1    9/2007    Borthwick et al.
2007/0254888 A1    11/2007    Borthwick et al.

FOREIGN PATENT DOCUMENTS

| GB | 2 326 639 | 12/1998 |
| WO | WO-9937304 | 7/1999 |
| WO | WO-9938844 | 8/1999 |
| WO | WO 99/47549 | * | 9/1999 |
| WO | WO2005/000311 A1 | 6/2004 |
| WO | WO2006/067462 A1 | 12/2005 |

OTHER PUBLICATIONS

Sarnyai, Z., et al., Role of Oxytocin in the Neuroadaptation to Drugs
of Abuse, Psychoneuroendocrinology, vol. 19, Issue 1, 85-117
(1994)(abstract).*
West, Anthony R., Solid State Chemistry and Its Applications, Wiley,
New York, 1988, 358.*
Grigorash, et al.; Chem. Heterocycl. Compound; 1977; 13; pp. 1280-
1282.
Kolasa, et al.; J. Org. Chem.; 1990; 55; pp. 1711-1721.
Pettibone, et al; Drug Development Research; 1993; 30; pp. 129-142.
V. Stella; Pro Drugs as Novel Drug Delivery Systems; Pro Drugs: An
Overview and Definition; 1975; pp. 1-115; ACS Symposium Series,
American Cheimcal Society; Washington, D.C.
Wyatt, et al.; Bioorganic & Med. Chem. Letters; 2001; 11; pp. 1301-
1305.

* cited by examiner

*Primary Examiner*—James O Wilson
*Assistant Examiner*—Erich A Leeser
(74) *Attorney, Agent, or Firm*—Tony W. Peng; Stephen
Venetianer; Charles M. Kinzig

(57)     **ABSTRACT**

A method of treating or preventing diseases or conditions
mediated through the action of oxytocin which comprises
administering to a mammal in need thereof of an effective
amount of a compound of the formula (I)



and/or a physiologically acceptable derivative thereof,
wherein the substituents have the meaning given in the
description. Disclosed are also novel compounds of formula
(I) and processes for their preparation.

**12 Claims, No Drawings**

US 7,514,437 B2

1

# SUBSTITUTED DIKETOPIPERAZINES AS OXYTOCIN ANTAGONISTS

This invention relates to the use of a class of diketopiperazine derivatives as potent and selective antagonists of oxytocin, to novel compounds within that class and to processes for their preparation.

U.S. Pat. No. 5,817,751 describes combinatorial and solid phase methods for the synthesis of diverse diketopiperazine derivatives and the use of these methods to create libraries of diverse diketopiperazine derivatives.

WO99/47549 describes diketopiperazine derivatives including 3-benzyl-2,5 diketopiperazine derivatives as inhibitors of fructose 1,6-bisphospate (FBPase). WO99/38844 describes a method for preparing N-[aliphatic or aromatic)carbonyl]-2-aminoacetamide compounds and their cyclisation to give inter alia diketopiperazine derivatives.

WO99/37304 describes oxaheterocyclyl compounds including oxapiperazinyl compounds that are inhibitors of Factor Xa.

The hormone oxytocin is potent contractor of the uterus and is used for the induction or augmentation of labour. Also the density of uterine oxytocin receptors increases significantly by >100 fold during pregnancy and peaks in labour (pre-term and term). Pre-term births/labour (between 24 and 37 weeks) causes about 60% of infant mortality/morbidity and thus a compound which inhibits the uterine actions of oxytocin e.g. oxytocin antagonists, should be useful for the prevention or control of pre-term labour.

We have found a class of diketopiperazine derivatives which exhibit a particularly useful level of activity as selective antagonists at the oxytocin receptor.

The present invention thus a method of treating or preventing diseases or conditions mediated through the action of oxytocin which comprises administering to a mammal in need thereof an effective amount of a compound of the formula (I)



(I)

and/or a physiologically acceptable derivative thereof, wherein:

$R_1$ represents aryl $(C_{1-4})$ alkyl or a 5-7 membered cycloalkyl group optionally substituted with one or more hydroxyl groups which is fused to an optionally substituted benzene ring;

$R_2$ represents $C_{1-6}$alkyl (optionally substituted by a $C_{1-2}$alkoxy, $C_{1-2}$alklthio, di($C_{1-2}$alkyl) amino or $C_{3-6}$cycloalkyl group) or $C_{3-6}$cycloalkyl, or 5-6 membered heterocyclic group containing a single hetero atom selected from O, S or N, which nitrogen atom carries a hydrogen atom or a methyl or ethyl group;

$R_3$ represents optionally substituted phenyl, a 5 or 6 membered hetero aryl group or a fused bicyclic ring system containing 9-10 ring members which may be a carbocyclic group or it may contain up to 3 heteroatoms selected from O, S or N and one of the fused rings is benzene;

2

$R_4$ represents OH or $OC_{1-4}$ alkyl (optionally substituted with $C_{1-4}$alkylcarbonyloxy) or $NR_5R_6$;

$R_5$ represents hydrogen, $C_{1-6}$alkyl (optionally substituted with $C_{1-4}$alkoxy) or $C_{3-7}$cycloalkyl;

$R_6$ represents hydrogen, $C_{1-4}$alkoxy, $C_{3-7}$cycloalkyl, $C_{1-4}$alkyl [optionally substituted with one or more groups selected from, carboxyl, $C_{1-4}$alkylsulphonyl, or $C_{1-4}$alkoxycarbonyl], $C_{2-4}$alkyl [optionally substituted with one or more groups selected from halogen, hydroxy, $C_{1-4}$alkoxy or $NR_7R_8$ wherein $R_7$ and $R_8$ independently represent hydrogen or $C_{1-4}$alkyl or together with the nitrogen atom to which they are attached to form a 3-7 membered saturated heterocyclic ring which may contain an additional heteroatom selected from O, S or N (and which heterocyclic group may be substituted by 1 to 3 groups selected from $C_{1-3}$alkyl, hydroxy, $C_{1-3}$ alkoxy (optionally substituted by $C_{3-6}$cycloalkyl or optionally subtituted phenyl), $C_{3-6}$cycloalkyl or $NR_cR_d$ wherein $R_c$ and $R_d$ each independently represent a group selected from $C_{1-3}$alkyl (optionally substituted by $C_{3-6}$cycloalkyl or optionally substituted phenyl) or $C_{3-6}$cycloalkyl)] or $R_6$ represents a phenyl or benzyl group (optionally substituted by one or more methoxy or benzyloxy groups) or an optionally substituted heteroarylmethyl group or a heteroaryl group or $C_{3-7}$cycloalkyl or the group $CH_2CONR_9R_{10}$ wherein $R_9$ represents hydrogen or $C_{1-4}$alkyl, $R_{10}$ represents hydrogen, $C_{1-4}$alkyl optionally substituted by a 5 or 6 membered heteroaryl group or $R_9$, $R_{10}$ and the nitrogen atom to which they are attached together form a 5 or 6 membered saturated heterocyclic ring and wherein the 6 membered heterocyclic group may contain an additional heteroatom selected from oxygen, sulphur or nitrogen and the additional nitrogen atom either carries a hydrogen atom or a $C_{1-4}$alkyl or $C_{1-4}$alkanoyl group; or $R_5$ and $R_6$ together with the nitrogen atom to which they are attached form a 3 to 7 membered saturated heterocyclic ring which heterocycle may contain an additional heteroatom selected from oxygen, sulphur and nitrogen and wherein the sulphur atom may be in an oxidised form e.g. $SO_2$ and the additional nitrogen atom either carries a hydrogen atom or a $C_{1-4}$alkyl or a $C_{1-4}$alkanoyl group or a $C_{1-4}$alkylsulphonyl group or a $C_{1-3}$alkoxyC_{2-4} alkyl [and which heterocyclic groups may be substituted by one or more halogen atoms or a group selected from $C_{1-3}$alkyl, hydroxy, oxo, $C_{3-6}$cycloalkyl or $NR_eR_f$ wherein $R_e$ and $R_f$ each independently represent a group selected from $C_{1-3}$alkyl (optionally substituted by $C_{3-6}$cycloalkyl or optionally substituted phenyl) or $C_{3-6}$cycloalkyl].

The invention also provides novel compounds of formula (I). A particularly useful class of novel compounds of formula (I) are those wherein $R_1$ is 2-indanyl optionally substituted by hydroxyl and more particularly a 2-indanyl group and $R_2$, $R_3$ and $R_4$ have the meanings defined above and/or physiologically acceptable derivatives thereof. A further useful class of novel compounds of formula (I) are those wherein $R_1$ is a 2-phenethyl and $R_2$, $R_3$ and $R_4$ have the meanings defined above and/or physiologically acceptable derivatives thereof.

The compounds of formula (I) contain at least three centers of asymmetry, namely the carbon atoms carrying the substituents $R_1$, $R_2$ and $R_3$ respectively and it is to be understood that formula (I) includes all possible stereoisomers and mixtures thereof. The substituent $R_3$ may exist in more than one tautomeric form and it is to be all understood that formula (I) includes all possible tautomeric forms and mixtures thereof.

The compounds of formula (I) wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$contains a basic or acidic grouping may form salts with physiologically acceptable acids or bases and reference to compounds of formula (I) herein includes such salts.

3

As used herein, the terms "physiologically acceptable derivative" or "pharmaceutically acceptable derivative", mean any pharmaceutically acceptable salt, solvate, or prodrug e.g. ester or carbamate, or salt or solvate of such a prodrug, of a compound of formula (I), which upon administration to the recipient is capable of providing (directly or indirectly) a compound of formula (I), or an active metabolite or residue thereof. Preferred pharmaceutically acceptable derivatives are salts and solvates.

As used herein, the term "prodrug" means a compound which is converted within the body, e.g. by hydrolysis in the blood, into its active form that has medical effects. Pharmaceutically acceptable prodrugs are described in T. Higuchi and V. Stella, Prodrugs as Novel Delivery Systems, Vol. 14 of the A.C.S. Symposium Series, and in Edward B. Roche, ed., Bioreversible Carriers in Drug Design, American Pharmaceutical Association and Pergamon Press, 1987, both of which are incorporated herein by reference. Esters may be active in their own right and/or be hydrolysable under in vivo conditions in the human body. Suitable pharmaceutically acceptable in vivo hydrolysable ester groups include those which break down readily in the human body to leave the parent acid or its salt. Examples of such esters include alkyl and 1-(acetyloxy)ethyl esters.

The term alkyl as a group or part of a group refers to a straight or branched alkyl group e.g. methyl, ethyl, propyl, isopropyl, n-butyl, 1-methylpropyl, 2-methylpropyl, t-butyl, pentyl or hexyl.

The term $C_{3-6}$cycloalkyl as a group or part of a group includes cyclopropyl, cyclobutyl, cyclopentyl and cyclohexyl groups. The term $C_{3-7}$cycloalkyl also includes cycloheptyl.

The term halogen refers to fluorine, chlorine, bromine or iodine.

Unless otherwise specified the term optionally substituted phenyl refers to a phenyl group which may be substituted by 1 to 3 substituents which may be the same or different and selected from halogen, hydroxy, $C_{1-4}$alkyl (optionally substituted by 1-3 halogen atoms or $NR_gR_h$ [wherein $R_g$ is hydrogen or $C_{1-4}$alkyl, $R_h$ is hydrogen, $C_{1-4}$alkyl, or $R_g$ and $R_h$ together with the nitrogen atom to which they are attached to form a 5 to 7 membered ring, which ring is saturated and may contain an additional heteroatom selected from nitrogen, oxygen or sulphur]), $C_{1-4}$alkylsulphonyl, carboxyl, $C_{1-4}$alkoxycarbonyl, di($C_{1-4}$alkyl) aminocarbonyloxy, $C_{1-4}$alkoxy (optionally substituted by 1-3 halogen atoms, amino, $C_{1-4}$ alkylamino or di-($C_{1-4}$alkyl)amino), phenyl (optionally substituted by halogen or alkylaminosulphonyl), $C_{1-4}$alkoxy, $NR_aR_b$ [wherein $R_a$ is hydrogen or $C_{1-4}$alkyl, $R_b$ is hydrogen, $C_{1-4}$alkyl, $C_{1-4}$alkanoyl or $C_{1-4}$alkylsulphonyl or $R_a$ and $R_b$ together with the nitrogen atom to which they are attached to form a 5 to 7 membered ring, which ring is saturated and may be substituted by hydroxyl or 1 or 2 $C_{1-4}$alkyl groups or may be spiro-fused to a dioxalane ring or may contain an additional heteroatom selected from nitrogen, oxygen or sulphur and may be substituted by 1 or 2 $C_{1-4}$alkyl groups, or which ring is unsaturated and contains 1-3 additional nitrogen atoms], a 5 or 6 membered heteroaryl group, an optionally N-substituted aminocarbonyl or aminosulphonyl group (wherein the substituents may be 1 or 2 $C_{1-4}$alkyl groups) or a dihydroxyboryl group).

The term 5 membered heteroaryl refers to a 5 membered ring which contains a heteroatom selected from oxygen, sulphur or nitrogen and which may also contain from 1 to 3 additional nitrogen atoms and which groups may be substituted by 1 or more groups selected from halogen, trifluoromethyl, $C_{1-4}$alkyl, cycloalkyl, heteroaryl, saturated heterocyclic, or phenyl groups. Examples of such 5 membered

4

heteroaryl groups include furanyl, thienyl, pyrrolyl, oxazolyl, isoxazolyl, thiazolyl, imidazolyl, pyrazolyl, oxadiazolyl, thiadiazolyl, triazolyl or tetrazolyl and these heterocycles may be substituted as described above.

The term 6-membered heteroaryl group refers to a 6-membered unsaturated ring which contains from 1 to 3 nitrogen atoms and which may be substituted by 1 to 3 $C_{1-4}$alkyl groups, or trifluoromethyl, or alkoxy groups. Examples of such groups include pyridyl, methylpyridyl, trifluoromethylpyridyl, pyrimidinyl and triazinyl.

When $R_3$ is a 5 or 6 membered heteroaryl group this is linked to the rest of the molecule via a carbon atom in the ring.

When $R_3$ is a fused bicyclic carbocyclic ring system this may be for example a naphthyl, tetrahydronaphthyl, indanyl or indenyl group.

When $R_3$ is a fused bicylic system containing up to 3 heteroatoms which may be the same or different, this is conveniently a 6,5 or 6,6 ring system wherein the heterocycle may be partially saturated or together with the benzene ring to which it is fused to form a heteroaryl group and the heterocycle may be substituted by 1 or 2 groups selected from $C_{1-4}$alkyl or halogen or haloalkyl and or may contain a carbonyl group. The said $R_3$ group may be linked to the rest of the molecule via a carbon atom in the benzene ring or a carbon atom in the heterocyclic group.

When $R_3$ is a fused 6,6 heteroaryl group the hetero ring contains from 1 to 3 nitrogen atoms and examples of such heteroaryl groups include quinolinyl, isoquinolinyl, phthalazinyl, cinnolinyl, quinazolinyl, quinoxalinyl, 1,2,3 benzotriazinyl or 1,2,4 benzotriazinyl.

When $R_3$ is a 6,5 bicyclic heteroaryl group the 5 membered heterocycle contains a hetero atom selected from O, S or N and may in addition also contain a further 1 or 2 nitrogen atoms and the heterocyclic ring may also be substituted by 1 or 2 $C_{1-4}$alkyl or halogen or haloalkyl and or may contain a carbonyl group. Examples of such 6,5 bicyclic heteroaryl groups include benzofuranyl, benzothienyl, indolyl, benzooxadiazolyl, benzothiadiazolyl, benzo-oxazolyl, benzothiazolyl, benzoisothiazolyl, benzoisoxazolyl, benzimidazolyl, indazolyl or benzotriazolyl and these groups may be substituted as described above.

When $R_3$ is a 6,6 or 6,5 bicyclic heterocyclic group and the hererocycle is partially saturated, this may contain 1 or 2 heteroatoms selected from O, S or N. Examples of such groups include indolinyl, isoindolinyl, dihydrobenzofuranyl, dihydrobenzothienyl, 1,3-benzodioxolyl, benzopyrrolyl, 1,3-benzodithiolyl 1,4-benzodioxanyl, phthalyl, thiophthalyl, chromanyl or chromenyl and the groups may be substituted by one or more halogen or $C_{1-4}$alkyl groups, haloalkyl, or may contain a carbonyl group.

When $R_3$ is a fused bicyclic heteroaryl linked via the benzene ring therein then suitable examples of such a group include 6-quinolinyl, 4-isoindolinyl, 4-(N-methyl-isoindolinyl, benzimidazolyl, benzothiazolyl, benzofuranyl, benzothienyl, benzimidazolyl benzoxazolyl, 2 methyl-benzo-oxazolyl, benzothiadiazolyl, benzotriazolyl and 1-methyl benzotriazolyl.

When $R_3$ is a fused bicyclic heteroaryl group linked via the heteroaryl ring this may be for example a 2-benzofuranyl, 2-benzothienyl or 2-N-methylindolyl group. When $R_3$ is a 6,6 or 6,5 heterocyclic group wherein the heterocycle is partially saturated this is conveniently linked via the benzene ring therein and suitable examples include dihydrobenzofuran, dihydrobenzopyrrole, 1,3-benzodioxolyl, 2,2-difluoro-1,3-benzodioxolyl and 1,4-benzodioxanyl.

When $R_3$ is a substituted phenyl group the said group conveniently carries from 1 to 3 substituents which may be

5

the same or different selected from fluorine, chlorine, bromine $C_{1-3}$alkyl(methyl), $C_{1-3}$haloalkyl (trifluoromethyl), $C_{1-3}$alkoxy (methoxy, ethoxy), haloalkoxy (trifluoromethoxy), aminoethoxy e.g. dimethylaminoethoxy, $C_{1-3}$alkoxycarbonyl, carboxy, hydroxy, phenyl or phenyl (substituted by halogen or alkylaminosulphonyl), $NR_aR_b$ [wherein $R_a$ is hydrogen or $C_{1-2}$alkyl and $R_b$ is $C_{1-2}$alkyl, $C_{1-4}$alkanoyl, $C_{1-4}$alkylsulphonyl, $C_{1-3}$alkylaminocarbonyl] or $NR_aR_b$ represents a pyrrolidino or piperidino ring, which ring may be substituted by a $C_{1-2}$alkyl, hydroxyl or a 2,2-1, 3-dioxolane group or $NR_aR_b$ represents a morpholino or a piperazino group which groups may be substituted by 1 or 2 $C_{1-2}$alkyl groups or $NR_aR_b$ represents a 5 or 6 membered heteroaryl group containing from 1 to 4 nitrogen atoms (such as a 1-imidazolyl, 1,2-pyrazolyl, 1,2,3-triazolyl or 1,2,4-triazolyl substitutent), $C_{1-3}$alkylsulphonyl, $C_{1-3}$alkylaminocarbonyl, $C_{1-3}$alkylaminosulphonyl, dihydroxyboryl or a 5 or 6 membered atom heteroaryl group containing from 1 to 4 nitrogen atoms and which is linked to the phenyl group via a carbon atom in the heteroaryl group (for example pyridyl, pyrazolyl, imidazolyl or tetrazol 5-yl, which heteroaryl groups may be substituted by 1 or more $C_{1-4}$ alkyl groups.

Examples of suitable $R_3$ groups wherein $R_3$ is optionally substituted phenyl include phenyl, halophenyl such as 2-fluorophenyl, 3-fluorophenyl, 4-fluorophenyl, 4-chlorophenyl, 3-chlorophenyl, 2-chlorophenyl, 4-bromophenyl, 2,3-difluorophenyl, 3,4-difluorophenyl, 2,4-difluorophenyl, 3,5-difluorophenyl, 2,5-difluorophenyl, 2-chloro-4-fluorophenyl, 2,4-dichlorophenyl, 3,4-dichlorophenyl, 2fluoro-4-bromophenyl, 4-chloro-3-fluorophenyl 2,3,4-trifluorophenyl 2,4,5-trifluorophenyl or 2,4,6-trifluorophenyl, 2-fluoro-4,5-dimethoxyphenyl, 3-fluoro-4-methoxyphenyl, 4-fluoro-3-methoxyphenyl, 2-fluoro-4-methoxyphenyl, 2-fluoro-4 hydroxyphenyl, 2-fluoro-4-dimethylaminomethylphenyl, 2-fluoro-4-hydroxymethylphenyl, 3-fluoro4-(4-morpholino) phenyl, 3-fluoro-4-carboxymethyloxyphenyl, 3-fluoro-4-t-butyloxycarbonylmethyloxyphenyl, 3-fluoro-4-dimethylaminocarbonyloxyphenyl, 3-chloro-4 trifluoromethoxyphenyl, 2,3-difluoro-4-methyl-phenyl, 4-trifluoromethoxyphenyl, 4-trifluoromethylphenyl, 4-hydroxyphenyl, 4-methoxyphenyl, 4-methoxycarbonylphenyl, 3-methoxycarbonylphenyl, 4-methylsulphonylphenyl, 4-methylaminocarbonylphenyl, 4-aminocarbonylphenyl, 4-methylaminosulphonylphenyl, 3-(3-pyrazolyl)phenyl, 4-(3-pyrazolyl)phenyl, 4-(4-pyrazolyl)phenyl, 4-(3-pyridyl) phenyl, 4-(2-pyridylphenyl), 4-(2-imidazolyl)phenyl, 3-(2-imidazolyl)phenyl, 4-(1-t-butyl-tetrazol-5-yl)phenyl, 4-methylaminophenyl, 4-dimethylaminophenyl, 4-diethylaminophenyl, 4-acetylaminophenyl, 3-acetylaminophenyl, 4-hydroxy-3-acetylaminophenyl, 4-methylsulphonylaminophenyl, 4-N-methylpiperazinophenyl, 4-N-pyrrolidinophenyl, 2-fluoro-4-(4-morpholino)phenyl, 4-(4-morpholino)phenyl, 4-(4-hydroxypiperidino)phenyl, 2-fluoro-4-(4-hydroxypiperidino)phenyl, 3-(1-pyrazolyl)phenyl, 4-(1-pyrazolyl)phenyl, 4-(1-3,5 di-t-butylpyrazolyl)phenyl, 3-(1-imidazolyl)phenyl, 4-(1-imidazolyl)phenyl, 4-(1-1,2,4-triazolyl)phenyl, 4-(1-1,2,3-triazolyl)phenyl, 4-(2-4,-t-butylthiazolyl)phenyl, 4-(5-2-t-butyltetrazolyl)phenyl, 4-(4 spiro-1,3-dioxolanyl)phenyl, 4-(4-fluorophenyl) phenyl, 4-(4-ethylaminosulphonylphenyl)phenyl, 4-dimethylaminoethoxyphenyl or 3-( dihydroxyphenyl).

When $R_3$ is a 5 or 6 membered heteroaryl group suitable examples of such groups include 2-furanyl, 3-thienyl, 3-furanyl, 2-thienyl, 4-bromo-2-thienyl, 5-bromo-2-thienyl, 5-chloro-2-thienyl, 3-fluoro-5-methyl-2-thienyl, 5-fluoro-2-thienyl, 5-methyl-2-thienyl, 5-methyl-2-furanyl, 5-bromo-2-furanyl, 4,5-dimethyl-2-furanyl, 2,3-dimethyl-5-thienyl,

6

5-trifluoromethyl-2-furanyl, 2-furanyl-4-carboxylic acid methylamide, 2-furanyl-5-carboxylic acid methylamide, 2-pyridyl, 6-methyl-2-pyridyl, 6-methyl-3-pyridyl, 6-hydroxy-3-pyridyl, 6-methoxy-3-pyridyl, 6-trifluoromethyl-3-pyridyl, 3-pyridyl, 4-pyridyl, 3,5-pyrimidinyl, 2-thiazolyl, 4-oxazolyl, 4-thiazolyl, 2-methyl-4-oxazolyl, 2-ethyl-4-oxazolyl, 2-cyclopropyl-4-oxazolyl, 2-trifluoromethyl-4-oxazolyl, 2,5-dimethyl-4-oxazolyl, 4-thiazolyl, 2-methyl-4-thiazolyl, 2-trifluoromethyl-4-thiazolyl, 2-trifluoromethyl-5-thiazolyl, 4-isoxazolyl, 1-methyl-4-pyrazolyl, 1,3-dimethyl-5-pyrazolyl, 5-(2-pyridyl)-2-thienyl, 2-(4-morpholino)-5-thiazolyl or 2-(4-methyl-1-piperazino)-5-thiazolyl.

When $R_3$ is an optionally substituted fused bicyclic ring system examples of suitable groups include 2,3-dihydro-1-benzofuran-5-yl, 1,3-benzodioxol-5-yl, 1H-1,2,3-benzotriazol-5-yl, 2,3-dihydro-1,4-benzodioxin-6-yl, 2,2-difluoro-1, 3-benzodioxol-5-yl, 1,3-benzothiazol-6-yl, 1-methyl-1H-1, 2,3-benzotriazol-5-yl, 1-methyl-1H-1,2,3-benzotriazol-6-yl, 1,2,3-benzothiadiazol-6-yl, 2-methyl-1,3-benzoxazol-5-yl, 2-methyl-1,3-benzoxazol-6-yl, 1-benzofuran-5-yl, 1-methyl-1H-lindol-5-yl, 1-benzothien-5-yl, 1-benzofuran-6-yl, 1H-indol-6-yl, 1-methyl-1H-benzimidazol-6-yl, 1-methyl-1H-benzimidazol-5-yl, 3-methyl-1,2-benzoisoxazol-5-yl, 2-fluoro-1-benzofuran-5-yl, 1H-indol-5-yl, 2-methyl-1H-benzofuran-5-yl, 1H-indazol-5-yl, 1H-indazol-6-yl, 1-benzofuran-2-yl or 1-methyl-1H-benzimidazol-2-yl.

When the group $R_1$ is a 5-7 membered cycloalkyl group which is fused to an optionally substituted benzene ring the optional substituents may be from 1 to 3 groups which may be the same or different and selected from halogen, alkyl, alkoxy, hydroxy, trifluoromethyl, nitro, carboxyl, alkoxycarbonyl or carboxamido.

When the group $R_1$ is aralkyl the aryl moiety is phenyl optionally substituted by 1 to 3 groups which may be the same or different and selected from halogen, alkyl, alkoxy, hydroxy, trifluoromethyl, nitro, carboxyl, alkoxycarbonyl or carboxamido.

Examples of suitable $R_1$ groups include phenethyl or indanyl optionally substituted by hydroxyl e.g. 2-indanyl, 1-hydroxy-2-indanyl, 5-hydroxy-2-indanyl. Examples of suitable $R_2$ groups include $C_{3-4}$alkyl e.g. isopropyl, 1-methylpropyl or 2-methylpropyl, $C_{3-6}$ cycloalkyl e.g cyclopentyl.

Conveniently $R_4$ is hydroxy, $C_{1-4}$ alkoxy e.g. methoxy, propoxy, t-butoxy, 1-acetyloxyethoxy or $NR_5R_6$.

A preferred class of compounds of formula (I) are those wherein $R_4$ represents hydroxy or the group $NR_5R_6$ or more preferably $NR_5R_6$.

A further preferred class of compounds is represented by formula (1a)



(1a)

wherein the groups $R_1$, $R_2$, $R_3$ and $R_4$ have the meanings defined for formula (I) Conveniently $R_1$ is a group selected from 2-phenethyl or 2-indanyl optionally substituted by hydroxyl and more particularly 2-indanyl. Conveniently $R_2$ is a group selected from isopropyl, 1-methyl propyl, 2-methyl-

| 7 | 8 |

propyl or cyclopentyl and more preferably $R_2$ is a group selected from 1-methylpropyl, or 2-methylpropyl.

Conveniently $R_3$ is a group selected from phenyl, halophenyl such as 2-fluorophenyl, 3-fluorophenyl, 4-fluorophenyl, 4-chlorophenyl, 3-chlorophenyl, 2-chlorophenyl, 4-bromophenyl, 2,3-difluorophenyl, 3,4-difluorophenyl, 2,4-difluorophenyl, 3,5-difluorophenyl, 2,5-difluorophenyl, 2-chloro-4-fluorophenyl, 2,4-dichlorophenyl, 3,4-dichlorophenyl, 2-fluoro-4-bromophenyl, 4-chloro-3-fluorophenyl 2,3,4-trifluorophenyl 2,4,5-trifluorophenyl or 2,4,6-trifluorophenyl, 2-fluoro-4,5-dimethoxyphenyl, 3-fluoro-4-methoxyphenyl, 4-fluoro-3-methoxyphenyl, 2-fluoro-4 methoxyphenyl, 2-fluoro-4 hydroxyphenyl, 2-fluoro-4-dimethylaminomethylphenyl, 2-fluoro-4-hydroxymethylphenyl, 3-fluoro-4-(4-morpholino)phenyl, 3-fluoro-4-carboxymethyloxyphenyl, 3-fluoro-4-t-butyloxycarbonylmethyloxyphenyl, 3-fluoro-4-dimethylaminocarbonyloxyphenyl, 3-chloro-4 trifluoromethoxyphenyl, 2,3-difluoro-4-methyl-phenyl, 4-trifluoromethoxyphenyl, 4-trifluoromethylphenyl, 4-hydroxyphenyl, 4-methoxyphenyl, 4-methoxycarbonylphenyl, 4-methoxycarbonylphenyl, 4-methylsulphonylphenyl, 4-methylaminocarbonylphenyl, 4-aminocarbonylphenyl, 4-methylaminosulphonylphenyl, 3-(3-pyrazyolyl)phenyl, 4-(3-pyrazolyl)phenyl, 4-(4-pyrazolyl)phenyl, 4-(3-pyridyl)phenyl, 4-(2-pyridylphenyl), 4-(2-imidazolyl)phenyl, 3-(2-imidazolyl)phenyl, 4-(1-t-butyl-tetrazol-5-yl)phenyl, 4-methylaminophenyl, 4-dimethylaminophenyl, 4-diethylaminophenyl, 4-acetylaminophenyl, 3-acetylaminophenyl, 4-hydroxy-3-acetylaminophenyl, 4-methylsulphonylaminophenyl, 4-N-methylpiperazinophenyl, 4-N-pyrrolidinophenyl, 2-fluoro-4-(4-morpholino)phenyl, 4-(4-morpholino)phenyl, 4-(4-hydroxypiperidino)phenyl, 2-fluoro-4-(4-hydroxypiperidino)phenyl, 3-(1-pyrazolyl)phenyl, 4-(1-pyrazolyl)phenyl, 4-(1-3.5 di-t-butylpyrazolyl)phenyl, 3-(1-imidazolyl)phenyl, 4-(1-imidazolyl)phenyl, 4-(1-1,2,4-triazolyl)phenyl, 4-(1-1,2,3-triazolyl)phenyl, 4-(2-4,-t-butylthiazolyl)phenyl, 4-(5-2-t-butyltetrazolyl)phenyl, 4-(4 spiro-1,3-dioxolanyl)piperidinophenyl, 4-(4-fluorophenyl)phenyl, 4-(4-ethylaminosulphonylphenyl)phenyl, 4-dimethylaminoethoxyphenyl, 3-(dihydroxyboryl)phenyl, 2-furanyl, 3-thienyl, 3-furanyl, 2-thienyl, 4-bromo-2-thienyl, 5-bromo-2-thienyl, 5-chloro-2-thienyl, 3-fluoro-5-methyl-2-thienyl, 5-methyl-2-thienyl, 5-methyl-2-furanyl, 5-bromo-2-furanyl, 4,5-dimethyl-2-furanyl, 5-trifluoromethyl-2-furanyl, 2-furanyl-4-carboxylic acid methylamide, 2-furanyl-5-carboxylic acid methylamide, 2-pyridyl, 6-methyl-2-pyridyl, 6-methyl-3-pyridyl, 6-methoxy-3-pyridyl, 6-hydroxy-3-pyridyl, 6-trifluoromethyl-3-pyridyl, 3-pyridyl, 4-pyridyl, 3,5-pyrimidinyl, 2-thiazolyl, 2-methyl-4-oxazolyl, 2-ethyl-4-oxazolyl, 2-cyclopropyl-4-oxazolyl, 2-trifluoromethyl-4-oxazolyl, 2,5-dimethyl-4-oxazolyl, 4-thiazolyl, 2-methyl-4-thiazolyl, 2-trifluoromethyl-4-thiazolyl, 2-trifluoromethyl-5-thiazolyl, 1-methyl-4-pyrazolyl, 1,3-dimethyl-5-pyrazolyl, 5-(2-pyridyl)-2-thienyl, 2,3-dihydro-1-benzofuran-5-yl, 1,3-benzodioxol-5-yl, 1H-1,2,3-benzotriazol-5-yl, 2,3-dihydro-1,4-benzodioxin-6-yl, 2,2-difluoro-1,3-benzodioxol-5-yl, 1,3-benzothiazol-6-yl, 1-methyl-1H-1,2,3-benzotriazol-5-yl, 1-methyl-1H-1,2,3-benzotriazol-6-yl, 1,2,3-benzothiadiazol-6-yl, 2-methyl-1,3-benzoxazol-5-yl, 2-methyl-1,3-benzoxazol-6-yl, 1-benzofuran-5-yl, 1-methy-1H-lindol-5-yl, 1-benzothien-5-yl, 1-benzofuran-6-yl, 1H-indol-6-yl, 1-methyl-1H-benzimidazol-6-yl, 1-methyl-1H-benzimidazol-5-yl, 3-methyl-1,2-benzoisoxazol-5-yl, 2-fluoro-1-benzofuran-5-yl, 1H-indol-5-yl, 2-methyl-1H-benzofuran-5-yl, 1H-indazol-5-yl, 1H-indazol-6-yl, 1-benzofuran-2-yl or 1-methyl-1H-benzimidazol-2-yl.

Conveniently the group $R_5$ is hydrogen, $C_{1-4}$alkyl e.g. methyl or $C_{1-4}$alkoxy$C_{2-4}$alkyl e.g. 2-methoxyethyl and $R_6$ is a group selected from hydrogen, $C_{1-4}$alkoxy e.g. methoxy, $C_{1-4}$alkyl e.g. methyl, n-propyl, isopropyl or t-butyl, $C_{1-4}$alkyl substituted by 1 to 3 halogen atoms e.g. 2,2,2-trifluoroethyl or 2-fluoroethyl, $C_{1-4}$alkyl substituted by alkoxycarbonyl or carboxyl e.g. methoxycarbonylmethyl or carboxymethyl, alkyl substituted by alkoxy e.g methoxyethyl, 2,2-dimethoxyethyl, alkyl substituted by hydroxy e.g. hydroxyethyl or alkyl substituted by dialkylamino e.g. dimethylaminoethyl, 2-benzyloxyphenyl, dimethoxybenzyl, optionally substituted heteroarylmethyl e.g. 2-pyridylmethyl, 3-pyridylmethyl, 4-pyridylmethyl, 3-methylimidazolylmethyl, heteroaryl such as thiazolyl e.g. 2-1,3-thiazolyl, alkyl substituted by $NR_7R_8$ [wherein $NR_7R_8$ form a 6-membered heterocyclic ring (e.g. piperidinoethyl or morpholinoethyl)], cycloalkyl e.g. cyclopropyl or cyclohexyl, or $NR_5R_6$ represents, azetidino, 3-hydroxyazetidino, 3-methoxyazetidino, pyrrolidino, piperidino, 4-dimethylaminopiperidino, 4-methyl 1,4-diazepan-1-yl, morpholino, an optionally substituted piperazino ring e.g. N-methylpiperazino, N-methanesulphonylpiperazino, N-2-methoxyethylpiperazino, thiomorpholino or the sulphoxide or sulphone thereof.

A preferred class of compounds of the invention are those of formula (1a) wherein $R_1$ is 2-indanyl, $R_2$ is a group selected from 1-methylpropyl or 2-methylpropyl and $R_4$ is hydroxy and/or more particularly the group $NR_5R_6$.

A further preferred class of compounds of the invention are those of formula (1a) wherein $R_5$ is a group selected from hydrogen, $C_{1-4}$alkyl e.g. methyl or $C_{1-4}$alkoxy$C_{2-4}$alkyl e.g. 2-methoxyethyl and $R_6$ is a group selected from hydrogen, $C_{1-4}$alkoxy e.g. methoxy, $C_{1-4}$alkyl e.g. methyl, n-propyl, isopropyl or t-butyl, $C_{1-4}$alkyl substituted by 1 to 3 halogen atoms e.g. 2,2,2-trifluoroethyl or 2-fluoroethyl, $C_{1-4}$alkyl substituted by alkoxycarbonyl or carboxyl e.g. methoxycarbonylmethyl or carboxymethyl, alkyl substituted by alkoxy e.g methoxyethyl, 2,2-dimethoxyethyl, alkyl substituted by hydroxy e.g. hydroxyethyl or alkyl substituted by dialkylamino e.g. dimethylaminoethyl, 2-benzyloxyphenyl, dimethoxybenzyl, optionally substituted heteroarylmethyl e.g. 2-pyridylmethyl, 3-pyridylmethyl, 4-pyridylmethyl, 3-methylimidazolylmethyl, heteroaryl such as thiazolyl e.g. 2-1,3-thiazolyl, alkyl substituted by $NR_7R_8$ [wherein $NR_7R_8$ form a 6-membered heterocyclic ring (e.g. piperidinoethyl or morpholinoethyl)], cycloalkyl e.g. cyclopropyl or cyclohexyl, or $NR_7R_8$ represents, azetidino, 3-hydroxyazetidino, 3-methoxyazetidino, pyrrolidino, piperidino, 4-dimethylaminopiperidino, 4-methyl 1,4-diazepan-1-yl, morpholino, an optionally substituted piperazino ring e.g. N-methylpiperazino, N-methanesulphonylpiperazino, N-2-methoxyethylpiperazino, thiomorpholino or the sulphoxide or sulphone thereof.

A yet further preferred class of compounds of the invention are those of formula (1a) wherein $R_3$ is a group selected from phenyl, halophenyl such as 2-fluorophenyl, 3-fluorophenyl, 4-fluorophenyl, 4-chlorophenyl, 3-chlorophenyl, 2-chlorophenyl, 4-bromophenyl, 2,3-difluorophenyl, 3,4-difluorophenyl, 2,4-difluorophenyl, 3,5-difluorophenyl, 2,5-difluorophenyl, 2-chloro-4-fluorophenyl, 2,4-dichlorophenyl, 3,4-dichlorophenyl, 2 fluoro-4-bromophenyl, 4-chloro-3-fluorophenyl 2,3,4-trifluorophenyl 2,4,5-trifluorophenyl or 2,4,6-trifluorophenyl, 2-fluoro-4,5-dimethoxyphenyl, 3-fluoro-4-methoxyphenyl, 4-fluoro-3-methoxyphenyl, 2-fluoro-4 methoxyphenyl, 2-fluoro-4 hydroxyphenyl, 2-fluoro-4-dimethylaminomethylphenyl, 2-fluoro-4-hydroxymethylphenyl, 3-fluoro-4-(4-morpholino)phenyl, 3-fluoro-4-carboxymethyloxyphenyl, 3-fluoro-4-t-butyloxy-

**9**

carbonylmethyloxyphenyl, 3-fluoro-4-dimethylaminocarbonyloxyphenyl, 3-chloro-4 trifluoromethoxyphenyl, 2,3-difluoro-4-methyl-phenyl, 4-trifluoromethoxyphenyl, 4-trifluoromethylphenyl, 4-hydroxyphenyl, 4-methoxyphenyl, 4-methoxycarbonylphenyl, 3-methoxycarbonylphenyl, 4-methylsulphonylphenyl, 4-methylaminocarbonylphenyl, 4-aminocarbonylphenyl, 4-methylaminosulphonylphenyl, 3-(3-pyrazolyl)phenyl, 4-(3-pyrazolyl)phenyl, 4-(4-pyrazolyl)phenyl, 4-(3-pyridyl)phenyl, 4-(2-pyridyl)phenyl, 4-(1-t-butyl-tetrazol-5-yl)phenyl, 3-(2-imidazolyl)phenyl, 4-(1-t-butyl-tetrazol-5-yl)phenyl, 4-methylaminophenyl, 4-dimethylaminophenyl, 4-diethylaminophenyl, 4-acetylaminophenyl, 3-acetylaminophenyl, 4-hydroxy-3-acetylaminophenyl, 4-methylsulphonylaminophenyl, 4-N-methylpiperazinophenyl, 4-N-pyrrolidinophenyl, 2-fluoro-4-(4-morpholino)phenyl, 4-(4-morpholino)phenyl, 4-(4-hydroxypiperidino)phenyl, 2-fluoro-4-(4-hydroxypiperidino)phenyl, 3-(1-pyrazolyl)phenyl, 4-(1-pyrazolyl)phenyl, 4-(1-3,5 di-t-butylpyrazolyl)phenyl, 3-(1-imidazolyl)phenyl, 4-(1-imidazolyl)phenyl, 4-(1-1,2,4- triazolyl)phenyl, 4-(1-1,2,3-triazolyl)phenyl, 4-(2-4,-t-butylthiazolyl)phenyl, 4-(5-2-t-butyltetrazolyl)phenyl, 4-(4 spiro-1,3-dioxolanyl) piperidinophenyl, 4-(4-fluorophenyl)phenyl, 4-(4-ethylaminosulphonylphenyl)phenyl, 4-dimethylaminoethoxyphenyl)phenyl, 2-(dihydroxyboryl)phenyl, 2-furanyl, 3-thienyl, 3-furanyl, 2-thienyl, 4-bromo-2-thienyl, 5-bromo-2-thienyl, 5-chloro-2-thienyl, 3-fluoro-5-methyl-2-thienyl, 5-methyl-2-thienyl, 5-methyl-2-furanyl, 5-bromo-2-furanyl, 4,5-dimethyl-2-furanyl, 5-trifluoromethyl-2-furanyl, 2-furanyl-4-carboxylic acid methylamide, 2-furanyl-5-carboxylic acid methylamide, 2-pyridyl, 6-methyl-2-pyridyl, 6-methyl-3-pyridyl, 6-methoxy-3-pyridyl, 6-hydroxy-3-pyridyl, 6-trifluoromethyl-3-pyridyl, 3-pyridyl, 4-pyridyl, 3,5-pyrimidinyl, 2-thiazolyl, 2-methyl4-oxazolyl, 2-ethyl-4-oxazolyl, 2-cyclopropyl-4-oxazolyl, 2-trifluoromethyl-4-oxazolyl, 2,5-dimethyl-4-oxazolyl, 4-thiazolyl, 2-methyl-4-thiazolyl, 2-trifluoromethyl-4-thiazolyl, 2-trifluoromethyl-5-thiazolyl, 1-methyl-4-pyrazolyl, 1,3-dimethyl-5-pyrazolyl, 5-(2-pyridyl)-thienyl, 2,3-dihydro-1-benzofuran-5-yl, 1,3-benzodioxol-5-yl, 1H-1,2,3-benzotriazol-5-yl, 2,3-dihydro-1,4-benzodioxin-6-yl, 2,3-difluoro-1,3-benzodioxol-5-yl, 1,3-benzothiazol-6-yl, 1-methyl-1H-1,2,3-benzotriazol-5-yl, 1-methyl-1H-1,2,3-benzotriazol-6-yl, 1,2,3-benzothiadiazol-6-yl, 2-methyl-1,3-benzoxazol-5-yl, 2-methyl-1,3-benzoxazol-6-yl, 1-benzofuran-5-yl, 1-methy-1H-lindol-5-yl, 1-benzothien-5-yl, 1-benzofuran-6-yl, 1H-indol-6-yl, 1-methyl-1H-benzimidazol-6-yl, 1-methyl-1H-benzimidazol-5-yl, 3-methyl-1,2-benzoisoxazol-5-yl, 2-fluoro-1-benzofuran-5-yl, 1H-indol-5-yl, 2-methyl-1H-benzofuran-5-yl, 1H-indazol-5-yl, 1-benzofuran-2-yl or 1-methyl-1H-benzimidazol-2-yl.

Particular preferred compounds of the invention include:
(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide
(2R)-2-(4-fluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide
(2R)-2-(4-fluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-morpholinamide
(2R)-2-(4-fluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide
(2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(4-hydroxypiperidin-1-yl)phenyl]ethanamide.

**10**

(2R)-2-{(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-[(1R)-1-methylpropyl]-2,5-dioxopiperazin-1-yl}-2-(2-fluoro-4-morpholin-4-ylphenyl)-N-isopropylethanamide.
(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4-fluorophenyl)-N-(2,2,2-trifluoroethyl)ethanamide.
(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide.
(2R)-N-cyclopropyl-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide.
(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-methylethanamide
(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide
(3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-morpholin-4-yl-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione
(3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-(3-hydroxyazetidin-1-yl)-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione
(3R,6R)-1-[(1R)-2-azetidin-1-yl-1-(2,4-difluorophenyl)-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione
(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydroxyethyl)-N-methylethanamide
(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-methyl-N-[2-(methylsulfonyl)ethyl]ethanamide
(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-methyl-N-(2,2,2-trifluoroethyl)ethanamide
(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-methyl-N-(pyridin-2-ylmethyl)ethanamide
(3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-[4-(methylsulfonyl)piperazin-1-yl]-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione
(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-methoxy-N-methylethanamide
(2R)-(2,4-difluorophenyl)[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanoic acid
methyl(2R)-(2,4-difluorophenyl)[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5 dioxopiperazin-1-yl]ethanoate
propyl(2R)-(2,4-difluorophenyl)[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanoate
1-(acetyloxy)ethyl(2R)-(2,4-difluorophenyl)[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanoate
(2R)-N-(tert-butyl)-2-(2,4-difluorophenyl)-2-{(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-[(1R)-1-methylpropyl]-2,5-dioxopiperazin-1-yl}ethanamide
(2R)-N-(tert-butyl)-2-(2,4-difluorophenyl)-2-{(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-[(1S)-1-methylpropyl]-2,5-dioxopiperazin-1-yl}ethanamide
(3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-morpholin-4-yl-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-[(1S)-1-methylpropyl]piperazine-2,5-dione.

US 7,514,437 B2

11

(3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-morpholin-4-yl-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-[(1R)-1-methylpropyl]piperazine-2,5-dione.

(3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-(3-fluoroazetidin-1-yl)-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione.

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-[5-(trifluoromethyl)-2-furyl]ethanamide.

(2S)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-(5-methylate-2-yl)ethanamide.

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-[5-(trifluoromethyl)-2-furyl]ethanamide.

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-(2-methyl-1,3-oxazol-4-yl)ethanamide.

(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-1-[(1R)-1-(2-methyl-1,3-oxazol-4-yl)-2-morpholin-4-yl-2-oxoethyl]piperazine-2,5-dione.

(2S)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-(5-methylthien-2-yl)ethanamide

(2S)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(3-fluoro-5-methylthien-2-yl)-N,N-dimethylethanamide

(2R)-2-(1-benzofuran-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide.

(2R)-2-(1,2,3-benzothiadiazol-6-yl)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide.

(2R)-2-(2,3-dihydro-1-benzofuran-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide.

(2R)-2-(1,3-benzodioxol-5-yl)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide.

(2R)-2-(benzofuran-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide.

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-(2-methyl-1-benzofuran-5-yl)ethanamide.

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-(2-methyl-1-benzofuran-5-yl)ethanamide.

(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-1-[(1R)-1-(2-methyl-1-benzofuran-5-yl)-2-morpholin-4-yl-2-oxoethyl]piperazine-2,5-dione.

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(2-fluoro-1-benzofuran-5-yl)-N,N-dimethylethanamide.

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(2-fluoro-1-benzofuran-5-yl)-N-isopropylethanamide.

(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-1-[(1R)-1-(2-fluoro-1-benzofuran-5-yl)-2-morpholin-4-yl-2-oxoethyl]-6-isobutylpiperazine-2,5-dione.

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(1H-indol-6-yl)-N,N-dimethylethanamide.

(2R)-2-(1-benzothien-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide.

12

The ability of the compounds of formula (I) to inhibit the actions of oxytocin may be determined using a variety of conventional procedures.

Thus, compounds of formula (I) have a high affinity for the oxytocin receptors on the uterus of rats and humans and this may be determined using conventional procedure. For example the affinity for the oxytocin receptors on the rat uterus may be determined by the procedure of Pettibone et al, Drug Development Research 30. 129-142 (1993). The compounds of the invention also exhibit high affinity at the human recombinant oxytocin receptor in CHO cells and this may be conveniently demonstrated using the procedure described by Wyatt et al. Bioorganic & Medicinal Chemistry Letters, 2001 (11) p 1301-1305.

The compounds of the invention are therefore useful in the treatment or prevention of diseases and/or conditions mediated through the action of oxytocin. Examples of such diseases and/or conditions include pre-term labour, dysmenorrhea and endometriosis.

The compounds may also be useful to delay labour prior to elective caesarean section or transfer of the patient to a tertiary care centre. The compounds of the invention may also be useful for improving fertility rates in animals, e.g. farm animals.

The invention therefore provides for the use of a compound of formula (I) and/or physiologically acceptable salts for use in therapy and in particular use as medicine for antagonising the effects of oxytocin upon the oxytocin receptor.

The invention also provides for the use of a compound of formula (I) and/or a physiologically acceptable salt thereof for the manufacture of a medicament for antagonising the effects of oxytocin on the oxytocin receptor.

According to a further aspect, the invention also provides for a method for antagonising the effects of oxytocin upon the oxytocin receptor, comprising administering to a patient in need thereof an antagonistic amount of a compound of formula (I) and/or a physiologically acceptable salt thereof.

It will be appreciated by those skilled in the art that reference herein to treatment extends to prophylactics as well as the treatment of established diseases or symptoms.

It will further be appreciated that the amount of a compound of the invention required for use in treatment will vary with the nature of the condition being treated, the route of administration and the age and the condition of the patient and will be ultimately at the discretion of the attendant physician. In general however doses employed for adult human treatment will typically be in the range of 2 to 800 mg per day, dependent upon the route of administration.

Thus for parenteral administration a daily dose will typically be in the range 2 to 50 mg, preferably 5 to 25 mg per day. For oral administration a daily dose will typically be within the range 10 to 800 mg, e.g. 20 to 150 mg per day.

The desired dose may conveniently be presented in a single dose or as divided doses administered at appropriate intervals, for example as two, three, four or more sub-doses per day.

While it is possible that, for use in therapy, a compound of the invention may be administered as the raw chemical, it is preferable to present the active ingredient as a pharmaceutical formulation.

The invention thus further provides a pharmaceutical formulation comprising a compound of formula (I) or a pharmaceutically acceptable salt or non-toxic metabolically labile esters thereof together with one or more pharmaceutically acceptable carriers thereof and, optionally, other therapeutic and/or prophylactic ingredients. The carrier(s) must be

US 7,514,437 B2

13

'acceptable' in the sense of being compatible with the other ingredients of the formulation and not deleterious to the recipient thereof.

The compositions of the invention include those in a form especially formulated for oral, buccal, parenteral, inhalation or insufflation, implant or rectal administration.

Tablets and capsules for oral administration may contain conventional excipients such as binding agents, for example, syrup, acacia, gelatin, sorbitol, tragacanth, mucilage of starch or polyvinylpyrrolidone; fillers, for example, lactose, sugar, microcrystalline cellulose, maize-starch, calcium phosphate or sorbitol; lubricants, for example, magnesium stearate, stearic acid, talc, polyethylene glycol or silica; disintegrants, for example, potato starch or sodium starch glycollate, or wetting agents such as sodium lauryl sulphate. The tablets may be coated according to methods well known in the art. Oral liquid preparations may be in the form of, for example, aqueous or oily suspensions, solutions emulsions, syrups or elixirs, or may be presented as a dry product for constitution with water or other suitable vehicle before use. Such liquid preparations may contain conventional additives such as suspending agents, for example, sorbitol syrup, methyl cellulose, glucose/sugar syrup, gelatin, hydroxyethylcellulose, carboxymethyl cellulose, aluminium stearate gel or hydrogenated edible fats; emulsifying agents, for example, lecithin, sorbitan mono-oleate or acacia; non-aqueous vehicles (which may include edible oils), for example, almond oil, fractionated coconut oil, oily esters, propylene glycol or ethyl alcohol; solubilizers such as surfactants for example polysorbates or other agents such as cyclodextrins; and preservatives, for example, methyl or propyl p-hydroxybenzoates or ascorbic acid. The compositions may also be formulated as suppositories, e.g. containing conventional suppository bases such as cocoa butter or other glycerides.

For buccal administration the composition may take the form of tablets or lozenges formulated in conventional manner.

The composition according to the invention may be formulated for parenteral administration by injection or continuous infusion. Formulations for injection may be presented in unit dose form in ampoules, or in multi-dose containers with an added preservative. The compositions may take such forms as suspensions, solutions, or emulsions in oily or aqueous vehicles, and may contain formulatory agents such as suspending, stabilising and/or dispersing agents. Alternatively the active ingredient may be in powder form for constitution with a suitable vehicle, e.g. sterile, pyrogen-free water, before use.

The compositions according to the invention may contain between 0.1-99% of the active ingredient, conveniently from 30-95% for tablets and capsules and 3-50% for liquid preparations.

Compounds of formula (I) wherein $R_4$ is the group $NR_5R_6$ may be prepared by cyclisation of the compound of formula (II)



(II)

14

wherein $R_1$, $R_2$ and $R_3$ have the meanings defined in formula (I) $R_{11}$ is hydrogen and $R_{12}$ is a $C_{1-3}$alkyl group (e.g. methyl) in a suitable solvent such as an alkanol e.g. methanol and/or 2,2,2-trifluoroethanol, dioxan or a mixture thereof or a halohydrocarbon e.g. dichloromethane.

The compound of formula (II) wherein $R_{11}$ is hydrogen is conveniently prepared in-situ by treating a compound of formula (II) wherein $R_{11}$ is an acid labile nitrogen protecting group and $R_{12}$ is hydrogen or $C_{1-3}$alkyl, with an acid in a suitable solvent followed by treatment with a hydrohalic acid and methanol if $R_{12}$ in the starting material is hydrogen, and then addition of a suitable base e.g. triethylamine or by treating a compound of formula (II) wherein $R_{11}$ is an hydrogenolysable nitrogen protecting group and $R_{12}$ is $C_{1-3}$alkyl in a suitable solvent such as methanol or 2,2,2-trifluoroethanol with hydrogen in the presence of a suitable catalyst e.g. palladium on carbon.

Examples of suitable nitrogen protecting groups $R_{11}$ include alkoxycarbonyl e.g. t-butyloxycarbonyl or an optionally substituted benzyloxycarbonyl group. When $R_{12}$ is $C_{1-3}$alkyl this is conveniently ethyl or more particularly methyl. Examples of a suitable acids include mineral acids such as hydrohalic acids e.g. hydrochloric acid or organic acids such as trifluoroacetic acid. The reaction is conveniently carried out in a solvent such as 1,4-dioxan or an alkanol e.g. methanol or a mixture thereof, or halohydrocarbon e.g. dichloromethane.

The compounds of formula (II) may be prepared by reaction of the mixed anhydride (III)



(III)

wherein $R_1$ and $R_{11}$ have the meanings defined above and wherein $R_{13}$ is a $C_{1-6}$ straight or branched chain alkyl, optionally substituted phenyl or benzyl group, with the amine (IV)



(IV)

wherein $R_2$, $R_3$, $R_5$ and $R_6$ have the meanings defined above, and $R_{12}$ is hydrogen.

The reaction is preferably carried out in an aprotic solvent such as an ether e.g. tetrahydrofuran or a tertiary amide such as N,N-dimethylformamide or a mixture thereof. The compounds of formula (III) may be prepared by treating the N-protected amino acid (V)



(V)

wherein $R_1$ and $R_{11}$ have the meanings defined above with the corresponding haloformate (VI; $R_{13}CO_2X$ wherein $R_{13}$ has

US 7,514,437 B2

15                                                                                                    16

the meaning defined in formula (III) and X is halogen e.g. chlorine, or bromine) in the presence of a suitable tertiary organic amine e.g. N-methylmorpholine and in an aprotic solvent e.g. an ether such as tetrahydrofuran or a hydrocarbon e.g. toluene.

The amine (IV) wherein $R_5$ is hydrogen may be prepared treating the amino acid (VII)

$$R_{12}O_2CCH(R_2)NH_2 \qquad\qquad (VII)$$

wherein $R_2$ has the meanings defined above and $R_{12}$ is hydrogen with the aldehyde (VIII; $R_3CHO$ wherein $R_3$ has the meaning defined in formula (I)) in a suitable solvent such as an alkanol e.g. methanol followed by reaction with the isonitrile (IX; $R_6N=C$ wherein $R_6$ has the meanings defined in formula I other than hydrogen). Alternatively, the compounds of formula (II) wherein $R_1$, $R_2$ and $R_3$ have the meanings given in formula (I) and $R_{11}$ is a nitrogen protecting group and $R_{13}$ is a carboxyl protecting group may be prepared by reacting the amino acid derivative (VII) wherein $R_2$ has the meaning given in formula (I) and $R_{12}$ is a carboxyl protecting group with the aldehyde (VIII) wherein $R_3$ has the meaning given in formula (I) in a solvent such as an alkanol e.g. methanol or 2,2,2-trifluoroethanol followed by the sequential addition of the amino acid (V) wherein $R_1$ has the meanings given in formula (I) and $R_{11}$ is a carboxyl protecting group and the isonitrile (IX) wherein $R_6$ has the meanings given in formula (I).

Compounds of formula (II) wherein $R_{12}$ is a $C_{1-3}$alkyl group may also be prepared by reacting the carboxylic acid (X) or an activated derivative thereof



(X)

wherein $R_1$, $R_2$, $R_3$ and $R_{11}$ have the meanings defined above and $R_{12}$ is a $C_{1-3}$alkyl group, with the amine $NHR_5R_6$ wherein $R_5$ and $R_6$ have the meanings defined in formula (I). Examples of a suitable activated derivative of the carboxylic acid (X) include those commonly used in peptide synthesis e.g. that derived from reaction of benzotriazol-1-yloxytri-pyrrolidino-phosphonium hexafluorophosphate in the presence of a suitable amine such as diisopropylethylamine.

The carboxylic acid (X) may be prepared from the corresponding compound of formula (II) wherein $R_5$ represents hydrogen and $R_6$ represents the 2-hydroxyphenyl by reaction with carbonyldiimidazole or thiocarbonyldiimidazole in a suitable solvent such as dichloromethane and subsequent reaction of the product thus formed with aqueous acetone.

Compounds of formula (II) wherein $R_6$ is 2-hydroxyphenyl are conveniently prepared by catalytic hydrogenolysis (e.g. $Pd/H_2$) of the corresponding compound wherein $R_6$ is a 2-benzyloxyphenyl group.

In a further aspect of the invention compounds of formula (I) as defined above may be converted into other compounds of formula (I). Thus compounds of formula (I) wherein $R_4$ is hydroxyl maybe prepared from a compound of formula (I) wherein $R_4$ is the group $NR_5R_6$ and $R_5$ is hydrogen $R_6$ is 2-hydroxyphenyl by reaction with carbonyldiimidazole or

thiocarbonyldiimidazole in a suitable solvent such as dichloromethane and subsequent reaction of the product thus formed with aqueous acetone.

Compounds of formula (I) wherein $R_5$ is hydrogen and $R_6$ is 2-benzyloxyphenyl may be from the corresponding compound of formula (I) wherein $R_6$ is a 2-benyloxyphenyl group by hydrogenolysis using hydrogen and a palladium catalyst.

Compounds of formula (I) wherein $R_4$ is the group $NR_5R_6$ may be prepared by reaction of the compound of formula (I) wherein $R_4$ is hydroxyl or an activated derivative thereof with the amino $NHR_5R_6$ wherein $R_5$ and $R_6$ have the meaning defined in formula (I) under the standard condition for preparing amides from a carboxylic acid and an amine such as $NHR_5R_6$.

Thus the amides may be prepared by treating the compound of formula (I) wherein $R_4$ is hydroxyl with an activating agent such as BOP (benzotriazol-1-yloxy-tris(dimethylamino)phosphonium hexafluorophosphate), TBTU (2-(1H-benzotriazol-1-yl)-1,1,3,3-tetramethyluronium tetrafluoroborate), BOP-Cl (bis(2-oxo-3-oxazolidinyl)phosphinic chloride) or oxalyl chloride in an aprotic solvent such as dichloromethane optionally in the presence of a tertiary amine such as triethylamine and subsequent reaction of the product thus formed with the amine $NHR_5R_6$.

Alternatively compounds of formula (I) wherein $R_4$ is the group $NR_5R_6$ may be prepared by reacting a compound of formula (I) wherein $R_5$ is hydrogen and $R_6$ is 2-hydroxyphenyl with carbonyldiimidazole or thiocarbonyldiimidazole in a suitable solvent such as dichloromethane and subsequent reaction of the product thus formed with the amine $NHR_5R_6$.

Compounds of formula (I) wherein $R_4$ is $OC_{1-4}$ alkyl (optionally substituted with $C_{1-4}$alkylcarbonyloxy) may be prepared by reacting the corresponding carboxylic acid ($R_4$ is OH or an activated derivative thereof with the appropriate alcohol ($R_4OH$) or alkyl halide ($R_4$halide) under standard conditions for preparing such esters. Suitable activated derivatives include the acid halides, mixed anhydrides, those formed with coupling reagents commonly used in peptide synthesis e.g. carbonyldiimidazole and base salts of the acid e.g. alkali meatal salts.

Compounds of formula (IV) may be converted into other compounds of formula (IV) using standard procedures. Thus compound of formula (IV) wherein $R_5$ is hydrogen and $R_6$ is 2-benzyloxyphenyl may be converted into other compounds of formula (IV) wherein $R_5$ and $R_6$ have other meanings as defined in formula (I) using the same procedures as described above for carrying out analogous reactions on compounds of formula (I).

Compounds of formula (I) wherein the stereochemistry of any of the substituents $R_1$, $R_2$ and $R_3$ is as shown in formula (1a) may be prepared starting from the corresponding single isomers of the intermediates (III), (IV) and (VII) and/or the various isomeric mixtures may be separated by conventional procedures.

The intermediates (V), (VI), (VII), (VIII) and (IX) are either known compounds may be prepared by analogous methods to those known for preparing structurally related compounds.

Compounds of formula group (I) wherein $R_4$ is OH may be prepared by cyclisation of a corresponding compound of formula (II) under the conditions described above for preparing compounds of formula (I).

Physiologically acceptable salts of a compound of formula (I) wherein $R_4$ is OH or one of the groups $R_1$, $R_2$, $R_3$ or $NR_4R_5$ has a basic or acidic centre may be prepared by treating the said base or acid with the required physiologically acceptable acid or base and this reaction is conveniently carried out in a

US 7,514,437 B2

17

solvent for the said compound of formula (I). Physiologically acceptable derivatives of a compound of formula (I) may be prepared from the appropriate intermediate corresponding to formula (II) using the process described above for preparing compounds of formula (I) or directly from the compounds of formula (I) by conventional procedures for preparing such derivatives. Thus metabolically labile esters may be prepared by esterification of the free carboxyl or hydroxyl group using standard esterification techniques.

The following examples are illustrative, but not limiting of the embodiments of the present invention.

General Purification and Analytical Methods

Analytical HPLC was conducted on a Supelcosil LCABZ+ PLUS column (3.3 cm×4.6 mm ID), eluting with 0.1% $HCO_2H$ and 0.01 M ammonium acetate in water (solvent A), and 0.05% $HCO_2H$ 5% water in acetonitrile (solvent B), using the following elution gradient 0-0.7 minutes 0%B, 0.7-4.2 minutes 0%-l00%B, 4.2-5.3 minutes 100%B, 5.3-5.5 minutes 0%B at a flow rate of 3 ml/minute. The mass spectra (MS) were recorded on a Fisons VG Platform spectrometer using electrospray positive [(ES+ve to give $MH^+$ and $M(NH_4)^+$ molecular ions] or electrospray negative [(ES-ve to give (M−H)⁻ molecular ion] modes on a Micromass series 2 or a Waters ZQ mass spectrometer. $^1H$ NMR spectra were recorded using a Bruker DPX 400 MHz spectrometer using tetramethylsilane as the external standard. Biotage™ chromatography refers to purification carried out using equipment sold by Dyax Corporation (either the Flash 40i or Flash 150i) and cartridges pre-packed with KPSil. Mass directed autoprep refers to methods where the material was purified by high performance liquid chromatography on a HPLCABZ+ 5µm column (5cm×10 mm i.d.) with 0.1% $HCO_2H$ in water and 95% MeCN, 5% water (0.5% $HCO_2H$) utilising gradient elution at a flow rate of 8 ml minutes⁻¹. The Gilson 202-fraction collector was triggered by a VG Platform Mass Spectrometer on detecting the mass of interest.

Hydrophobic frits refer to filtration tubes sold by Whatman. SPE (solid phase extraction) refers to the use of cartridges sold by International Sorbent Technology Ltd. TLC (thin layer chromatography) refers to the use of TLC plates sold by Merck coated with silica gel 60 $F_{254}$. Oasis™ refers to Waters® Oasis™ HLB Extraction Cartridges, sold by Waters Corporation®.

Method 1

EXAMPLE 1

(2R)-2-(4-fluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide

To a solution of (D)-leucine methyl ester hydrochloride (300 mg) in methanol (4 ml) was added triethylamine (230 µl) and 4-fluorobenzaldehyde (177 µl). The mixture was stirred for 2.5 hours before (2R)-[(tert-butoxycarbonyl)amino](2,3-dihydro-1H-inden-2-yl)ethanoic acid (481 mg) and isopropylisocyanide (225 µl) were sequentially added. After stirring for 16 hr, the solvent was removed in vacuo and the residue was dissolved in chloroform. This solution was washed with a saturated aqueous sodium carbonate solution (x2), aqueous citric acid (0.5M, x2) and brine (x11), dried over magnesium sulphate and evaporated in vacuo. The residue was dissolved in dichloromethane (2 ml) and trifluoroacetic acid (5 ml) and stirred for 3 hours at ambient temperature. After this time, the solvent was removed in vacuo and the residue co-evaporation with toluene (x3) and cyclohexane/ether (1:1, x2). The resi-

18

due was treated with a solution of triethylamine in dioxane (2% solution, 10 ml) and was left to stir overnight. After this time, the dioxane was removed in vacuo and the residue was dissolved in ethyl acetate. The solution was washed with citric acid solution (0.5M, x2), saturated aqueous sodium bicarbonate solution (x1) and brine (x1). The liquors were then dried over magnesium sulphate and in vacuo and were then co-evaporated with cyclohexane: ether (1: 1, x2). This crude material was purified by Biotage™ (90 g, silica) eluting with toluene:ethyl acetate:cyclohexane (5:3:2) with 5% triethylamine to give (2R)-2-(4-fluorophenyl)-2-[(3R,6R)-3-(2, 3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide (149 mg)

HPLC Rt=3.42 minutes; m/z [M+H]⁺=480.

$^1H$ NMR ($CDCl_3$) δ 7.44 (m, 2H), 7.22 (m, 2H), 7.16 (m, 2H), 7.11 (t, 2H), 6.50 (d, 1H), 5.60 (d, 1H), 5.11 (s, 1H), 4.10 (m, 1H), 3.96 (m, 2H), 3.16 (dd, 1lH), 3.07 (d, 1H), 2.91 (m, 1H), 2.77 (m, 1H), 1.84 (m, 1H), 1.73 (m, 1H), 1.42 (m, 1H), 1.13 (d, 3H), 1.12 (d, 3H), 0.84 (d, 3H), 0.79 (d, 3H)

Similarly prepared

EXAMPLE 2

(2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(4-hydroxypiperidin-1-yl)phenyl]ethanamide

HPLC Rt=3.27 minutes; m/z [M+H]⁺=575.

($CDCl_3$) δ 7.3 (d,2H), 7.2 (m, 2H), 7.15 (m, 2H), 6.9 (d, 2H), 6.1 (d, 1H), 5.5 (s, 1H), 5.15 (s, 1H), 3.95 (m, 2H), 3.9 (m, 1H), 3.6 (in, 2H), 3.15 (m, 1H), 3.1 (m, 2H), 3.0 (m, 2H), 2.9 (m, 1H), 2.75 (m, 1lH), 2.0 (m, 2H), 1.75 (m, 1H), 1.65 (m, 3H), 1.45 (m, 1H), 1.3 (s, 9H), 0.8 (d, 3H), 0.7 (d, 3H).

EXAMPLE 3

(2R)-2-{(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-[(1R)-1-methylpropyl]-2,5-dioxopiperazin-1-yl}-2-(2-fluoro-4-morpholin-4-ylphenyl)-N-isopropylethanamide

HPLC Rt=3.34 minutes; m/z [M+H]⁺=565

$^1H$ NMR ($CDCl_3$) δ 7.52 (t, 1H), 7.22-7.11 (m, 4H), 7.04 (br s, 1H), 6.66 (dd, 1H), 6.56 (dd, 1H), 5.07 (s, 1H), 4.19-4.08 (m, 2H), 3.98 (dd, 1H), 3.86-3.81 (4H, m), 3.21-2.91 (m, 8H), 2.80-2.73 (m, 1H), 1.96-1.86 (m, 1H), 1.72-1.61 (m, 1H), 1.51-1.40 (m, 1H), 1.19 (d, 3H), 1.16 (d, 3H), 1.06 (d, 3H), 0.92 (t, 3H).

Method 2

EXAMPLE 4

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4-fluorophenyl)-N-(2,2,2-trifluoroethyl)ethanamide

Methyl (2R)-2-{[(1R,S)-2-{[2-(benzyloxy)phenyl]amino}-1-(4-fluorophenyl)-2-oxoethyl][(2R)-2-[(tert-butoxycarbonyl)amino]-2-(2,3-dihydro-1H-inden-2-yl)amino]}-4-methylpentanoate

A mixture of 4-fluorobenzaldehyde (1.2 g), (D)-leucine methyl ester hydrochloride (1.7 g), triethylamine and methanol (56 ml) was stirred at room temperature for 3 hours. 2-Benzyloxyphenylisocyanide (2.0 g) and N-tert-butoxycarbonyl-(D)-indanyl glycine (2.77 g) were then added

US 7,514,437 B2

19

20

sequentially. After 40 hours the reaction mixture was partitioned between 2M hydrochloric acid and ethyl acetate. The separated organic layer was washed with a saturated aqueous sodium bicarbonate solution and brine, dried over magnesium sulphate and evaporated in vacuo. The resultant crude material was purified by column chromatography (eluting with 0.5% and 0.2% methanol/dichloromethane) to afford methyl (2R)-2-{[(1R,S)-2-[[2-(benzyloxy)phenyl]amino]-1-(4-fluorophenyl)-2-oxoethyl][(2R)-2-[(tert-butoxycarbonyl)amino]-2-(2,3-dihydro-1H-inden-2-yl)ethanoyl]amino}-4-methylpentanoate (4.3 g)

HPLC Rt=4.34 minutes, m/z [M+H]⁺=752

Methyl N-[(2R)-2-[(tert-butoxycarbonyl)amino]-2-(2,3-dihydro-1H-inden-2-yl)ethanoyl]-N-[(1R,S)-1-(4-fluorophenyl)-2-[(2-hydroxyphenyl)amino]-2-oxoethyl]-D-leucinate

A mixture of methyl (2R)-2-{[(1R,S)-2-{[2-(benzyloxy)phenyl]amino}-1-(4-fluorophenyl)-2-oxoethyl][(2R)-2-[(tert-butoxycarbonyl)amino]-2-(2,3-dihydro-1H-inden-2-yl)ethanoyl]amino}-4-methylpentanoate (560 mg), palladium on carbon (70 mg) and ethanol (15 ml) was stirred under an atmosphere of hydrogen for 5 hours. The mixture was filtered through Celite and the filtrate was evaporated in vacuo. The crude product was purified by column chromatography (silica) eluting with ethyl acetate:cyclohexane (10% to 15%) to give methyl N-[(2R)-2-[(tert-butoxycarbonyl)amino]-2-(2,3-dihydro-1H-inden-2-yl)ethanoyl]-N-[(1R,S)-1-(4-fluorophenyl)-2-[(2-hydroxyphenyl)amino]-2-oxoethyl]-D-leucinate.

HPLC Rt=4.06 minutes, m/z [M+H]⁺=662

(2R)-2-{[(2R)-2-[(tert-butoxycarbonyl)amino]-2-(2,3-dihydro-1H-inden-2-yl)ethanoyl][(1R)-1-(methoxycarbonyl)-3-methylbutyl]amino}(4-fluorophenyl)ethanoic acid.

Carbonyldiimidazole (558 mg) was added to a solution of methyl N-[(2R)-2-[(tert-butoxycarbonyl)amino]-2-(2,3-dihydro-1H-inden-2-yl)ethanoyl]-N-{(1R,S)-1-(4-fluorophenyl)-2-[(2-hydroxyphenyl)amino]-2-oxoethyl} -D-leucinate (2.0 g) in dichloromethane (20 ml) and the resultant mixture was stirred at room temperature for 24 hours. The reaction was then concentrated to dryness, dissolved in a mixture of acetone: water (60 ml:40 ml) and stirred for 17 hours at room temperature. The solution was then partitioned between 2M aqueous hydrochloric acid and ethyl acetate. The separated organic layer was washed with saturated aqueous sodium bicarbonate solution and brine before being dried over magnesium sulphate and evaporated in vacuo. Half of the material was taken to be used crude in further experiments. The second half was purified by Biotage™ (silica, 90 g) eluting with methanol:dichloromethane:ammonia (1:98.5:0.5 to 2.5:86.5:1). Evaporation of the appropriate fractions gave (2R)-{[(2R)-2-[(tert-butoxycarbonyl)amino]-2-(2,3-dihydro-1H-inden-2-yl)ethanoyl][(1R)-1-(methoxycarbonyl)-3-methylbutyl]amino}(4-fluorophenyl)ethanoic acid. (173 mg).

HPLC Rt=3.91 minutes, m/z [M+H]⁺=571

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4-fluorophenyl)-N-(2,2,2-trifluoroethyl)ethanamide

A solution of (2R)-{[(2R)-2-[(tert-butoxycarbonyl)amino]-2-(2,3-dihydro-1H-inden-2-yl)ethanoyl][(1R)-1-(methoxycarbonyl)-3-methylbutyl]amino}(4-fluorophenyl)ethanoic acid (73 mg) in N,N-dimethylformamide (2 ml) was sequentially treated with diisopropylethylamine (51 µl),

phosphorus^r (1-hydroxy-1H-benzotriazolato-O)tri-1-pyrrolidinyl-(T-4)-hexafluorophosphate (80 mg) and then after 2 minutes, 2,2,2-trifluoroethylamine (25 µl). This reaction mixture was stirred for 2 hours before being partitioned between 2M aqueous hydrochloric acid and ethyl acetate. The organic layer was washed with saturated aqueous sodium bicarbonate solution and brine before being dried over magnesium sulphate and evaporated in vacuo. The residue was dissolved in 4M hydrogen chloride in dioxane and stirred for 7 hours at room temperature. The reagent was removed in vacuo and the residue partitioned between ethyl acetate and saturated aqueous sodium bicarbonate solution. The separated organic fraction was washed with brine before being dried over magnesium sulphate and evaporated in vacuo. The crude material was purified by column chromatography (silica) eluting with methanol:dichloromethane (1% to 3%) to furnish ((2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4-fluorophenyl)-N-(2,2 2-trifluoroethyl)ethanamide (10 mg)

HPLC Rt=3.4 minutes, m/z [M+H]⁺=520

¹H NMR (CDCl₃) δ 7.42 (m, 2H), 7.34 (d, 1H), 7.20-7.10 (m, 6H), 6.61 (t, 1H), 5.28 (s, 1H), 4.08-3.96 (m, 3H), 3.88 (m, 1H), 3.14 (dd, 1H), 3.02 (m, 2H), 2.95-2.77 (m, 2H), 1.88-1.70 (m, 2H), 1.40 (ddd, 1H), 0.85 (d, 3H), 0.79 (d, 3H).

The following compounds were prepared in a similar manner

EXAMPLE 5

(2R)-2-(4-fluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide

HPLC Rt=3.37 minutes, m/z [M+H]⁺=466

1H NMR (CDCl3); δ 7.47-7.40 (m, 2H), 7.25-7.12 (m, 6H), 6.50 (d, 1H), 6.47 (s, 1H), 4.15 (dd, 1H), 3.98 (dd, 1H), 3.21-3.01 (m, 3H), 2.99 (s, 3H), 2.92-2.73 (m, 2H), 2.83 (m, 3H), 1.59-1.49 (m, 1H), 1.42 (dt, 1H), 0.66-0.57 (m, 1H), 0.62 (d, 3H), 0.40 (d, 3H).

EXAMPLE 6

(2R)-2-(4-fluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-morpholinamide

HPLC Rt=3.32 minutes, m/z [M+H]⁺=508

1H NMR (CDCl3); δ 7.44-7.39 (m, 2H), 7.26-7.12 (m, 6H), 6.87 (d, 1H), 6.51 (s, 1H), 4.12 (dd, 1H), 4.00 (dd, 1H), 3.73-3.62 (m, 3H), 3.60-3.54 (m, 2H), 3.37 (m, 1H), 3.23 (m, 1H), 3.20-3.02 (m, 4H), 2.91-2.75 (m, 2H), 1.60-1.50 (m, 1H), 1.45 (dt, 1H), 0.63 (d, 3H), 0.62-0.55 (m, 1H), 0.42 (d, 3H).

The 2-fluoro-4-(morpholino)-benzaldehyde used in this synthesis was prepared by the following procedure.

2-Fluoro-4-(morpholino)-benzonitrile

A solution of 2,4-difluorobenzonitrile (6.03 g, 43.35 mmol) and morpholine (8.3 ml, 95.17 mmol) in tetrahydrofuran (27 ml) was stirred at room temperature for 24 hr. The mixture was evaporated and the white solid purified by Biotage™ column (90 g, silica) eluting with cyclohexane: ethyl acetate: (4:1) to give 2-fluoro-4-(morpholino)-benzonitrile as a white solid (5.81 g, 65%).

HPLC Rt=2.83 minutes; m/z [M+H]⁺=207.

US 7,514,437 B2

21

2-Fluoro-4-(morpholino)-benzaldehyde

To a solution of 2-fluoro-4-(morpholino)-benzonitrile (2.82 g, 13.7 mmol) in tetrahydrofuran (27 ml) under a nitrogen atmosphere was added dropwise a 1.5 M solution of DIBAL-H in toluene (18.3 ml, 27.3 mmol) during 13 minutes and the resulting mixture stirred for 23.5 hr at room temperature. The mixture was cooled to −50° C. and the excess DIBAL-H deastoyed by careful addition of methanol (27 ml). The mixture was then stirred at room temperature for 10 mins, saturated ammonium chloride (27 ml) added and the resulting mixture stirred at room temperature for 40 mins., and then evaporated under reduced pressure to give a solid. This solid was partitioned between dichloromethane (120 ml) and water (120 ml) and solid potassium carbonate added until the aqueous phase was pH10. The phases were separate via a hyrophobic frit and the oraganic phase evaporated and the residue purified by a Biotage™ column (40 g, silica) eluting with cyclohexane:ethyl acetate: (7:3) to give 2-fluoro-4-morpholino)-benzaldehyde (1.96 g, 68%) as a white solid.

HPLC Rt=2.63 minutes; m/z [M+H]$^+$=210.

Method 3

EXAMPLE 7

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide

Methyl      N-[(1R)-1-(2,4-difluorophenyl)-2-(isopropylamino)-2-oxoethyl]-L-leucinate

To a stirred suspension of (L)-Leucine (1.3 g) in methanol (100 ml) under a nitrogen atmosphere was added 2,4-difluorobenzaldehyde (1.42 g). After stirring at ambient temperature for 3 days, the suspension was cooled to −30° C. and a solution of isopropylisocyanide (0.691 g) in methanol (5 ml) was added. After 3 hours at −30° C. the reaction was allowed to warm to room temperature and was stirred for a further 20 hours. The solvent was removed in vacuo, the residue purified using a Biotage™ column (40 g, silica) eluting with cyclohexane: ethyl acetate (gradient from 8:1 to 1:1). The required fractions were combined and concentrated in vacuo to furnish methyl N-[(1R)-1-(2,4-difluorophenyl)-2-(isopropylamino)-2-oxoethyl]-L-leucinate (1.326 g). $^1$H NMR (CDCl$_3$) d 7.32 (m, 1H), 6.88 (m, 1H), 6.82 (m, 1H), 6.78 (m, 1H), 4.42 (s, 1H), 4.07 (m, 1H), 3.69 (s, 3H), 3.18 (t, 1H), 1.66 (m, 1H), 1.49 (t, 2H), 1.18 (d, 3H), 1.15 (d, 3H), 0.88 (d, 3H), 0.77 (d, 3H)

N-[(1R)-1-(2,4-difluorophenyl)-2-(isopropylamino)-2-oxoethyl]-L-leucine

To a solution of methyl N-[(1R)-1-(2,4-difluorophenyl)-2-(isopropylamino)-2-oxoethyl]-L-leucinate (1.32 g) in methanol (15 ml) was added a solution of lithium hydroxide (294 mg) in water (15 ml). The reaction was rapidly stirred for 1.5 hours and then evaporated in vacuo. The residue was dissolved in water and neutralised using 2N hydrochloric acid. The resulting solid was collected by filtration and dried in vacuo. The filtrate was applied to 4 Oasis cartridges (6 g), which were eluted with water (x2) and methanol (x2). The required fractions were combined and concentrated in vacuo to afford N-[(1R)-1-(2,4-difluorophenyl)-2-(isopropylamino)-2-oxoethyl]-L-leucine (1.01 g). HPLC Rt=2.51 minutes; m/z [M+H]$^+$=343.

22

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide

To a solution of (2R)-[(tert-butoxycarbonyl)amino](2,3dihydro-1H-inden-2-yl)ethanoic acid (291 mg) in dry tetrahydrofuran (5ml) under a nitrogen atmosphere at −20° C. was added N-methylmorpholine (101 mg) and a solution of isopropylchloroformate in toluene (1.0M, 1 ml). After 10 minutes, a solution of N-[(1R)-1-(2,4-difluorophenyl)-2-(isopropylamino)-2-oxoethyl]-L-leucine (342 mg) in N,N-dimethylformamide/tetrahydrofuran (5 ml/10 ml) was added and the resultant mixture was stirred at room temperature for 4 hours. The solvent was then removed in vacuo and the residue was treated with 4N hydrochloric acid in dioxane (2 ml). After 4 hours, methanol (5 ml) was added to the reaction mixture and this was left to stand for 18 hours. The solvent was then removed in vacuo and the residue was purified on an SPE cartridge (50 g, silica) eluting with cyclohexane/ethyl acetate (gradient from 4:1 to neat ethyl acetate), which furnished the two diastereomers as white solids (2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide; (0.137 g)

HPLC Rt=3.47 minutes, m/z [M+H]$^+$=498

$^1$H NMR (CDCl$_3$) δ 7.68 (m, 1H), 7.21 (m, 2H), 7.17 (m, 2H), 6.95 (m, 1H), 6.89 (m, 1H), 6.79 (d, 1H), 5.91 (d, 1H), 5.33 (s, 1H), 4.12 (m, 1H), 4.02 (m, 1H), 3.92 (dd, 1H), 3.16 (m, 1H), 3.05 (m, 2H), 2.90 (m, 1H), 2.78 (m, 1H), 1.85 (m, 1H), 1.79 (m, 1H), 1.49 (m, 1H), 1.17 (m, 6H), 0.88 (d, 3H), 0.82 (d, 3H)

Method 4

EXAMPLE 8

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2 5-dioxopiperazin-1-yl]-N,N-dimethylethanamide

Methyl N-[(1R)-2-{[2-(benzyloxy)phenyl]amino}-1-(2,4-difluorophenyl)-2-oxoethyl]-L-leucinate

To a suspension of L-leucine (2.33 g) in methanol (200 ml) at −30° C. under nitrogen was added a solution of 2,4-difluorobenzaldehyde (2.52 g) in methanol (10 ml) and a suspension of 2-benzyloxyphenylisonitrile (3.7 g) in methanol (40 ml). The reaction was stirred at −30° C. for 2.5 hours and then allowed to warm to room temperature and stirred for a further 6 days. The solvent was removed in vacuo and the residue was passed through a Biotage™ column (90 g) eluting with cyclohexane: ethyl acetate (8:1 and 7:1) to afford after evaporation of the appropriate fractions methyl N-[(1R)-2-{[2-(benzyloxy)phenyl]amino}-1-(2,4difluorophenyl)-2-oxoethyl]-L-leucinate (5.06 g).

HPLC Rt=4.0 minutes, m/z [M−H]$^-$=495

Methyl N-{(1R)-1-(2,4-difluorophenyl)-2-[(2-hydroxyphenyl)amino]-2-oxoethyl}-L-leucinate

A mixture of palladium on carbon (10%, 300 mg), methyl N-[(1R)-2-{[2-(benzyloxy)phenyl]amino}-1-(2,4-difluorophenyl)-2-oxoethyl]-L-leucinate (2.88 g) and ethyl acetate (30 ml) was stirred under a hydrogen atmosphere for 3 hours. The reaction was then filtered through Celite and the filter pad was washed with further portions of ethyl acetate. The combined organic fractions were evaporated to give methyl N-{

23

(1R)-1-(2,4-difluorophenyl)-2-[(2-hydroxyphenyl)amino]
-2-oxoethyl]-L-leucinate (2.179 g).
  HPLC Rt=3.52 min m/z [M−H]⁻=405

Methyl N-[1-(2,4-difluorophenyl)-2-(dimethy-
lamino)-2-oxoethyl]-L-leucinate

  A solution of methyl N-{(1R)-1-(2,4-difluorophenyl)-2-
[(2-hydroxyphenyl)amino]-2-oxoethyl}-L-leucinate (203
mg) and 1,1'-thiocarbonyldiimidazole (100 mg) in dichlo-
romethane (5 ml) was left to stand for 18 hours. Water (10□1)
was added to the reaction mixture and this was then stirred
rapidly for 30 minutes. After this, 1H-Benzotriazolium,
1-[bis(dimethylamino)methylene]-,    tetrafluoroborate(1-),
3-oxide (TBTU, 321 mg) and a solution of dimethylamine in
tetrahydrofuran (0.5 ml of 2M solution) were added. The
reaction mixture was stirred for a further 18 hours and was
then passed down an SPE (5 g, silica) eluting with a gradient
(8:1 to 1:2 cyclohexane:ethyl acetate). The required fractions
were combined and evaporated to furnish methyl N-[1-(2,4-
difluorophenyl)-2-(dimethylamino)-2-oxoethyl]-L-leucinate
(100 mg).
  HPLC Rt=3.16 minutes m/z [M+H]⁺=343

N-[1-(2,4-difluorophenyl)-2-(dimethylamino)-2-
oxoethyl]-L-leucine

  To a solution of methyl N-[1-(2,4-difluorophenyl)-2-(dim-
ethylamino)-2-oxoethyl]-L-leucinate (101 mg) in methanol
(3 ml) was added a solution of lithium hydroxide (15.4 mg) in
water (1 ml). After stirring vigorously for 4 hours the solvent
was removed in vacuo. The residue was diluted with water (10
ml) then neutralised with 2N hydrochloric acid. This solution
was applied to an Oasis™ cartridge (6 g) and eluted with
water (x2) and methanol (x2). The required fractions were
combined and evaporated to afford N-[1-(2,4-difluorophe-
nyl)-2-(dimethylamino)-2-oxoethyl]-L-leucine (95 mg).
  HPLC Rt=2.23 minutes m/z [M+H]⁺=329

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihy-
dro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-
yl]-N,N-dimethylethanamide

  To a solution of (2R)-[(tert-butoxycarbonyl)amino](2,3-
dihydro-1H-inden-2-yl)ethanoic acid (84 mg) in dry tetrahy-
drofiran (6ml) at −20° C. under a nitrogen atmosphere was
added N-methylmorpholine (32□1) and a solution of isopro-
pylchloroformate in toluene (1.0M, 290□1). After 10 min-
utes, a solution of N-[1-(2,4-difluorophenyl)-2-(dimethy-
lamino)-2-oxoethyl]-L-leucine (95 mg) in tetrahydrofuran
(10 ml) was added and the reaction was allowed to warm to
room temperature. After 20 hours, the solvent was removed in
vacuo and the residue was dissolved in 4N hydrochloric acid
in dioxan (4 ml). After 4 hours methanol (5 ml) was added and
the reaction was left to stand for a further 18 hours. The
solvent was then removed in vacuo and the residue was dis-
solved in dioxan (5ml) and to this was added triethylamine
(0.5 ml). After 1 hour, the solvent was removed and the
residue was applied to an SPE (10 g, silica). The product was
eluted using methanol. A second SPE was used to further
purify the material (2 g, silica) using an ethyl acetate: metha-
nol gradient (20:1 to 1:1) to afford (2R)-2-(2,4-difluorophe-
nyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-
2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide (38 mg).
  HPLC Rt=3.5 minutes, m/z [M+H]⁺=484
  ¹H NMR (CDCl₃) δ 7.42 (m, 1H), 7.22 (m, 2H), 7.17 (m,
2H), 7.02-6.90 (m, 2H), 6.62 (s, 1H), 6.37 (m, 1H), 4.09 (m,

24

1H), 3.98 (dd, 1H), 3.20-3.02 (m, 3H), 2.99 (s, 3H), 2.87 (m,
1H), 2.85 (s, 3H), 2.74 (m, 1H), 1.55 (m, 2H), 0.70 (m, 1H),
0.67 (d, 3H), 0.41 (d, 3H)
  Similarly prepared

EXAMPLE 9

(2R)-N-cyclopropyl-2-(2,4-difluorophenyl)-2-[(3R,
6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-
dioxopiperazin-1-yl]ethanamide

  HPLC Rt=3.41 minutes, m/z [M+H]⁺=496.
  ¹H NMR (CDCl₃) δ 7.67 (dt, 1H), 7.59 (1H, d), 7.21-7.11
(m, 4H), 6.99-6.92 (m, 1H), 6.92-6.84 (m, 1H), 6.35 (d, 1H),
5.43 (s, 1H), 3.99 (dd, 1H), 3.93 (dd, 1H), 3.17-2.71 (m, 6H),
1.88-1.70 (m, 2H), 1.48-1.38 (m, 1H), 0.86 (s, 3H), 0.81-0.74
(m, 5H), 0.51-0.45 (m, 2H).

EXAMPLE 10

(2R)-2-(2,4-difluorophenyl)-2-[(3 R,6R)-3-(2,3-dihy-
dro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-
yl]-N,N-dimethylethanamide

(2RS)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-
dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiper-
azin-1-yl]-N-(2-benzyloxyphenyl)ethanamide

  A mixture of 2,4-difluorobenzaldehyde (1.421 g), (D)-leu-
cine methyl ester hydrochloride (1.817 g), triethylamine
(1.391 ml) and methanol (20 ml) was stirred at room tempera-
ture for 16 hours. N-tert-butoxycarbonyl-(D)-indanylglycine
(2.914 g) and 2-benzyloxy-phenylisocyanide (2.090 g) were
then added sequentially. After 24 hours the solvent was
removed under reduced pressure and the reaction mixture was
taken up in dichloromethane (ca. 20 ml) and purified by
Biotage™ flash column chromatography (2×90 g silica car-
tridges on a Biotage Quad 3 system eluted with 1:9 ethyl
acetate:cyclohexane) to afford methyl (2R)-2-{[(1R,S)-2-{
[2-(benzyloxy)phenyl]amino}-1-(2,4-difluorophenyl)-2-
oxoethyl][(2R)-2-[(tert-butoxycarbonyl)amino]-2-(2,3-di-
hydro-1H-inden-2-yl)ethanoyl]amino}-4-methylpentanoate
(5.100 g) (HPLC Rt=4.40 minutes m/z [M+H]⁺=770). This
was taken up in 4M hydrogen chloride in 1,4-dioxane (20 ml)
and the mixture was left at room temperature for 3 hours. The
solvent and hydrogen chloride were blown off using a stream
of nitrogen overnight. The crude material was taken up in
methanol (90 ml) containing triethylamine (10 ml). After 30
minutes, the methanol and excess of triethylamine were
removed under reduced pressure. The crude product was puri-
fied by Biotage™ flash column chromatography (2×90 g
silica cartridges on a Biotage Quad 3 system eluted with 1:2
ethyl acetate:cyclohexane) to yield (2RS)-2-(2,4-difluo-
rophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-
isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-benzyloxyphenyl)
ethanamide (3.381 g).
  HPLC Rt=3.99 minutes, m/z [M+H]⁺=638

(2RS)-2-(2,4difluorophenyl)-2-[(3R,6R)-3-(2,3-dihy-
dro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-
yl]-N-(2-hydroxyphenyl)ethanamide

  (2RS)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-
1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-
benzyloxyphenyl)ethanamide (3.381 g) was dissolved in
ethyl acetate (200 ml) and hydrogenated at atmospheric pres-
sure over 10% palladium on carbon catalyst (0.980 g of 10%

US 7,514,437 B2

25

Pd/C:water 1:1 w/w) at room temperature for five hours. The reaction mixture was filtered through Celite and the sovent was removed under reduced pressure to give the (2RS2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydroxyphenyl)ethanamide as a cream-coloured foam (2.650 g).

HPLC Rt=3.61 minutes, m/z [M−H⁺]⁺=546 (no [M+H]⁺ visible)

(2RS)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2 3-di-hydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-ethanoic Acid

(2RS)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydroxyphenyl)ethanamide (2.650 g) was stirred in dichloromethane (20 ml) and carbonyldiimidazole (1.178 g) was added. the mixture was left at room temperature for 16 hours then the solvent was removed under reduced pressure. The residue was then taken up in 1:1 acetone:water (v/v) (80 ml) and left at room temperature for 30 minutes. The bulk of the acetone was then removed under reduced pressure and the residue was partitioned between dichloromethane and 0.5M hydrochloric acid. The organic phase was separated (hydrophobic frit) and evaporated under reduced pressure. The crude product was purified (Biotage™ flash chromatography column, 90 g silica cartridge eluted with (i) 1:1 ethyl acetate: cyclohexane (ii) ethyl acetate (iii) ethyl acetate:methanol 9:1) to afford (2RS)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-ethanoic acid as a colourless solid 1.524 g as a mixture of epimers.

HPLC Rt=3.44 and 3.58 minutes, both m/z [M+H⁺]=457

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide

The acid (2RS)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-ethanoic acid (0.747 g) prepared as described above was dried over P₄O₁₀ in vacuo for five hours to give 0.724 g drier material; this was dissolved in anhydrous dichloromethane: acetonitrile (1:1 v/v, 6 ml) and treated with triethylamine (0.223 ml) and BOP-Cl (bis(2-oxo-3-oxazolidinyl)phosphinic chloride, dissolved in anhydrous dichloromethane:acetonitrile (1:1 v/v, 6 ml) and treated with triethylamine (0.223 ml) and BOP-Cl (bis(2-oxo-3-oxazolidinyl)phosphinic chloride, 0.450 g) and the mixture was sonicated for ca. 1 min to give a gelatinous mass. After 10 minutes at room temperature a solution of dimethylamine in tetrahydrofuran (10 ml of 2M solution) was added to give a clear solution; this was left for 16 hours at room temperature. The solvents were removed under reduced pressure and the mixture was partitioned beween dichloromethane and 0.1M hydrochloric acid. The organic phase was separated (hydrophobic frit) and evaporated under reduced pressure. The crude product was purified by flash column chromatography (12 g Biotage™ silica cartridge eluted with (i) 1:1 ethyl acetate:cyclohexane (ii) ethyl acetate (iii) ethyl acetate:methanol 9:1) to give the (2R)-2-(2, 4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide as a colourless solid 0.285 g.

HPLC Rt=3.43 minutes, m/z [M+H⁺]=484

¹H NMR (CDCl₃) δ 7.47-7.40 (m, 1H), 7.24-7.11 (m, 4H), 7.01-6.91 (m, 3H), 6.62 (s, 1H), 4.09 (dd, 1H), 3.98 (dd, 1H),

26

3.19-3.01 (m, 3H), 2.99 (3, 3H), 2.92-2.75 (m, 5H), 1.64-1.51 (m, 2H), 0.76-0.66 (m, 4H), 0.43 (d, 3H).

Method 5

EXAMPLE 11

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide

(2R)-[(benzyloxycarbonyl)amino](2,3-dihydro-1H-inden-2-yl)ethanoic Acid

R-Indanylglycine (1.91 g) was suspended in dioxane (10 ml) and water (10 ml). To this was added triethylanmine (1.7 ml) and N-(benzyloxycarbonyloxy)succinimide (2.54 g) and the reaction mixture was stirred rapidly at room temperature for 2 days. The reaction mixture was poured into water (50 ml) and extracted with chloroform (100 ml). The organic phase was washed with 1N hydrochloric acid (50 ml) and water (50 ml). This was dried over magnesium sulphate and the solvent removed iii vacuo to give (2R)-[(benzyloxycarbonyl)amino](2,3-dihydro-1H-inden-2-yl)ethanoic acid (3.06 g).

HPLC Rt=3.35 minutes; m/z [M+H⁺]=326.

¹H NMR (CDCl₃) δ 7.40-7.29 (m, 5H), 7.21-7.11 (m, 4H), 5.28 (d, 1H), 5.11 (s, 2H), 4.57 (m, 1H), 3.14-2.79 (m, 5H).

(2RS)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydroxyphenyl)ethanamide

To a solution of (D)-leucine methyl ester hydrochloride (1.45 g) in methanol (10 ml) was added triethylamine (1.12 ml) and 2,4-difluorobenzaldehyde (0.875 ml). The mixture was stirred for 3 days before (2R)-[(benzyloxycarbonyl)amino](2,3-dihydro-1H-inden-2-yl)ethanoic acid (2.6 g) and 2-benzyloxyphenylisocyanide (1.76 g) were sequentially added. The reaction mixture was left to stand for 24 hours. The solvent was removed in vacuo and the residue was separated between ethyl acetate (200 ml) and water (200 ml). The organic phase was washed with brine. To this solution was added palladium on carbon (2.0 g) and acetic acid (10 ml) and the reaction mixture was stirred under an atmosphere of hydrogen for 2 hours. The mixture was filtered through Celite and washed with water (3×100 ml), saturated sodium bicarbonate solution, brine and dried over magnesium sulphate. The solvent was evaporated in vacuo. The crude product was purified by column chromatography (silica) eluting with ethyl acetate: cyclohexane (50% to 66%) to give (2RS)-2-(2, 4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydroxyphenyl)ethanamide (2.0 g).

HPLC Rt=3.59 minutes; m/z [M+H⁺]=548.

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide

Carbonyldiimidazole (4.80 g, 1.54 equiv.) was suspended in anhydrous dichloromethane (40 mL) and the suspension was left at room temperature for 15 minutes. (2RS)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydroxyphenyl) ethanamide (10.50 g, pre-dried in vacuo over P₄O₁₀ for 24 hours) was then added with stirring and the resultant solution was stirred at room temperature for 6 hours. The resulting

US 7,514,437 B2

27                                                                      28

yellow solution was then treated with a 2.0M solution of
dimethylamine in tetrahydrofuran (54 mL, 5.6 equiv.) and the
resulting mixture was stirred at room temperature for 16
hours. The solvents plus residual dimethylamine were
removed under reduced pressure and the reaction mixture was
taken up in dichloromethane (200 mL) and washed with 1M
hydrochloric acid (200 mL). The organic phase was separated
using a hydrophobic frit and was evaporated under reduced
pressure to ca. 50 mL. The crude product was applied to 4×90
g silica Biotage™ columns on a Quad 3 system; each column
being eluted with (i) 2:1 v/v ethyl acetate:cyclohexane (12×
50 mL fractions), (ii) ethyl acetate (12×50 mL fractions), (iii)
9:1 v/v ethyl acetate:methanol to give (2R)-2-(2,4-difluo-
rophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-
isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide
(5.753 g, 62%) as a colourless solid.

HPLC Rt=3.41 minutes, m/z [M+H]⁺=484
$^{1}$H NMR (CDCl₃) δ 7.48-7.38 (m, 2H), 7.24-7.11 (m, 4H),
7.01-6.90 (m, 2H), 6.62 (s, 1H), 4.09 (dd, 1H), 3.98 (dd, 1H),
3.19-3.01 (m, 3H), 2.99 (3, 3H), 2.92-2.75 (m, 5H), 1.64-1.51
(m, 2H), 0.76-0.66 (m, 4H), 0.43 (d, 3H).

Similarly prepared:

EXAMPLE 12

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihy-
dro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-
yl]-N-methylethanamide Colourless Solid, 41%

HPLC Rt=3.4 minutes, m/z [M+H]⁺=470

EXAMPLE 13

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihy-
dro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-
yl]ethanamide Colourless Solid, 36%

HPLC Rt=3.3 minutes, m/z [M+H]⁺=456

EXAMPLE 14

(3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-morpho-
lin-4-yl-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-
6-isobutylpiperazine-2,5-dione Colourless Solid,
61%

HPLC Rt=3.4 minutes, m/z [M+H]⁺=526

EXAMPLE 15

(3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-(3-hy-
droxyazetidin-1-yl)-2-oxoethyl]-3-(2,3-dihydro-1H-
inden-2-yl)-6-isobutylpiperazine-2,5-dione Colour-
less Solid, 45%

HPLC Rt=3.2 minutes, m/z [M+H]⁺=512
(azetidin-3-ol prepared by the method of S S Chatterjee
and D J Triggle; J Chem. Soc. Chem. Comm. (2) 93 (1968)

EXAMPLE 16

(3R,6R)-1-[(1R)-2-azetidin-1-yl-1-(2,4-difluorophe-
nyl)-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-
isobutylpiperazine-2,5-dione Colourless Solid, 46%

HPLC Rt=3.4 minutes, m/z [M+H]⁺=496

EXAMPLE 17

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihy-
dro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-
yl]-N-(2-hydroxyethyl)-N-methylethanamide
Colourless Solid, 59%

HPLC Rt=3.3 minutes, m/z [M+H]⁺=514

EXAMPLE 18

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihy-
dro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-
yl]-N-methyl-N-[2-(methylsulfonyl)ethyl]ethana-
mide Colourless Solid, 22%

HPLC Rt=3.2 minutes, m/z [M+H]⁺=576

EXAMPLE 19

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihy-
dro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-
yl]-N-methyl-N-(2,2,2-trifluoroethyl)ethanamide
Colourless Solid, 11%

HPLC Rt=3.5 minutes, m/z [M+H]⁺=552
(2,2,2-trifluoroethylmethylamine hydrochloride was pre-
pared by the method of E R Bissell and M Finger; J. Org.
Chem. 24 1256-1259 (1959))

EXAMPLE 20

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihy-
dro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-
yl]-N-methyl-N-(pyridin-2-ylmethyl)ethanamide Tan
Foam, 19%

HPLC Rt=3.5 minutes, m/z [M+H]⁺=561

EXAMPLE 21

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihy-
dro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-
yl]-N-methoxy-N-methylethanamide

HPLC Rt=3.4 minutes, m/z [M+H]⁺=500

EXAMPLE 22

(2R)-(2,4-difluorophenyl)[(3R,6R)-3-(2,3-dihydro-
1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]
ethanoic Acid

Carbonyldiimidazole (1.42 g, 1.6 equiv.) was suspended in
anhydrous dichloromethane (10 mL) and the suspension was
left at room temperature for 15 minutes. (2RS)-2-(2,4-diflu-
orophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-
isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydroxyphenyl)
ethanamide (3.00 g) was then added and the resultant solution
was stirred at room temperature for 16 hours. The resulting
yellow solution was then evaporated under reduced pressure
and the residue was treated with a 1:1 (v/v) mixture of water
and acetone (10 mL). The mixture was stirred for 2 hours,
then the acetone was removed under reduced pressure and the
residue was partitioned between dichloromethane and 0.1M
HCl aq. The organic phase was separated using a hydrophobic
frit then evaporated to low volume and purified by chroma-
tography on a Biotage Quad 3 system (90 g silica column)
eluted with 1:1 (v/v) ethyl acetate:cyclohexane, then ethyl

US 7,514,437 B2

**29**

acetate, then 1:1 (v/v) ethyl acetate:methanol to give a mixture of diastereomers (2.61 g). These were separated on a chiral reverse-phase column (Chiralcel OD, eluted with 15% propan-2-ol/heptane containing 0.1% TFA) to give: (2R)-(2, 4-difluorophenyl)[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanoic acid (1.60 g)

HPLC Rt=3.4 minutes, m/z [M+H]⁺=457

EXAMPLE 23

Methyl (2R)-(2,4-difluorophenyl)[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiper-azin-1-yl]ethanoate

Carbonyldiimidazole (0.324 g, 1.6 equiv.) was suspended in anhydrous dichloromethane (4 mL) and the suspension was left at room temperature for 15 minutes. (2RS)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydroxyphenyl) ethanamide (0.800 g) was then added with stirring and the resultant solution was left at room temperature for 16 hours. The mixture was then treated with methanol (10 mL) and left at room temperature overnight. The solvents were removed under reduced pressure and the residue was purified by preparative plate chromatography on silica (20×20 cm plates x4 eluted with 1:3 ethyl acetate:cyclohexane x5) to give: methyl (2R)-(2,4-difluorophenyl)[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanoate (0.453 g, 66%)

HPLC Rt=3.42 minutes, m/z [M+H]⁺=471

Similarly prepared:

EXAMPLE 24

Propyl (2R)-(2,4-difluorophenyl)[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiper-azin-1-yl]ethanoate

HPLC Rt=3.71 minutes, m/z [M+H]⁺=499

**30**

EXAMPLE 25

1-(acetyloxy)ethyl(2R)-(2,4-difluorophenyl)[(3R, 6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyL-2,5-dioxopiperazin-1-yl]ethanoate

(2R)-(2,4-difluorophenyl)[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanoic acid (example 22) (0.130 g) was stirred in anhydrous DMF (1 mL) and anhydrous potassium carbonate (0.020 g, 0.5 eq.) was added. The mixture was stirred at room temperature for 1 hour then cooled to −10° C. (ice-salt bath). The heterogeneous mixture was treated with 1-bromoethyl acetate (0.120 mL, excess) and stirred for 3.5 hours keeping the bath temperature between −10 and −5° C. It was then partitioned between DCM and 1M HCl aq. (20 mL each). The organic phase was separated (hydrophobic frit) and evaporated under reduced pressure to give a purple gum; this was purified by SPE cartridge (5 g, silica eluted with (i) cyclohexane x2, (ii) DCM x2, (iii) diethl ether x2, (iv) ethyl acetate x2, (v) methanol x2 to give I -(acetyloxy)ethyl (2R)-(2,4-difluorophenyl) [(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanoate (0.081 g) as a yellow foam.

HPLC Rt=3.5 minutes, m/z [M+H]⁺=543

Similarly prepared:

In the table below, Examples 26, 54-55, 66-104, 107-117, 124-131 were prepared via method 1. The t-butyl ester Example 39 was prepared via perchloric acid-catalysed trans-esterification of the corresponding acid (Example 22) with t-butyl acetate by the procedure of T Kolasa and M J Miller; Journal of Organic Chemistry (1990), 55(6), 1711-21. Other Examples in the table below were prepared via method 5.

US 7,514,437 B2

31                                                                      32

| Eg No. | Regno | Mwt | Rt/ min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 26 |  | 511.6 | 3.6 | 512 | 510 | (2R)-N-(tert-butyl)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide |
| 27 |  | 537.5 | 3.4 | 538 | 536 | (2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2,2,2-trifluoroethyl)ethanamide |

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 28 | | 543.6 | 3.2 | 544 | 542 | (2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl)-2,5,5-dioxopiperazin-1-yl]-N-(2,2-dimethoxyethyl)ethanamide |
| 29 | | 513.6 | 3.3 | 513 | 511 | (2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl)-2,5,5-dioxopiperazin-1-yl]-N-(2-methoxyethyl)ethanamide |

35     36

-continued

| Eg No. | Regno | Mwt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 30 |  | 527.6 | 3.4 | 528 | none | (2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-methoxyethyl)-N-methylethanamide |
| 31 |  | 571.7 | 3.3 | 572 | none | (2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-bis(2-methoxyethyl)ethanamide |

US 7,514,437 B2

37 38

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 32 | | 528.6 | 2.7 | 529 | none | (2R)-2-(2,4-difluorophenyl)-N-[2-(dimethylamino)ethyl]-2-[(2R,5R)-2-isobutyl-3,6-dioxo-5-(2-phenylethyl)piperazin-1-yl]-N-methylethanamide |
| 33 | | 654.7 | 2.7 | 541 | 539 | (2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-[2-(dimethylamino)ethyl]-N-methylethanamide trifluoroacetate |

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 34 | | 511.6 | 3.6 | 512 | none | (2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-N-methylethanamide |
| 35 | | 471.6 | 3.2 | 472 | 470 | (2R)-2-(2,4-difluorophenyl)-2-[(2R,5R)-2-isobutyl-3,6-dioxo-5-(2-phenylethyl)piperazin-1-yl]-N,N-dimethylethanamide |

-continued

| Eg No. | Regno | Mwt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 36 |  | 497.6 | 3.5 | 498 | none | (2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyryl-4-methyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide |
| 37 |  | 554.7 | 2.7 | 555 | none | (2R)-2-(2,4-difluorophenyl)-2-{(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-4-[2-(dimethylamino)ethyl]-6-isobutyl-2,5-dioxopiperazin-1-yl}-N,N-dimethylethanamide |

US 7,514,437 B2

43                                                                                  44

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 38 | | 527.6 | 3.3 | 528 | 526 | [[(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanoyl](methyl)amino] acetic acid |
| 39 | | 512.6 | 3.7 | 513 | 511 | tert-butyl (2R)-2-(2,4-difluorophenyl)[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanoate |

-continued

| Eg. No. | Regno | Mwt | Rt/min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 40 | | 583.7 | 3.6 | 584 | none | tert-butyl [[(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanoyl](methyl)amino] acetic acid |
| 41 | | 525.6 | 3.3 | 526 | 524 | (3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-(3-methoxyazetidin-1-yl)-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione |

US 7,514,437 B2

47                                                                48

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 42 | | 509.6 | 3.5 | 510 | none | (3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-oxo-2-pyrrolidin-1-ylethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione |
| 43 | | 561.1 | 2.7 | 525 | none | (3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-oxo-2-piperazin-1-ylethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione hydrochloride |

US 7,514,437 B2

49

50

-continued

| Eg. No. | Regno | Mwt | Rt/min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 43a | | 652.7 | 2.7 | 539 | 583(M + 45) | (3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-(4-methylpiperazin-1-yl)-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione trifluoroacetate |
| 44 | | 602.7 | 3.3 | 603 | 601 | (3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-[4-(methylsulfonyl)piperazin-1-yl]-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione |

-continued

| Eg. No. | Regno | Mwt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 45 |  | 525.6 | 3.2 | 526 | 524 | (3R,6R)-1-{(1R)-1-(2,4-difluorophenyl)-2-morpholin-4-yl-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-[(1S)-1-methylpropyl]piperazine-2,5-dione |
| 46 |  | 525.6 | 3.2 | 526 | 524 | (3R,6R)-1-{(1R)-1-(2,4-difluorophenyl)-2-morpholin-4-yl-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-[(1R)-1-methylpropyl]piperazine-2,5-dione |

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 47 |  | 541.7 | 3.6 | 542 | 540 | (3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-oxo-2-thiomorpholin-4-ylethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione |
| 48 |  | 573.7 | 3.3 | 574 | 572 | (3R,6R)-1-{(1R)-1-(2,4-difluorophenyl)-2-(1,1-dioxidothiomorpholin-4-yl)-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione |

-continued

| Eg. No. | Regno | Mwt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 49 |  | 557.7 | 3.1 | 558 | 556 | (3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-(1-oxidothiomorpholin-4-yl)-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione |
| 50 |  | 560.6 | 3 | 561 | none | (2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-methyl-N-(pyridin-4-ylmethyl)ethanamide |

-continued

| Eg No. | Regno | Mwt | Rt/ min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 51 | | 605.7 | 3.5 | 606 | 604 | (2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(3,4-dimethoxybenzyl)ethanamide |
| 52 | | 605.7 | 3.5 | 606 | 604 | (2S)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(3,4-dimethoxybenzyl)ethanamide |

59                                                                                        60

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | -ve ion | name |
|---------|-------|-----|---------|---------|---------|------|
| 53 | | 533.6 | 3.4 | 539 | 537 | (2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(1,3-thiazol-2-yl)ethanamide |
| 54 | | 511.6 | 3.6 | 512 | 510 | (2R)-N-tert-butyl)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-[(1R)-1-methylpropyl]-2,5-dioxopiperazin-1-yl]ethanamide |

-continued

| Eg. No. | Regno | Mwt | Rt/min | +ve ion | -ve ion | name |
|---------|-------|-----|--------|---------|---------|------|
| 55 | | 511.6 | 3.6 | 512 | 510 | (2R)-N-(tert-butyl)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-[(1S)-1-methylpropyl]-2,5-dioxopiperazin-1-yl]ethanamide |
| 56 | | 437.5 | 3.3 | 438 | 436 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4-fluorophenyl)ethanamide |

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 57 |  | 481.6 | 3 | 482 | 480 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4-fluorophenyl)-N-(2-hydroxyethyl)ethanamide |
| 58 |  | 509.6 | 3.4 | 510 | 508 | [[(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4-fluorophenyl)ethanoyl](methyl)amino]acetic acid |

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 59 | | 509.6 | 3.4 | 510 | 508 | methyl {[(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4-fluorophenyl)ethanoyl]amino} acetate |
| 60 | | 564.7 | 2.6 | 565 | 563 | (3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-1-{(1R)-1-(4-fluorophenyl)-2-[4-(2-methoxyethyl)piperazin-1-yl]-2-oxoethyl]-6-isobutylpiperazine-2,5-dione |

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 61 |  | 534.7 | 2.6 | 535 | 533 | (3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-1-[(1R)-1-(4-fluorophenyl)-2-(4-methyl-1,4-diazepan-1-yl)-2-oxoethyl]-6-isobutylpiperazine-2,5-dione |
| 62 |  | 548.7 | 2.6 | 549 | 547 | (3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-1-[(1R)-2-[4-(dimethylamino)piperidin-1-yl]-1-(4-fluorophenyl)-2-oxoethyl]-6-isobutylpiperazine-2,5-dione |

69                                                      70

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | -ve ion | name |
|---------|-------|-----|---------|---------|---------|------|
| 63 |  | 550.7 | 2.7 | 551 | 549 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4-fluorophenyl)-N-(2-morpholin-4-ylethyl)ethanamide |
| 64 |  | 548.7 | 2.8 | 549 | 547 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4-fluorophenyl)-N-(2-piperidin-1-ylethyl)ethanamide |

71                                                                                          72

-continued

| Eg. No. | Regno | Mwt | Rt/min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 65 | | 619.7 | 3.9 | 620 | 618 | (2R)-N-[2-(benzyloxy)phenyl]-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4-fluorophenyl)ethanamide |
| 66 | | 529.6 | 3.8 | 530 | 528 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-[4-(trifluoromethyl)phenyl]ethanamide |

-continued

| Eg No. | Regno | Mwt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 67 | | 475.6 | 3.6 | 476 | 474 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-dioxopiperazin-1-yl]-N-isopropyl-2-(4-methylphenyl)ethanamide |
| 68 | | 510.1 | 3.8 | 510 | 508 | (2R)-N-(tert-butyl)-2-(4-chlorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide |

75 76

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 69 | | 505.7 | 3.5 | 506 | 504 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-methoxyphenyl]ethanamide |
| 70 | | 559.7 | 3.8 | 560 | 558 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(trifluoromethoxy)phenyl]ethanamide |

US 7,514,437 B2

77                                              78

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 71 |  | 490.6 | 3.4 | 491 | 489 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-[4-(methylamino)phenyl]ethanamide |
| 72 |  | 504.7 | 3.6 | 505 | 503 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(dimethylamino)phenyl]-N-isopropylethanamide |

US 7,514,437 B2

79

80

-continued

| Eg No. | Regno | Mwt | Rt/ min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 73 | | 530.7 | 3.7 | 553(M + Na) | 529 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxo)piperazin-1-yl]-N-isopropyl-2-[4-(4-pyrrolidin-1-yl)phenyl]ethanamide |
| 74 | | 532.7 | 3.7 | 533 | 531 | (2R)-2-[4-(diethylamino)phenyl]-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxo)piperazin-1-yl]-N-isopropylethanamide |

-continued

| Eg No. | Regno | Mwt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 75 | | 504.6 | 3.1 | 505 | 503 | 4-[(1R)-1-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(isopropylamino)-2-oxoethyl]benzamide |
| 76 | | 518.6 | 3.0 | 519 | 517 | (2R)-2-[4-(acetylamino)phenyl]-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide |

83 84

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | -ve ion | name |
|---------|-------|-----|---------|---------|---------|------|
| 77 | | 532.7 | 3.2 | 533 | 531 | (2R)-2-[3-(acetylamino)phenyl]-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide |
| 78 | | 539.7 | 3.3 | 540 | 538 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-[4-(methylsulfonyl)phenyl]ethanamide |

US 7,514,437 B2

85                                                                                86

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | −ve ion | name |
|---------|-------|-----|---------|---------|---------|------|
| 79 | | 532.7 | 3.3 | 533 | 531 | 4-[(1R)-2-(tert-butylamino)-1-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5,5-dioxopiperazin-1-yl]-2-oxoethyl]-N-methylbenzamide |
| 80 | | 568.7 | 3.4 | 569 | 567 | (2R)-N-(tert-butyl)-2-{(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-[(1R)-1-methylpropyl]-2,5-dioxopiperazin-1-yl]-2-{4-[(methylamino)sulfonyl]phenyl}ethanamide |

87    88

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 81 |  | 533.7 | 3.6 | 532 | 534 | methyl 4-{(1R)-2-(tert-butylamino)-1-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-oxoethyl}benzoate |
| 82 |  | 541.8 | 3.3 | 542 | 540 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(1H-pyrazol-1-yl)phenyl]ethanamide |

89 90

-continued

| Eg No. | Regno | Mwt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 83 | | 542.8 | 3.3 | 543 | 541 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(1H-1,2,4-triazol-1-yl)phenyl]ethanamide |
| 84 | | 542.8 | 3.2 | 543 | 541 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(1H-1,2,3-triazol-1-yl)phenyl]ethanamide |

US 7,514,437 B2

**91**          **92**

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 85 | | 541.7 | 3.5 | 542 | 540 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[3-(1H-pyrazol-3-yl)phenyl]ethanamide |
| 86 | | 541.8 | 3.3 | 542 | 540 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(1H-pyrazol-3-yl)phenyl]ethanamide |

US 7,514,437 B2

93 94

-continued

| Eg. No. | Regno | Mwt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 87 | | 519.4 | 3.4 | 520 | 518 | 3-[(1R)-2-(tert-butylamino)-1-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-oxoethyl]phenyl)boronic acid |
| 88 | | 541.7 | 3.0 | 542 | 540 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(1H-imidazol-2-yl)phenyl]ethanamide |

US 7,514,437 B2

95 96

-continued

| Eg. No. | Regno | Mwt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 89 | | 541.7 | 3.1 | 542.0 | 540 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[3-(1H-imidazol-1-yl)phenyl]ethanamide |
| 90 | | 541.7 | 3.0 | 542 | 540 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(1H-imidazol-1-yl)phenyl]ethanamide |

US 7,514,437 B2

97                                                             98

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 91 |  | 560.8 | 3.4 | 561 | 559 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(morpholin-4-yl)phenyl]ethanamide |
| 92 |  | 541.7 | 3.3 | 542 | 540 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(1H-pyrazol-4-yl)phenyl]ethanamide |

-continued

| Eg. No. | Regno | Mwt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 93 |  | 599.8 | 3.9 | 600 | 598 | (2R)-N-(tert-butyl)-2-[4-(2-tert-butyl-2H-tetrazol-5-yl)phenyl]-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide |
| 94 |  | 562.7 | 2.9 | 563 | none | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(2-(dimethylamino)ethoxy)phenyl]ethanamide trifluoroacetate |

-continued

| Eg No. | Regno | Mwt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 95 | | 560.8 | 3.0 | 561 | 559 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(4-hydroxypiperidin-1-yl)phenyl]-N-isopropylethanamide |
| 96 | | 616.9 | 3.5 | 617 | none | (2R)-N-tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(1,4-dioxa-8-azaspiro[4.5]dec-8-yl)phenyl]ethanamide |

US 7,514,437 B2

103 104

-continued

| Eg No. | Regno | name | -ve ion | +ve ion | Rt/min | Mwt |
|---|---|---|---|---|---|---|
| 97 |  | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(4-methylpiperazin-1-yl)phenyl]ethanamide | none | 574 | 2.9 | 573.8 |
| 98 |  | (2R)-N-(tert-butyl)-2-[4-(3,5-di-tert-butyl-1H-pyrazol-1-yl)phenyl]-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide | 652 | 654 | 4.1 | 654.0 |

US 7,514,437 B2

105                                                                      106

-continued

| Eg No. | Regno | Mwt | Rt/ min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 99 |  | 581.7 | 4.0 | 582 | 580 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4'-methoxy-1,1'-biphenyl-4-yl)ethanamide |
| 100 |  | 569.8 | 3.9 | none | 568 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4'-fluoro-1,1'-biphenyl-4-yl)ethanamide |

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 101 | | 614.8 | 4.3 | 615 | 613 | (2R)-N-(tert-buty)-2-[4-(4-tert-buty)-1,3-thiazol-2-yl)phenyl]-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide |
| 102 | | 658.9 | 3.6 | 659 | 657 | (2R)-N-(tert-buty)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4'-[(ethylamino)sulfonyl]-1,1'-biphenyl-4-yl]ethanamide |

US 7,514,437 B2

109                                                                              110

-continued

| Eg No. | Regno | Mwt | Rt/ min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 103 |  | 552.8 | 3.6 | 553 | 551 | (2R)-N-(tert-buty)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4-pyridin-2-ylphenyl)ethanamide |
| 104 |  | 552.8 | 3.3 | 553 | 551 | (2R)-N-(tert-buty)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4-pyridin-3-ylphenyl)ethanamide |

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 105 | | 522.7 | 2.4 | 523 | none | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-[(dimethylamino)methyl]-2-fluorophenyl]-N,N-dimethylethanamide |
| 106 | | 495.6 | 2.9 | 496 | none | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[2-fluoro-4-(hydroxymethyl)phenyl]-N,N-dimethylethanamide |

US 7,514,437 B2

113      114

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 107 | | | 3.4 | 498 | 496 | (2R)-2-(2,5-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide |
| 108 | | | 3.6 | 512 | 510 | (2R)-N-(tert-butyl)-2-(3,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide |
| 109 | | | 3.6 | 512 | 510 | (2R)-N-(tert-butyl)-2-(3,5-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide |

US 7,514,437 B2

115                                                                 116

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | −ve ion | name |
|---------|-------|-----|---------|---------|---------|------|
| 110 | | | 3.6 | 512 | 510 | (2R)-N-(tert-butyl)-2-(2,3-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide |
| 111 | | | 3.7 | 530 | 528 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(2,4,5-trifluorophenyl)ethanamide |
| 112 | | | 3.7 | 530 | 528 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(2,3,4-trifluorophenyl)ethanamide |

117                                                      118

-continued

| Eg No. | Regno | Mwt | Rt/ min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 113 | | | 3.6 | 530 | 528 | (2S)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxapiperazin-1-yl]-2-(2,4,6-trifluorophenyl)ethanamide |
| 114 | | | 3.8 | 526 | 524 | (2R)-N-(tert-butyl)-2-(2,3-difluoro-4-methylphenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide |

-continued

| Eg No. | Regno | Mwt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 115 |  | | 3.8 | 528 | 526 | (2R)-N-(tert-butyl)-2-(4-chloro-3-fluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide |
| 116 |  | | 3.7 | 530 | 528 | (2R)-2-(3,4-dichlorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-[(1S)-1-methylpropyl]-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide |

US 7,514,437 B2

121      122

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 117 | | | 3.7 | 580 | 578 | (2R)-2-[3-chloro-4-(trifluoromethoxy)phenyl]-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide |
| 118 | | | 3.0 | 482 | 480 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(3-fluoro-4-hydroxyphenyl)-N,N-dimethylethanamide |

-continued

| Eg No. | Regno | Mwt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 119 | | | 3.3 | 496 | 494 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isopropyl-2,5-dioxopiperazin-1-yl]-2-(3-fluoro-4-methoxyphenyl)-N-isopropylethanamide |
| 120 | | | 3.6 | 524 | 522 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(2-fluoro-4-methoxyphenyl)ethanamide |

-continued

| Eg. No. | Regno | Mwt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 121 |  | | 3.1 | 540 | 538 | {4-[(1R)-1-{(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(dimethylamino)-2-oxoethyl]-2-fluorophenoxy}acetic acid |
| 122 |  | | 3.6 | 596 | 594 | tert-butyl {4-[(1R)-1-{(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(dimethylamino)-2-oxoethyl]-2-fluorophenoxy}acetate |

127 128

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 123 | | | 3.3 | 553 | none | 4-[(1R)-1-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(dimethylamino)-2-oxoethyl]-2-fluorophenyl dimethylcarbamate |
| 124 | | | 3.5 | none | 552 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(2-fluoro-4,5-dimethoxyphenyl)ethanamide |

129                                                                                130

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 125 | | | 3.7 | 524 | 522 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4-fluoro-3-methoxyphenyl)ethanamide |
| 126 | | | 3.8 | none | 570/572 | (2R)-2-(4-bromo-2-fluorophenyl)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide |

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 127 | | | 3.5 | 523 | 521 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(dimethylamino)-3-fluorophenyl]-N-isopropylethanamide |
| 128 | | | 3.7 | 540 | 538 | (2R)-N-(tert-butyl)-2-(3-chloro-4-methoxyphenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide |

US 7,514,437 B2

133                                              134

-continued

| Eg. No. | Regno | Mwt | Rt/ min | +ve ion | –ve ion | name |
|---|---|---|---|---|---|---|
| 129 | | | 3.3 | 565 | 563 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(3-fluoro-4-morpholin-4-ylphenyl)-N-isopropylethanamide |
| 130 | | | 3.2 | 579 | 577 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[2-fluoro-4-(4-hydroxypiperidin-1-yl)phenyl]-N-isopropylethanamide |

US 7,514,437 B2

135                                         136

-continued

| Eg No. | Regno | Mwt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 131 |  | | 3.3 | 587 | 585 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[2-fluoro-4-[(methylsulfonyl)amino]phenyl]ethanamide |

**137**

Hydroxylated metabolites of (2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide were prepared as follows:

2 litres of growing cell cultures of *Streptomyces rimosus* BS33 was used to biotransform GW796679x. 500 mg of

**138**

GW796679X was added after 3 days growth and the broth harvested after another 5 days incubation. At harvest, 2 litres of methanol was added, then the cells removed by centrifugation. Methanol was removed from the supernatant by evaporation. The compounds were then extracted with ethyl acetate, evaporated to dryness, and purified by preparative HPLC to give examples 132, 133, 134 and 135.

| | | | | | |
|---|---|---|---|---|---|
| 132 |  | 485.5 | 2.9 | 486 | 484 | (2R)-2-(2,4-difluorophenyl)-2-{(3R,6R)-3-[(2S)-5-hydroxy-2,3-dihydro-1H-inden-2-yl]-6-isobutyl-2,5-dioxopiperazin-1-yl}-N-methylethanamide |
| 133 |  | 485.5 | 2.9 | 486 | 484 | (2R)-2-(2,4-difluorophenyl)-2-{(3R,6R)-3-[(2R)-1-hydroxy-2,3-dihydro-1H-inden-2-yl]-6-isobutyl-2,5-dioxopiperazin-1-yl}-N-methylethanamide |
| 134 |  | 485.5 | 2.9 | 486 | 484 | (2R)-2-(2,4-difluorophenyl)-2-{(3R,6R)-3-((2S)-1-hydroxy-2,3-dihydro-1H-inden-2-yl]-6-isobutyl-2,5-dioxopiperazin-1-yl}-N-methylethanamide |
| 135 |  | 485.5 | 3.1 | 486 | 530(M + 45) | (2R)-2-(2,4-difluorophenyl)-2-{(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl}-N-(hydroxymethyl)ethanamide |

US 7,514,437 B2

**139**

EXAMPLE 136

(2R)-2-(1-benzofuran-5-yl)-2-[(3R,6R)-3-(2,3-dihy-
dro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-
yl]-N-isopropylethanamide

Benzofuran-5-carboxaldehyde (215 mg, 1.47 mmol) and
D-leucine t-butyl ester hydrochloride (329 mg, 1.47 mmol)
were dissolved in methanol (1.5 ml) and triethylamine (0.205
ml, 1.47 mmol) added. The mixture, a pale yellow solution,
was left to stand at room temperature overnight (23.5 hours).
Then Boc-D-indanylglycine (429 mg, 1.47 mmol) was added
followed by isopropylisonitrile (0.138 ml, 1.51 mmol). The
mixture, a yellow solution, was left to stand at room tempera-
ture overnight (23.5 hours) before the solvent was evaporated
under reduced pressure to leave a yellow gum. The gum was
dissolved in 4M hydrogen chloride in dioxan (3 ml, 12 mmol)
and left to stand at room temperature for 7.5 hours before it
was evaporated under reduced pressure to leave an orange/
brown gum. The gum was dissolved in methanol (2 ml) and
4M hydrogen chloride in dioxan (1 ml, 4 mmol) added. The
mixture was left to stand at room temperature for 5.5 hours
before the solvent was removed by evaporation under reduced
pressure. The residue was dissolved in dichloromethane (4
ml) and triethylamine (0.5 ml, excess) added. The mixture
was stirred at room temperature overnight (18.3 hours) before
the solvent was removed by evaporation under reduced pres-
sure. The residue was loaded in dichloromethane onto a SPE
column (10 g silica, Mega Bond Elut cartridge, pre-eluted
with cyclohexane). The column was eluted stepwise (40-45
ml each step) with 100% chloroform, 3:1 cyclohexane:di-
ethyl ether, 1:1 cyclohexane:diethyl ether, 1:3 cyclohexane:
diethyl ether, 100% diethyl ether, 1:1 cyclohexane:ethyl
acetate, 1:2 cyclohexane:ethyl acetate and 100% ethyl
acetate. The 1:3 cyclohexane:diethyl ether to 1:2 cyclohex-
ane:ethyl acetate fractions inclusive were combined to give a
pale yellow solid (336 mg). The solid was loaded in dichlo-
romethane onto 6 preparative chromatography plates (silica
gel 60 plates, 20×20 cm$^2$). The plates were eluted four times
with 30:1 dichloromethane:isopropanol. The required band
was extracted with 9:1 ethyl acetate:methanol to give (2R)-
2-(1-benzofuran-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-in-
den-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropy-
lethanamide as a white solid (141 mg, 0.28 mmol)

HPLC Rt=3.46 minutes; m/z [M+H]$^+$=502.

$^1$H NMR δ 7.95 (d, 1H), 7.73 (d, 1H), 7.68 (d, 1H), 7.53 (d,
1H), 7.37 (dd, 1H), 7.16 (m, 4H), 6.79 (d, 1H), 5.79 (d, 1H),
5.37 (s, 1H), 4.11 (m, 1H), 4.03 (br dd, 1H), 3.99 (dd, 1H),
3.16-2.97 (m, 3H), 2.95-2.78.(m, 2H), 1.79(m, 1H), 1.69 (m,
1H), 1.33 (m, 1H), 1.09 (t, 6H), 0.78 (d, 3H), 0.67 (d, 3H).

Similarly prepared

EXAMPLE 137

(2R)-2-(1,2,3-benzothiadiazol-6-yl)-N-(tert-butyl)-2-
[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-
2,5-dioxopiperazin-1-yl]ethanamide.

HPLC Rt=3.50 minutes; m/z [M+H]$^+$=534.

$^1$H NMR δ 8.66 (d, 1H), 7.82 (d, 1H), 7.67 (dd, 1H), 7.20
(m, 4H), 6.72 (br d, 1H), 6.13 (s, 1H), 5.19 (s, 1H), 4.06 (br dd,
1H), 4.00 (dd, 1H), 3.18 (m, 1H), 3.07 (m, 2H), 2.92 (m, 1H),
2.81 (m, 1H), 1.86 (m, 1H), 1.80 (m, 1H), 1.54 (m, 1H), 1.36
(s, 9H), 0.85 (d, 3H), 0.78 (d, 3H).

**140**

EXAMPLE 138

(2R)-2-(2,3-dihydro-1-benzofuran-5-yl)-2-[(3R,6R)-
3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-diox-
opiperazin-1-yl]-N-isopropylethanamide

HPLC Rt=3.34 minutes; m/z [M+H]$^+$=504.

$^1$H NMR δ 7.81 (br s, 1H), 7.18 (m, 5H), 6.79 (d, 1H), 6.44
(br d, 1H), 5.50 (d, 1H), 5.06 (s, 1H), 4.61 (t, 2H), 4.08 (m,
1H), 3.96 (m, 2H), 3.22 (t, 2H), 3.15 (m, 1H), 3.07 (d, 2H),
2.90 (m, 1H), 2.79 (dd, 1H), 1.82 (m, 1H), 1.71 (m, 1H), 1.42
(m, 1H), 1.12 (dd, 6H), 0.83 (d, 3H), 0.77 (d, 3H).

EXAMPLE 139

(2R)-2-(1,3-benzodioxol-5-yl)-N-(tert-butyl)-2-[(3R,
6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-
dioxopiperazin-1-yl]ethanamide

HPLC Rt=3.48; m/z [M+H]$^+$=520

$^1$H NMR (CDCl$_3$) δ 7.21 (m, 2H), 7.16 (m, 2H), 6.97 (d,
1H), 6.88 (dd, 1H), 6.82 (d, 1H), 6.58 (m, 1H), 6.06 (m, 2H),
5.64 (s, 1H), 5.02 (m, 1H), 3.95 (m, 2H), 3.16 (m, 1H), 3.07
(m, 2H), 2.89 (m, 1H), 2.77 (m, 1H), 1.82 (m, 1H), 1.71 (m,
1H), 1.41 (m, 1H), 1.32 (s, 9H), 0.83 (d, 3H), 0.79 (d, 3H)

EXAMPLE 140

(2R)-2-(benzofuran-5-yl)-2-[(3R,6R)-3-(2,3-dihy-
dro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-
yl]-N,N-dimethylethanamide

Methyl N-[(1R)-2-{[2-(benzyloxy)phenyl]amino}-1-
(benzofuran-5-yl)-2-oxoethyl]-L-leucinate

To a suspension of L-leucine (2.62 g) in methanol (250 ml)
at −30° C. under nitrogen was added a solution of benzofuran-
5-carbaldehyde (2.92 g) in methanol (15 ml) and a suspension
of 2-benzyloxyphenylisonitrile (4.19 g) in methanol (15 ml).
The reaction was stirred at −30° C. for 2 hours and then
allowed to warm to room temperature and stirred for a further
3 days. The solvent was removed in vacuo and the residue was
passed through a Biotage™ column (3×90 g) eluting with
cyclohexane: ethyl acetate (5:1) to afford after evaporation of
the appropriate fractions methyl N-[(1R)-2-{[2(benzyloxy)
phenyl]amino}-1-(benzofuran-5-yl)-2-oxoethyl]-L-leuci-
nate (5.11 g).

HPLC Rt=3.97 minutes, m/z [M+H]$^+$=499

Methyl N-{(1R)-1-(benzofuran-5-yl)-2-[(2-hydrox-
yphenyl)amino]-2-oxoethyl}-L-leucinate

A mixture of palladium on carbon (10%, 500 mg), methyl
N-[(1R)-2-{[2-(benzyloxy)phenyl]amino}-1-(benzofuran-
5-yl)-2-oxoethyl]-L-leucinate (5.1 g) and ethyl acetate (60
ml) was stirred under a hydrogen atmosphere for 5 hours. The
reaction was then filtered through Celite and the filter pad was
washed with further portions of ethyl acetate. The combined
organic fractions were evaporated to give methyl N-{(1R)-1-
(benzofuran-5-yl)-2-[(2-hydroxyphenyl)amino]-2-oxoet-
hyl}-L-leucinate (3.429 g).

HPLC Rt=3.49 min, m/z [M+H]$^+$=411

Methyl N-[1-(benzofuran-5-yl)-2-(dimethylamino)-
2-oxoethyl]-L-leucinate

A solution of methyl N-{(1R)-1-(benzofuran-5-yl)-2-[(2-
hydroxyphenyl)amino]-2-oxoethyl}-L-leucinate (410 mg)
and 1,1'-thiocarbonyldiimidazole (196 mg) in dichlo-
romethane (5 ml) was left to stand for 18 hours. Water (20☐1)
was added to the reaction mixture and this was then stirred
rapidly for 30 minutes. After this, 1H-Benzotriazolium,
1-[bis(dimethylamino)methylene]-,    tetrafluoroborate(1-),

US 7,514,437 B2

141

3-oxide (TBTU, 710 mg) and a solution of dimethylamine in tetrahydrofuran (3 ml of 2M solution) were added. The reaction mixture was stirred for a further 18 hours and was then passed down an SPE (5 g, silica) eluting with a gradient (3:1 to 1:2 cyclohexane: ethyl acetate). The required fractions were combined and evaporated to furnish methyl N-[1-(benzofuran-5-yl)-2-(dimethylamino)-2-oxoethyl]-L-leucinate (140 mg).

HPLC Rt=2.70 minutes m/z [M+H]⁺=347

N-[1-(benzofuran-5-yl)-2-(dimethylamino)-2-oxoet-hyl]-L-leucine

To a solution of methyl N-[1-(benzofuran-5-yl)-2-(dim-ethylamino)-2-oxoethyl]-L-leucinate (520 mg) in methanol (5 ml) was added a solution of lithium hydroxide (91 mg) in water (3 ml). After stirring vigorously for 24 hours the solvent was removed in vacuo. The residue was diluted with water (10 ml) then neutralised with 2N hydrochloric acid. This solution was applied to an Oasis™ cartridge (2×6 g) and eluted with water (x2) and methanol (x2). The required fractions were combined and evaporated to afford N-[1-(benzofuran-5-yl)-2-(dimethylamino)-2-oxoethyl]-L-leucine (478 mg).

HPLC Rt=2.27 minutes m/z [M+H]⁺=333

(2R)-2-(benzofuran-5-yl)-2-[(3R,6R)-3-(2,3-dihy-dro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide

To a solution of (2R)-[(tert-butoxycarbonyl)amino](2,3-dihydro-1H-inden-2-yl)ethanoic acid (419 mg) in dry tet-rahydrofuran (5 ml) at −20° C. under a nitrogen atmosphere was added N-methylmorpholine (158 µl) and a solution of isopropylchloroformate in toluene (1.0M, 1.44 ml). After 10 minutes, a solution of N-[1-(benzofuran-5-yl)-2-(dimethy-lamino)-2-oxoethyl]-L-leucine (478 mg) in dimethylforma-mide (5 ml) was added and the reaction was allowed to warm to room temperature. After 20 hours, the solvent was removed in vacuo and the residue was dissolved in 4N hydrochloric acid in dioxan (4 ml). After 4 hours methanol (13 ml) was added and the reaction was left to stand for a further 18 hours. The solvent was then removed in vacuo and the residue was separated between dichloromethane and saturated sodium bicarbonate solution. The organic phase was evaporated in vacuo and the residue was applied to an SPE (10 g, silica). The product was eluted using an ethyl acetate:methanol gradient (3:1 to 1:3) to afford (2R)-2-(benzofuran-5-yl-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiper-azin-1-yl]-N,N-dimethylethanamide (51 mg).

HPLC Rt=3.36 minutes, m/z [M+H]⁺=488

¹H NMR (D₆-DMSO) δ 8.47 (d, 1H), 8.07 (d, 1H), 7.71 (m, 1H), 7.69 (d, 1H), 7.38 (dd, 1H), 7.21 (m, 2H), 7.12 (m, 2H), 7.03 (m, 1H), 6.47 (s, 1H), 3.88 (m, 1H), 3.69 (dd, 1H), 3.07-2.67 (m, 5H), 2.87 (s, 3H), 2.77 (s, 3H), 1.40-1.70 (m, 2H), 0.46 (m, 1H), 0.42 (d, 3H), 0.02 (d, 3H)

EXAMPLE 141

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-(2-methyl-1-benzofuran-5-yl)ethanamide

(2RS)-2-(2-methyl-1-benzofuran-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxo-piperazin-1-yl]-N-(2-hydroxyphenyl)ethanamide

A mixture of 2-methyl-5-formylbenzofuran (1.26 g), (D)-leucine methyl ester hydrochloride (1.57 g), triethylamine (1.2 ml) and methanol (20 ml) was stirred at room tempera-ture for 6 hours and then left to stand for 19 hours. N-benzyl-

142

carbonyl-(D)-indanylglycine (2.80 g) and 2-benzyloxy-phe-nylisocyanide (1.89 g) were then added sequentially and the mixture stirred for 2 days. The reaction mixture was concen-trated under reduced pressure and diluted with ethyl acetate. This was washed with 1N hydrochloric acid, saturated sodium bicarbonate solution and brine. The organic phase was dried over MgSO₄ and concentrated in vacuo. The resi-due was diluted with ethyl acetate (100 ml) and acetic acid (10 ml) and hydrogenated at atmospheric pressure over 10% pal-ladium on activated carbon (1.5 g). After 4 hours the catalyst was removed by filtration through a pad of celite and washed with dichloromethane/methanol (500 ml of 1:1 v/v). The filtrate and washings were combined, evaporated under reduced pressure. The residue was separated between ethyl acetate and water. The organic phase was washed with water, saturated sodium bicarbonate solution and brine. The organic phase was dried over MgSO₄ and evaporated under reduced pressure. The residue was applied to a silica cartridge (100 g) and eluted with cyclohexane/ethyl acetate (500 ml of 3:1, 2:1, 1:1 v/v) and ethyl acetate (500 ml). The required fractions were combined and evaporated in vacuo to give (2RS)-2-(2-methylbenzofuran-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-in-den-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydrox-yphenyl)ethanamide (1.58 g).

HPLC Rt=3.60 minutes; m/z [M+H]⁺=566.

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-(2-methyl-1-benzofuran-5-yl)ethanamide

Carbonyldiimidazole (92 mg, 1.6 equiv.) was suspended in anhydrous dichloromethane (5 mL) and the suspension was left at room temperature for 15 minutes. (2RS)-2-(2-mrthyl-benzofuran-5-yl)-2-[(3R,6R)-3-(2,3    dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydroxyphe-nyl)ethanamide (200 mg) was then added and the mixture was stirred at room temperature for 5 hours. The resulting brown solution was then treated with a 2.0M solution of dimethy-lamine in tetrahydrofuran (1.06mL, 6 equiv.) and the result-ing mixture was stirred for 30 minutes and then left to stand at room temperature for 18 hours. The reaction mixture was diluted with dichloromethane (2 mL) and washed with 1M hydrochloric acid (2 mL). The organic phase was separated using a hydrophobic frit and was evaporated under reduced pressure to leave a brown gum. The crude product was applied to a silica cartridge (10 g). This was eluted with cyclohexane (100 ml), cyclohexane/ethyl acetate (100 ml of 2:1, 3:2, 1:1, 2:3 and 1:2 v/v), ethyl acetate (200 ml) and ethyl acetate/methanol (100 ml of 19:1 v/v). The required fractions were combined and evaporated in vacuo to give (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiper-azin-1-yl]-N,N-dimethyl-2-(2-methyl-1-benzofuran-5-yl) ethanamide as an off-white solid (88 mg).

HPLC Rt=3.40 minutes; m/z [M+H]⁺=502.

¹H NMR (CDCl₃) δ 7.52 (d, 1H), 7.43 (d, 1H), 7.27-7.13 (m, 5H), 6.54 (s, 1H), 6.38 (m, 1H), 6.31 (d, 1H), 4.24 (m, 1H), 3.99 (dd, 1H), 3.22-3.05 (m, 3H), 2.99 (s, 3H), 2.86 (m, 1H), 2.82 (s, 3H), 2.75 (m, 1H), 2.48 (m, 3H), 1.45 (m, 1H), 1.36 (m, 1H), 0.57 (m, 1H), 0.51 (d, 3H), 0.19 (d, 3H).

Similarly prepared:

EXAMPLE 142

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-(2-methyl-1-benzofuran-5-yl)ethanamide

HPLC Rt=3.40 minutes; m/z [M+H]⁺=516.

¹H NMR (CDCl₃) δ 7.57 (m, 1H), 7.41 (d, 1H), 7.28-7.11 (m, 5H), 6.61 (m, 1H), 6.37 (m, 1H), 5.49 (d, 1H), 5.23 (s,

US 7,514,437 B2

**143**

1H), 4.11 (m, 1H), 4.02-3.93 (m, 2H), 3.19-3.05 (m, 3H), 2.92 (m, 1H), 2.77 (m, 1H), 2.48 (m, 3H), 1.79 (m, 1H), 1.70 (m, 1H), 1.38 (m, 1H), 1.10 (m, 6H), 0.78 (d, 3H), 0.69 (d, 3H).

### EXAMPLE 143

(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-1-[(1R)-1-(2-methyl-1-benzofuran-5-yl)-2-morpholin-4-yl-2-oxoethyl]piperazine-2,5-dione

HPLC Rt=3.38 minutes; m/z [M+H]$^+$=544.
$^1$H NMR (CDCl$_3$) δ 7.51 (d, 1H), 7.45 (d, 1H), 7.26-7.14 (m, 5H), 6.57 (s, 1H), 6.39 (m, 1H), 6.34 (m, 1H), 4.20 (m, 1H), 3.99 (m, 1H), 3.73-3.33 (6H), 3.22-3.03 (m, 5H), 2.88 (m, 1H), 2.75 (m, 1H), 2.49 (m, 3H), 1.45 (m, 1H), 1.37 (m, 1H), 0.54 (m, 1H), 0.51 (d, 3H), 0.20 (d, 3H).

### EXAMPLE 144

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]2-(2-fluoro-1-benzofuran-5-yl)-N,N-dimethylethanamide

HPLC Rt=3.39 minutes; m/z [M+H]$^+$=505.
$^1$H NMR (CDCl$_3$) δ 7.56 (d, 1H), 7.45 (d, 1H), 7.32 (dd, 1H), 7.23 (m, 2H), 7.16 (m, 2H), 6.55 (s, 1H), 6.23 (d, 1H), 5.89 (d, 1H), 4.22 (m, 1H), 3.99 (dd, 1H), 3.21-3.04 (m, 3H), 3.00 (s, 3H), 2.87 (m, 1H), 2.84 (s, 3H), 2.75 (m, 1H), 1.47 (m, 1H), 1.38 (m, 11), 0.58-0.49 (m, 4H), 0.22 (d, 3H).

### 5-Bromo-2-fluoro-1-benzofuran

5-Bromobenzofuran-2-carboxylic acid (4.68 g) was suspended in carbon tetrachloride (150 ml) and water (50 ml). To this was added sodium bicarbonate (3.36 g), followed by Selectflor (7.1 g) and the reaction mixture was stirred rapidly for 20 hours. The reaction mixture was diluted with dichloromethane and 2N sodium hydroxide solution. The organic phase was separated, washed with brine and dried over anhydrous MgSO$_4$. The solvent was evaporated under reduced pressure at room temperature. The residue was applied to a silica cartridge (20 g) and eluted with diethyl ether. This gave 5-bromo-2-fluoro-1-benzofuran (1.4 g).
$^1$H NMR (CDCl$_3$) δ 7.61 (d, 1H), 7.36 (dd, 1H1), 7.26 (d, 1H), 5.84 (dd, 1H).

### 2-Fluoro-5-formyl-1-benzofuran

A slurry of magnesium powder (219 mg) and iodine (cat) in dry tetrahydrofuran (3 ml) was heated at 50° C. under nitrogen for 20 minutes. 5-Bromo-2-fluoro-1-benzofuran (1.4 g) was dissolved in dry tetrahydrofuran (6 ml). A 1 ml portion of the solution was added to the slurry at 50° C. without stirring. After 30 minutes the rest of the solution was added slowly and the reaction was heated at reflux for 3 hours. The reaction was cooled in an ice/water bath and dimethylformamide (1 ml) was added dropwise maintaining the temperature below 10° C. After 1 hour a mixture of 2N hydrochloric acid (12.5 ml) and brine (12.5 ml) was added. The reaction mixture was extracted using ethyl acetate (3×25 ml). The combined organics were washed with brine and dried over anhydrous magnesium sulphate. The solvent was removed in vacuo and the residue applied to a silica cartridge (50 g). This was eluted with cyclohexane, cyclohexane/ethyl acetate (6:1, 5:1 v/v). This gave 2-fluoro-5-formyl-1-benzofuran (376 mg).
$^1$H NMR (CDCl$_3$) δ 10.05 (s, 1H), 8.04 (m, 1H), 7.83 (dd, 1H), 7.54 (d, 1H), 6.01 (dd, 1H).

**144**

### EXAMPLE 145

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(2-fluoro-1-benzofuran-5-yl)-N-isopropylethanamide

HPLC Rt=3.42 minutes; m/z [M+H]$^+$=520.
$^1$H NMR (CDCl$_3$) δ 7.61 (d, 1H), 7.42 (d, 1H), 7.31 (dd, 1H), 7.21 (m, 2H), 7.16 (m, 2H), 6.70 (d, 1H), 5.89 (d, 1H), 5.57 (d, 1H), 5.18 (s, 1H),4.11 (m, 1H), 3.98 (m, 2H), 3.16 (m, 1H), 3.08 (m, 2H), 2.91 (m, 1H), 2.78 (m, 1H), 1.82 (m, 1H), 1.73 (m, 1H), 1.41 (m, 1H), 1.12 (d, 3H), 1.10 (d, 3H), 0.81 (d, 3H), 0.72 (d, 3H).

### EXAMPLE 146

(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-1-[(1R)-1-(2-fluoro-1-benzofuran-5-yl)-2-morpholin-4-yl-2-oxoethyl]-6-isobutylpiperazine-2,5-dione

HPLC Rt=3.35 minutes; m/z [M+H]$^+$=548.
$^1$H NMR (CDCl$_3$) δ 7.55 (d, 1H), 7.47 (d, 1H), 7.31 (dd, 1H), 7.27-7.14 (m, 4H), 6.58 (s, 1H), 6.38 (d, 1H), 5.91 (d, 1H), 4.19 (m, 1H), 4.00 (dd, 1H), 3.73-3.50 (m, 5H), 3.39 (m, 1H), 3.23-3.04 (m, 5H), 2.87 (m, 1H), 2.76 (m, 1H), 1.47 (m, 1H), 1.40 (m, 1H), 0.53 (d, 3H), 0.51 (m, 1H), 0.24 (d, 3H).

### EXAMPLE 147

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin -1-yl]-2-(1H-indol-6-yl)-N,N-dimethylethanamide

HPLC Rt=3.38 minutes; m/z [M+H]$^+$=487.
$^1$H NMR (CDCl$_3$) δ 9.03 (s, 1H), 7.66 (d, 1H), 7.49 (d, 1H), 7.30 (m, 1H), 7.21 (m, 1H), 7.18-7.10 (m, 4H), 7.02 (m, 1H), 6.57 (s, 1H), 6.55 (m, 1H), 4.29 (m, 1H), 4.00 (dd, 1H), 3.22-3.03 (m, 3H), 3.00 (s, 3H), 2.92-2.73 (m, 5H), 1.40 (m, 1H), 1.33 (m, 1H), 0.57 (m, 1H), 0.45 (d, 3H), 0.06 (d, 3H).

### EXAMPLE 148

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(1H-indol-6-yl)-N-methyl-N-[2-(methylsulphonyl)ethyl]ethanamide

HPLC Rt=3.20 minutes; m/z [M+H]$^+$=579.
$^1$H NMR (CDCl$_3$) δ 9.62 (s, 1H), 7.64 (d, 1H), 7.41 (d, 1H), 7.30 (m, 1H), 7.26-7.10 (m, 6H), 6.51 (m, 1H), 6.48 (s, 1H), 4.18 (m, 1H), 4.05-3.90 (m, 2H), 3.68-3.50 (m, 2H), 3.28-3.01 (m, 4H), 2.96-2.69 (m, 8H), 1.41 (m, 2H), 0.65 (m, 1H), 0.47 (d, 3H), −0.10 (d, 3H).

### EXAMPLE 149

(2R)-2-(1-benzothien-5-yl) -2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide

(2RS)-2-(1-benzothien-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-benzyloxyphenyl)ethanamide

A mixture of 5-formylbenzothiophene (2.0 g), (D)-leucine methyl ester hydrochloride (2.24 g), triethylamine (1.72 ml) and methanol (20 ml) was stirred at room temperature for 24 hours. N-tert-butoxycarbonyl-(D)-indanylglycine (3.59 g) and 2-benzyloxy-phenylisocyanide (2.58 g) were then added sequentially and the mixture stirred for 4 days. Then the solvent was removed under reduced pressure. The residue was taken up in dichloromethane (20 ml) and 4M hydrogen chloride in 1,4-dioxane (20 ml) and the mixture was stirred at room temperature for 2 hours. The solvent and hydrogen

**145**

chloride were evaporated under reduced pressure. The crude material was dissolved in dichloromethane (30 ml) and triethylamine (10 ml) added. The mixture was stirred for 18 hours before the dichloromethane and excess of triethylamine were removed under reduced pressure. The crude product was dissolved in dichloromethane (100 ml) and washed with 1N hydrochloric acid (2×100 ml) and brine. The organic phase was dried over MgSO₄ and evaporated in vacuo to yield (2RS)-2-(1-benzothien-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-benzyloxyphenyl)ethanamide as a brown foam (7.5 g).

HPLC Rt=3.88 minutes, m/z [M+H]⁺=658.

(2RS)-2-(1-benzothien-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydroxyphenyl)ethanamide

(2RS)-2-(1-benzothien-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-benzyloxyphenyl)ethanamide (1.0 g) was dissolved in dichloromethane (5 ml) and to this was added dropwise a 1.0M solution of BBr₃ in dichloromethane (2.0 ml). The reaction mixture was stirred at room temperature for 2 hours. To the reaction mixture was added 1N hydrochloric acid (30 ml) and dichloromethane (20 ml). The phases were separated and the organic phase was washed with 1N hydrochloric acid (30 ml) and brine (30 ml). The organic phase was dried over MgSO₄ and evaporated in vacuo. The residue was purified by Biotage™ flash column chromatography, eluting with 3:2 ethyl acetate:cyclohexane. The required fractions were combined and evaporated in vacuo to give (2RS)-2-(1-benzothien-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydroxyphenyl)ethanamide (210 mg).

HPLC Rt=3.55 minutes, m/z [M+H]⁺=568.

**146**

(2R)-2-(1-benzothien-5-yl) -2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide

Carbonyldiimidazole (100 mg) was suspended in anhydrous dichloromethane (1 mL) and the suspension was left at room temperature for 15 minutes. 2RS)-2-(1-benzothien-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2, 5-dioxopiperazin-1-yl]-N-(2-hydroxyphenyl)ethanamide (200 mg) was then added and the mixture was stirred at room temperature for 5 hours 20 minutes. The resulting brown solution was then treated with a 2.0M solution of dimethylamine in tetrahydrofuran (1.0 mL, 6 equiv.) and the resulting mixture was stirred for 30 minutes and then left to stand at room temperature for 18 hours 15 minutes. The reaction mixture was evaporated under reduced pressure. The crude product was purified by silica column chromatography eluting with 1:1 v/v ethyl acetate:cyclohexane. The required fractions were combined and evaporated in vacuo to give (2R)-2-(benzothien-5-yl) -2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanthanamide as a white solid (90 mg).

HPLC Rt=3.35 minutes, m/z [M+H]⁺=504.

¹H NMR (CDCl₃) δ 7.94 (d, 1H), 7.89 (m, 1H), 7.70 (d, 1H), 7.54 (d, 1H), 7.41 (m, 1H), 7.35 (d, 1H), 7.23 (m, 1H), 7.13 (m, 3H), 6.63 (s, 1H), 4.25 (m, 1H), 4.02 (dd, 1H), 3.23-3.04 (m, 3H), 3.01 (s, 3H), 2.93-2.77 (m, 5H), 1.50-1.32 (m, 2H), 0.52 (m, 1H), 0.49 (d, 3H), 0.12 (d, 3H).

Compounds 150-169 and 174-175 were prepared via method 1. Compound 170 was prepared via method 2. Compounds 171, 172 and 173 were prepared via method 5.

| No. | Regno | MWt | Rt/min | MH+ | MH− | Name |
|---|---|---|---|---|---|---|
| 150 |  | 517.7 | 3.62 | 518 | 516 | (2R)-N-(tert-butyl)-2-(2,3-dihydro-1-benzofuran-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide |

US 7,514,437 B2

147                                                        148

-continued

| No. | Regno | MWt | Rt/min | MH+ | MH− | Name |
|---|---|---|---|---|---|---|
| 151 | | 516.6 | 3.12 | 517 | 515 | 2-(1H-1,2,3-benzotriazol-5-yl)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl}acetamide |
| 152 | | 533.7 | 3.42 | 534 | | (2R)-N-(tert-butyl)-2-(2,3-dihydxo-1,4-benzodioxin-6-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide |
| 153 | | 555.6 | 3.71 | 556 | 554 | (2R)-N-(tert-butyl)-2-(2,2-difluoro-1,3-benzodioxol-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide |
| 154 | | 532.7 | 3.32 | 533 | 531 | (2R)-2-(1,3-benzothiazol-6-yl)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide |

149 150

-continued

| No. | Regno | MWt | Rt/min | MH+ | MH− | Name |
|-----|-------|-----|--------|-----|-----|------|
| 155 | | 530.7 | 3.18 | 531 | 529 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(1-methyl-1H-1,2,3-benzotriazol-5-yl)ethanamide |
| 156 | | 530.7 | 3.22 | 531 | 529 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(1-methyl-1H-1,2,3-benzotriazol-6-yl)ethanamide |
| 157 | | 629.7 | 3.06 | | 514 | (2R)-2-(1H-benzimidazo1-5-yl)-N-(tert-butyl)-2-{(3R,6R)-3 -(2,3-dihydro-1H-inden-2-yl)-6-[(1R)-1-methylpropyl]-2,5-dioxopiperazin-1-yl}ethanamide trifluoroacetate |
| 158 | | 515.7 | 3.72 | 516 | 514 | (2R)-2-(1-benzofuran-2-yl)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3 -dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide |

US 7,514,437 B2

151 152

-continued

| No. | Regno | MWt | Rt/min | MH+ | MH– | Name |
|---|---|---|---|---|---|---|
| 159 | | 530.7 | 3.3 | 531 | 529 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(2-methyl-1,3-benzoxazol-5-yl)ethanamide |
| 160 | | 530.7 | 3.35 | 531 | 529 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(2-methyl-1,3-benzoxazo]-6-yl)ethanamide |
| 161 | | 519.7 | 3.37 | 520 | 518 | (2R)-2-(1,2,3-benzothiadiazol-6-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide |
| 162 | | 514.7 | 3.41 | 515 | | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-(1-methyl-1H-mdol-5-yl)ethanamide |

US 7,514,437 B2

**153**                                         **154**

-continued

| No. | Regno | MWt | Rt/min | MH+ | MH− | Name |
|-----|-------|-----|--------|-----|-----|------|
| 163 |  | 529.6 | | | | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-(2-oxo-2H-chromen-6-yl)ethanamide |
| 164 |  | 517.7 | 3.53 | 518 | 516 | (2R)-2-(1-benzothien-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide |
| 165 |  | 501.6 | 3.42 | 502 | 500 | (2R)-2-(1-benzoran-6-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxapiperazin-1-yl]-N-isopropylethanamide |
| 166 |  | 500.6 | 3.35 | 501 | 499 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(1H-indol-6-yl)-N-isopropylethanamide |

US 7,514,437 B2

155 | 156

-continued

| No. | Regno | MWt | Rt/min | MH+ | MH− | Name |
|-----|-------|-----|--------|-----|-----|------|
| 167 |  | 515.7 | 4.88 | 516 | 514 | 2R-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-(1-methyl-1H-benzimidazol-2-yl)acetamide |
| 168 |  | 515.7 | 4.32 | 516 | 514 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-(1-methyl-1H-benzimidazol-6-yl)ethanamide |
| 169 |  | 515.7 | 2.65 | 516 | 514 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-(1-methyl-1H-benzimidazol-5-yl)ethanamide |
| 170 |  | 502.6 | 3.35 | 503 | 501 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-(3-methyl-1,2-benzisoxazol-5-yl)ethanamide |

US 7,514,437 B2

157                                                                   158

-continued

| No. | Regno | MWt | Rt/min | MH+ | MH– | Name |
|-----|-------|-----|--------|-----|-----|------|
| 171 | | 486.6 | 3.07 | 487 | 485 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(1H-indol-5-yl)-N,N-dimethylethanamide |
| 172 | | 487.6 | 2.94 | 488 | | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(1H-indazol-5-yl)-N,N-dimethylethanamide |
| 173 | | 487.6 | 2.99 | 488 | 486 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(1H-indazol-6-yl)-N,N-dimethylethanamide |
| 174 | | 511.7 | 3.56 | 512 | | (2R,S)-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-(2-naphthyl)acetamide |

US 7,514,437 B2

**159**                                                                            **160**

-continued

| No. | Regno | MWt | Rt/min | MH+ | MH− | Name |
|-----|-------|-----|--------|-----|-----|------|
| 175 |  | 512.7 | 3.19 | 513 | | (2R,S)-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-quinolin-6-ylacetamide |

EXAMPLE 176

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-[5-trifluoromethyl)-2-furyl]ethanamide

To a solution of 5-trifluoromethyl-furan-2-carbaldehyde (140 mg) [prepared as in ref. Chem. Heterocycl. Compd. 13, 1977, 1280-1282 by R. V. Grigorash, V. V. Lyalin, L. A. Alekseeva and L. M. Yagupol'skii: 5-Trifluoromethylfuran Derivatives] in methanol (1.1 ml) was added triethylamine (118 μl) and (D)-leucine t-butyl ester hydrochloride (190 mg). The mixture was left to stand for 16.33 hours before (2R)-[(tert-butoxycarbonyl)amino](2,3-dihydro-1H-inden-2-yl)ethanoic acid (246 mg) and isopropylisocyanide (77.4 μl) were sequentially added. The mixture, a yellow solution, was left to stand for 24 hours before the solvent was removed in vacuo. The residue was dissolved in 4M hydrogen chloride in dioxane (3 ml) and left to stand for 6.75 hours at ambient temperature. After this time, the solvent was removed in vacuo. The residue was dissolved in methanol (4 ml) and treated with a solution of 4M hydrogen chloride in dioxane (0.2 ml) and was left to stand overnight After this time, the solvent was removed in vacuo. The residue was stirred in dioxane (9.5 ml) containing triethylamine (0.5 ml) and dichloromethane (5 ml) for 4.75 hours. Then the mixture was evaporated in vacuo to leave a light brown solid. This crude material was purified by SPE column (10 g, silica Mega Bond Elut™) eluting stepwise with 100% chloroform, 4:1 cyclohexane:diethyl ether, 3:1 cyclohexane:diethyl ether, 2:1 cyclohexane:diethyl ether, 1:1 cyclohexane:diethyl ether, 1:2 cyclohexane:diethyl ether, 1:3 cyclohexane:diethyl ether, 100% diethyl ether, 1:1 ethyl acetate:cyclohexane, 2:1 ethyl acetate:cyclohexane, 3:1 ethyl acetate:cyclohexane, 100% ethyl acetate. The 1:2 cyclohexane:diethyl ether to 2:1 ethyl acetate:cyclohexane fractions inclusive were combined to give an orange gum (215 mg). The gum was purified further, to separate the isomers, by preparative plate chromatography. Whatman PK6F silicagel 60 plates 20×20 cm², eluted in 1:1 ethyl acetate:cyclohexane six times and extracted with 9:1 ethyl acetate:methanol to give (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-[5-(trifluoromethyl)-2-furyl]ethanamide (64 mg),

HPLC Rt=3.59 minutes; m/z [M+H]⁺=520.

[1]H NMR (CDCl₃) δ 7.88 (d, 1H), 7.16 (m, 4H), 6.85 (d, 1H), 6.74 (d, 1H), 6.30 (d, 1H), 5.73 (s, H), 4.19 (dd, 1H), 4.08 (m, 1H), 3.97 (dd, 1H), 3.14 (m, 2H), 3.01 (m, 1H), 2.84 (m, 2H), 1.81 (m, 1H), 1.68 (m, 1H), 1.15 (d, 6H), 1.11 (m, 1H), 0.82 (dd, 6H).

Similarly prepared

EXAMPLE 177

(2S)-2-[(3R,6)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-(5-methylthien-2-yl)ethanamide

By the procedure of Example 176 but using 5-methyl-thiophene-2-carbaldehyde

HPLC Rt=3.46 minutes; m/z [M+H]⁺=482.

[1]H NMR (CDCl₃) δ 7.21 (m, 2H), 7.16 (m, 2H), 6.94 (d, 1H), 6.67 (d, 1H), 6.63 (d, 1H), 5.73 (d, 1H), 4.94 (s, 1H), 4.07 (m, 1H), 3.93 (m, 2H), 3.16 (dd, 1H), 3.05 (m, 2H), 2.93 (m, 1H), 2.77 (m, 1H), 2.47 (s, 3H), 1.96 (m, 1H), 1.86 (m, 1H), 1.72 (m, 1H), 1.17 (d, 3H), 1.12 (d, 3H), 0.94 (d, 3H), 0.92 (d, 3H)

EXAMPLE 178

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H -inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-[5-(trifluoromethyl)-2-furyl]ethanamide

N-[2-(benzyloxy)phenyl]-2-[(3R,6R)-3-(2,3-dihy-dro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[5-(trifluoromethyl)-2-furyl]acetamide

A mixture of 5-trifluoromethyl-furan-2-carbaldehyde (351 mg), (D)-leucine methyl ester hydrochloride (389 mg), tri-ethylamine (0.298 ml) and methanol (2.2 ml) was stirred at room temperature for 4 hours and then left to stand for 19 hours. N-tert-butoxycarbonyl-(D)-indanylglycine (623 mg) and 2-benzyloxy-phenylisocyanide (448 mg) were then added sequentially and the mixture stirred for 7 hours before being left to stand at room temperature for 41 hours. Then the solvent was removed under reduced pressure to leave an orange/brown syrup. This was taken up in 4M hydrogen chloride in 1,4-dioxane (2.8 ml) and the mixture was stirred at room temperature for 2 hours. The solvent and hydrogen chloride were evaporated under reduced pressure. The crude material was dissolved in methanol (5 ml) and triethylamine

US 7,514,437 B2

**161**

(0.54 ml) added. The mixture was stirred for 18 hours before the methanol and excess of triethylamine were removed under reduced pressure. The crude product was purified by Biotage™ flash column chromatography (40 g silica cartridge eluted with 1:5 ethyl acetate:cyclohexane (600 ml), 1:3 ethyl acetate:cyclohexane (400 ml) and 1:2 ethyl acetate:cyclohexane (450 ml)) to yield N-[2-(benzyloxy)phenyl]-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[5-(trifluoromethyl)-2-furyl]acetamide as an orange solid (472 mg).

HPLC Rt=4.04 minutes, m/z [M+H]⁺=660.

2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydroxyphenyl)-2-[5-(trifluoromethyl)-2-furyl]acetamide

N-[2-(benzyloxy)phenyl]-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[5-(trifluoromethyl)-2-furyl]acetamide (469 mg) was dissolved in ethyl acetate (10 mg) and hydrogenated at atmospheric pressure over 10% palladium on activated charcoal (100 mg). After 4 hours the catalyst was removed by filtration through glass fibre filters and washed with ethyl acetate. The filtrate and washings were combined, evaporated under reduced pressure and dried in vacuo at room temperature to leave a yellow/brown solid (400 mg). The solid was dried over P₂O₅ overnight to give 2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydroxyphenyl)-2-[5-(trifluoromethyl)-2-furyl]acetamide (365 mg).

HPLC Rt=3.64 minutes, m/z [M+H]⁺=570.

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-[5-(trifluoromethyl)-2-furyl]ethanamide

Carbonyldiimidazole (78 mg, 1.6 equiv.) was suspended in anhydrous dichloromethane (1 mL) and the suspension was left at room temperature for 15 minutes. (R)-N-(2-Hydroxyphenyl)-2-((3R,6R)-3-indan-2-yl-6-isobutyl-2,5-dioxo-piperazin-1-yl)-2-(5-trifluoromethyl-furan-2-yl)-acetamide (172 mg) was then added and the mixture was stirred at room temperature for 5 hours 20 minutes. The resulting brown solution was then treated with a 2.0M solution of dimethylamine in tetrahydrofuran (0.9 mL, 6 equiv.) and the resulting mixture was stirred for 30 minutes and then left to stand at room temperature for 18 hours 15 minutes. The reaction mixture was diluted with dichloromethane (2 mL) and washed with 1M hydrochloric acid (2 mL). The organic phase was separated using a hydrophobic frit and was evaporated under reduced pressure to leave a brown gum. The crude product was applied to 3 preparative chromatography plates, which were eluted with 1:1 v/v ethyl acetate:cyclohexane. The required band was extracted with ethyl acetate to give the (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-[5-(trifluoromethyl)-2-furyl]ethanamide as a pale yellow solid (87 mg).

HPLC Rt=3.51 minutes, m/z [M+H]⁺=506.

¹H NMR (CDCl₃) δ 7.19 (m, 5H), 6.86 (dd, 1H), 6.64 (d, 1H), 6.61 (s, 1H), 4.25 (m, 1H), 3.97 (dd, 1H), 3.20-3.02 (m, 3H), 3.01 (m, 3H), 2.96 (s, 3H), 2.88 (m, 1H), 2.80 (m, 1H), 1.70 (m, 1H), 1.67 (m, 1H), 0.74 (d, 3H), 0.70 (m, 1H), 0.63 (d, 3H).

**162**

EXAMPLE 179

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-(2-methyl-1,3-oxazol-4-yl)ethanamide

By the procedure of Example 178, using (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydroxyphenyl)-2-(2-methyl-1,3-oxazol-4-yl)ethanamide

HPLC Rt=2.88 minutes; m/z (M+H)⁺=453

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydroxyphenyl)-2-(2-methyl-1,3-oxazol-4-yl)ethanamide

A mixture of 2-methyl-oxazole-4-carbaldehyde⁽¹⁾ (340 mg), (D)-leucine methyl ester hydrochloride (568 mg), triethylamine (0.435 ml) and anhydrous methanol (20 ml) was stirred at room temperature for 18 hours. N-benzyloxycarbonyl-(D)-indanylglycine (1.015 g) and 2-benzyloxy-phenyl-isocyanide (648 mg) were then added sequentially and the mixture stirred for 12 days before being left to stand at room temperature for 10 days. The solvent was removed under reduced pressure to leave a dark orange gum which was dissolved in ethyl acetate (150 mL) and washed with 2M hydrochloric acid (100 mL), saturated sodium bicarbonate solution (100 mL) and saturated sodium chloride solution (50 mL) then dried over anhydrous magnesium sulphate and concentrated under reduced pressure to a volume of 5 mL. This crude solution was diluted with ethanol (80 mL) containing acetic acid (1.6 mL) and added under vacuum to 10% palladium on carbon (50% water, 425 mg). The resulting suspension was stirred under an atmosphere of hydrogen for 20 hours, filtered (celite filteraid) washed with ethanol (50 mL) and the filtrate added under vacuum to a second quantity of 10% palladium on carbon (50% water, 670 mg). The suspension was stirred under an atmosphere of hydrogen for 2 hours, the hydrogenation apparatus was then evacuated and refilled with hydrogen and the suspension stirred for a further 20 hours. The suspension was filtered (celite filteraid) washed with ethanol (200 mL) and the combined filtrates concentrated under reduced pressure. The residue was partitioned between saturated sodium bicarbonate solution (100 mL) and dichloromethane (60 mL), then the organic layer dried (hydrophobic frit) and the solvent removed under reduced pressure. Purification by Biotage flash chromatography (40 g silica) eluting with ethyl acetate:cyclohexane (3:1, 300 mL) ethyl acetate (300 mL) then ethyl acetate: methanol (20:1, 600 mL) gave (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydroxyphenyl)-2-(2-methyl-1,3-oxazol-4-yl)ethanamide as a brown foam (197 mg).

HPLC: Rt=3.28 minutes; m/z (M+H)⁺=517

Ref (I) CAS 113732-84-6

EXAMPLE 180

(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-L-[(1R)-1-(2-methyl-1,3-oxazol-4-yl)-2-morpholin-4-yl-2-oxoethyl]piperazine-2,5-dione

By the procedure of Example 179, using morpholine
HPLC: Rt=2.89 minutes; m/z (M+H)⁺=495

US 7,514,437 B2

**163**

EXAMPLE 181

(2S)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-(5-methylthien-2-yl)ethanamide

By the procedure of Example 180, using 5-methyl-thiophene -2-carbaldehyde
HPLC Rt=3.25 minutes; m/z M⁺=468.

EXAMPLE 182

(2S)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(3-fluoro-5-me-thylthien-2-yl)-N,N-dimethylethanamide

By the procedure of Example 178, using 3-fluoro-5-me-thyl-thiophene-2-carbaldehyde
HPLC: Rt=3.20 minutes; m/z M⁺=486

2-(3-Bromo-5-methyl-thiophen-2-yl)-[1,3]dioxane

3-Bromo-5-methyl-2-thiophenecarbaldehyde (1.00 g) was dissolved in dry 1,4-dioxane (8 ml). Molecular sieves (4 Angstrom, 2 g), 1,3-propandiol (9 ml), p-toluene sulphonic acid (362 mg) were added and the mixture was stirred under a nitrogen atmosphere, at room temperature, over night. Molecular sieves were removed by filtration and the filtrate evaporated. The residue was taken up with ethyl acetate and washed with saturated solution of sodium carbonate. The aqueous was extracted with more ethyl acetate and the combined layers washed with brine, dried over magnesium sulphate, filtrated and concentrated to a yellow oil (1 g).

Purification was performed by filtration on a SPE cartridge (Silica-10 g) using dichloromethane as eluent. The solution was eventually concentrated to yield 2-(3-bromo-5-methyl-thiophen-2-yl)-[1,3]dioxane as a yellow solid (1.18 g).

**164**

¹H-NMR (CDCl₃, 400MHz): 6.60 ppm (s, 1H); 5.72 ppm (s, 1H); 4.23 ppm (m, 2H); 3.98 ppm (m, 2B); 2.44 ppm (d, 3M); 2.22 ppm (m, 1H); 1.42 ppm (m, 1H).

3-Fluoro-5-methyl-thiophene-2-carbaldebyde

To a solution of 2-(3-bromo-5-methyl-thiophen-2-yl)-[1,3]dioxane (1.16 g) in dry tetrahydrofuran (10 ml), under a nitrogen atmosphere, at −78 ° C., 1.6M n-butyl lithium in hexane (3.30 ml) was added dropwise. After 15 minutes stirring, N-fluoro-benzene-sulfonyl-imide (1.66 g) was added portionwise. The solution was stirred at −78 °C. for further 10 minutes, allowed to warm to room temperature and then stirred for a further 60 minutes. The reaction was quenched with water (5 ml), diluted with diethyl ether (20 ml) and washed with 1N sodium hydroxide (30 ml). The aqueous was extracted with diethyl ether again (2×10 ml), the combined organic layers were dried over magnesium sulphate, filtrated and evaporated. The residue was redissolved in 1,4-dioxane (15 ml) and water (10), p-toluene sulphonic acid (837 mg) was added and the solution was stirer at room temperature, over night. Neutralised with a saturated solution of sodium bicarbonate (10 ml), then extracted with ether twice. The organic was dried over magnesium sulphate and evaporated at reduced pressure (200 mbar). The residual dioxane was removed by distillation at reduced pressure, the residue further purified by flash chromatography (petroleum ether/dichloromethane 55/45), giving 3-fluoro-5-methyl-thiophene-2-carbaldehyde as a colourless oil (366 mg), approximately 70% pure.

¹H-NMR (CDCl₃, 400 MHz): δ 9.93 ppm (s, 11H); 6.62 ppm (s, 1H); 2.52 ppm (m, 3H).

Similarly prepared:

Compounds 183-206, 213, 215, 218, 222-225 were prepared via method 1. Compounds 207, 208, 216, were prepared via method 2. Compounds 209-212, 214, 217, 219-221 and 226 were prepared via method 5.

US 7,514,437 B2

165
166

| Eg. No. | Structure | MWt | Rt/min | +ve ion | –ve ion | name |
|---|---|---|---|---|---|---|
| 183 |  | 467.7 | 3.4 | 468 | 466 | (2S)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-thien-2-ylethanamide |
| 184 |  | 546.6 | 3.6 | 546/548 | 546/544 | (2S)-2-(5-bromothien-2-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide |
| 185 |  | 546.6 | 3.6 | 546/548 | 544/546 | (2S)-2-(4-bromothien-2-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide |

-continued

| Eg No. | Structure | MW+ | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 186 |  | 502.1 | 3.6 | 501-3 | 499-501 | (2S)-2-(5-chlorothien-2-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide |
| 187 |  | 467.7 | 3.3 | 468 | 466 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-thien-3-ylethanamide |
| 188 |  | 544.8 | 3.4 | 545 | 543 | (2S)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-(5-pyridin-2-ylthien-2-yl)ethanamide |

US 7,514,437 B2

169                                                                      170

-continued

| Eg No. | Structure | MWt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 189 |  | 451.6 | 3.3 | 452 | 450 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(2-furyl)-N-isopropylethanamide |
| 190 |  | 465.7 | 3.4 | 466 | 464 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(3-furyl)ethanamide |
| 200 |  | 508.7 | 2.9 | 509 | 507 | 5-[1-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(isopropylamino)-2-oxoethyl]-N-methyl-3-furamide |

US 7,514,437 B2

171                                                                                    172

-continued

| Eg No. | Structure | MWt | Rt/min | +ve ion | –ve ion | name |
|---|---|---|---|---|---|---|
| 201 | | 508.7 | 3 | 509 | 507 | 5-[(1R)-1-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(isopropylamino)-2-oxoethyl]-N-methyl-2-thiamide |
| 202 | | 530.5 | 3.5 | 529/531 | 527/529 | (2R)-2-(5-bromo-2-furyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide |
| 203 | | 479.7 | 3.5 | 480 | 478 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4,5-dimethyl-2-furyl)-N-isopropylethanamide |

173                                                      174

-continued

| Eg No. | Structure | MWt | Rt/min | +ve ion | −ve ion | name |
|--------|-----------|-----|--------|---------|---------|------|
| 204 |  | 465.7 | 3.4 | 466 | 464 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-isopropyl-2-(5-methyl-2-furyl)ethanamide |
| 205 |  | 477.6 | 3.3 | 478 | 476 | (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-pyrimidin-8-ylethanamide |
| 206 |  | 465.7 | 2.9 | 466 | 464 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-isopropyl-2-(1-methyl-1H-pyrazol-4-yl)ethanamide |

-continued

| Eg No. | Structure | MWt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 207 |  | 468.7 | 3 | 469 | none | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-(2-methyl-1,3-thiazol-4-yl)ethanamide |
| 208 |  | 522.6 | 3.4 | 523 | 521 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-[2-(trifluoromethyl)-1,3-thiazol-4-yl]ethanamide |
| 209 |  | 462.7 | 3.1 | 463 | none | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-(6-methylpyridin-3-yl)ethanamide |

-continued

| Eg No. | Structure | MWt | Rt/min | +ve ion | −ve ion | name |
|--------|-----------|-----|--------|---------|---------|------|
| 210 |  | 558.7 | 3.3 | 559 | 557 | (3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-1-((1R)-2-morpholin-4-yl-2-oxo-1-(6-(trifluoromethyl)pyridin-3-yl)ethyl)piperazine-2,5-dione |
| 211 |  | 464.6 | 2.7 | 465 | 463 | (2R)-2-((3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl)-N,N-dimethyl-2-(6-oxo-1,6-dihydropyridin-3-yl)ethanamide |

US 7,514,437 B2

179                                                                         180

-continued

| Eg No. | Structure | MWt | Rt/min | +ve ion | -ve ion | name |
|---|---|---|---|---|---|---|
| 212 |  | 478.6 | 3.04 | 479.23 | 477.26 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(6-methoxypyridin-3-yl)-N,N-dimethylethanamide |
| 213 |  | 479.6 | 3.03 | 480 | 478 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(1,3-dimethyl-1H-pyrazol-5-yl)-N-isopropylethanamide |
| 214 |  | 466.56 | 3.1 | 467 | — | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(2-ethyl-1,3-oxazol-4-yl)-N,N-dimethylethanamide |

US 7,514,437 B2

181                                                                                                    182

-continued

| Eg No. | Structure | MWt | Rt/min | +ve ion | −ve ion | name |
|--------|-----------|-----|--------|---------|---------|------|
| 215 | | 482.6 | 3.58 | 483 | 481 | N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(1,3-thiazol-2-yl)acetamide |
| 216 | | 522.6 | 3.46 | 523 | 521 | 2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-[2-(trifluoromethyl)-1,3-thiazol-5-yl]acetamide |
| 217 | | 478.6 | 3.07 | 479 | 477 | (2R)-2-(2-cyclopropyl-1,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide |

US 7,514,437 B2

183                                                                        184

-continued

| Eg No. | Structure | MWt | Rt/min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 218 |  | 520.5 | 3.47 | 521 | 519 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-[2-(trifluoromethyl)-1,3-oxazol-4-yl]ethanamide |
| 219 |  | 554.7 | 2.8 | 555 | 553 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-methyl-2-(6-methylpyridin-3-yl)-N-[2-(methylsulfonyl)ethyl]ethanamide |
| 220 |  | 604.7 | 2.7 | 605 | 603 | (3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-1-[(1R)-2-[4-(2-methoxyethyl)piperazin-1-yl]-2-oxo-1-[5-(trifluoromethyl)-2-furyl]ethyl]piperazine-2,5-dione |

185     186

-continued

| Eg No. | Structure | MWt | Rt/min | +ve ion | −ve ion | name |
|--------|-----------|-----|--------|---------|---------|------|
| 221 | | 585.6 | 2.8 | 586 | 584 | (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-methyl-N-[(1-methyl-1H-imidazol-2-yl)methyl]-2-[5-(trifluoromethyl)-2-furyl]ethanamide |
| 222 | | 462.6 | 3.29 | 463 | 461 | 2-((3R,6R)-3-Indan-2-yl-6-isobutyl-2,5-dioxo-piperazin-1-yl)-N-isopropyl-2-pyridin-2-yl-acetamide |
| 223 | | 462.6 | 3.09 | 463 | 461 | 2-((3R,6R)-3-Indan-2-yl-6-isobutyl-2,5-dioxo-piperazin-1-yl)-N-isopropyl-2-pyridin-3 -yl-acetamide |

US 7,514,437 B2

187                                                                                188

-continued

| Eg No. | Structure | MWt | Rt/min | +ve ion | −ve ion | name |
|---|---|---|---|---|---|---|
| 224 | | 516.7 | 3.41 | 517 | 515 | N-Cyclohexyl-2-((3R,6R)-3-indan-2-yl-6-isobutyl-2,5-dioxo-piperazin-1-yl)-2-(6-methyl-pyridin-2-yl)-acetamide |
| 225 | | 462.6 | 2.93 | 463 | 461 | 2-((3R,6R)-3-indan-2-yl-6-isobutyl-2,5-dioxo-piperazin-1-yl)-N-isopropyl-2-pyridin-4-yl-acetamide |
| 226 | | 466.6 | 3.06 | 467 | — | (R)-2-(2,5-Dimethyl-oxazol-4-yl)-2-((3R,6R)-3-indan-2-yl-6-isobutyl-2,5-dioxo-piperazin-1-yl)-N,N-dimethyl-acetamide |

US 7,514,437 B2

189

EXAMPLE 227

(3R,6R)-1-[(1R)-1-(2,4-Difluorophenyl)-2-(3-fluoro-azetidin-1-yl)-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione

The azetidinol (Example 15) (57 mg) in anhydrous dichloromethane (2 mL) was stirred at −5° C. and diethylaminosulfur trifluoride (50 μL, excess) was added in one portion. The mixture was left at room temperature overnight and saturated aqueous sodium hydrogen carbonate (3 mL) was added. The mixture was diluted with dichloromethane (10 mL) and the organic phase was separated using a hydrophobic frit and blown down with nitrogen. The crude reaction mixture was purified using the mass-directed autoprep system to give (3R, 6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-(3-fluoroazetidin-1-yl)-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiiierazine-2,5-dione (26 mg) as a white solid.

HPLC Rt=3.34 minutes, m/z [M+H]$^+$=514

PharmcyExamples

Tablets

| a) | Compound of the invention | 50.0 mg |
|---|---|---|
| | Lactose | 70.0 mg |
| | Microcrystalline Cellulose | 70.0 mg |
| | Cross-linked polyvinylpyrrolidone | 8.0 mg |
| | Magnesium Stearate | 2.0 mg |
| | Compression weight | 200.0 mg |

The compound of the invention, microcrystalline cellulose, lactose and cross-linked polyvinylpyrrolidone are sieved through a 500 micron sieve and blended in a suitable mixer. The magnesium stearate is sieved through a 250 micron sieve and blended with the active blend. The blend is compressed into tablets using suitable punches.

| b) | Compound of the invention | 50.0 mg |
|---|---|---|
| | Lactose | 120.0 mg |
| | Pregelatinised Starch | 20.0 mg |
| | Cross-linked polyvinylpyrrolidone | 8.0 mg |
| | Magnesium Stearate | 2.0 mg |
| | Compression weight | 200.0 mg |

The compound of the invention, lactose and pregelatinised starch are blended together and granulated with water. The wet mass is dried and milled. .The magnesium stearate and cross-linked polyvinylpyrrolidone are screened through a 250 micron sieve and blended with the granule. The resultant blend is compressed using suitable tablet punches.

Capsules

| a) | Compound of the invention | 50.0 mg |
|---|---|---|
| | Lactose | 148.0 mg |
| | Magnesium Stearate | 2.0 mg |
| | Fill weight | 200.0 mg |

The compound of the invention and pregelatinised starch are screened through a 500 micron mesh sieve, blended

190

together and lubricated with magnesium stearate, (meshed through a 250 micron sieve). The blend is filled into hard gelatine capsules of a suitable size.

| b) | Compound of the invention | 50.0 mg |
|---|---|---|
| | Lactose | 132.0 mg |
| | Polyvinylpyrrolidone | 8.0 mg |
| | Cross-linked polyvinylpyrrolidone | 8.0 mg |
| | Magnesium Stearate | 2.0 mg |
| | Fill weight | 200.0 mg |

The compound of the invention and lactose are blended together and granulated with a solution of polyvinylpyrrolidone. The wet mass is dried and milled. The magnesium stearate and cross-linked polyvinylpyrrolidone are screened through a 250 micron sieve and blended with the granules. The resultant blend is filled into hard gelatine capsules of a suitable size.

Injection Formulation

| | % w/v |
|---|---|
| Compound of the invention | 0.10 |
| Water for injections B.P. to | 100.00 |

Sodium chloride may be added to adjust the tonicity of the solution and the pH may be adjusted to that of maximum stability and/or to facilitate solution of the compound of the invention using dilute acid or alkali or by the addition of suitable buffer salts. Solubilisers, such as cosolvents, may also be added to facilitate solution of the compound of the invention. Antioxidants and metal chelating salts may also be included. The solution is clarified, made up to final volume with water and the pH remeasured and adjusted if necessary, to provide 1 mg/ml of the compound of formula (I).

The solution may be packaged for injection, for example by filling and sealing in ampoules, vials or syringes. The ampoules, vials or syringes may be aseptically filled (e.g. the solution may be sterilised by filtration and filled into sterile ampoules under aseptic conditions) and/or terminally sterilised (e.g. by heating in an autoclave using one of the acceptable cycles). The solution may be packed under an inert atmosphere of nitrogen.

Preferably the solution is filled into ampoules, sealed by fusion of the glass and terminally sterilised.

Further sterile formulations are prepared in a similar manner containing 0.05, 0.20 and 0.5% w/v of the compound of the invention, so as to provide respectively 0.5, 2 and 5 mg/ml of the compound of the invention.

Measurement of Oxytocin Antagonist Activity

Assay Buffer used throughout the assay: 50 mM HEPES, 10 mM MgCl2, 0.125 mg/ml BSA, pH adjusted to 7.4 with KOH. hOT-CHO membranes were prepared at a concentration of 0.3 mg protein/ml in assay buffer. Test compounds were initially dissolved in DMSO (to 10 mM) and diluted in DMSO (Beckman Biomek FX). 1 μl of compound was transferred to black 384 assay plates (NUNC) using a Biomek FX. 20 μl of 1 nM Bodipy TMR Oxytocin (Perkin Elmer) in assay buffer was added to all wells (Labsystems Multidrop) then 20 μl membrane added to all wells (Multidrop). Plates were incubated at room temp for 60 min.

US 7,514,437 B2

191

Polarisation was read on LJL Analyst λEx=535 nm, λEm=580 nM, λDichroic=555 nm). Data were fitted to a 4 parameter logistic equation. An estimated Ki was calculated as IC50/5.

In the above test compounds of the invention in general have a pKi value within the range of 7 to 11. Thus the compounds of examples 1 to 227 have a pKi within the range 8.5 to 10.8.

The compounds of the invention are essentially non toxic at therapeutically active doses. Thus compound of the example 10 has been administered to rats at doses of up to 300 mg/kg p.o for 4 days. and no adverse toxicological effects were observed.

What is claimed is:

**1.** A compound of the following formula

(I)



or a pharmaceutically acceptable salt thereof;

wherein $R_1$ is a 2-indanyl group;

$R_2$ represents $C_{3-6}$cycloalkyl, $C_{1-6}$alkyl optionally substituted by a $C_{1-2}$alkoxy, a $C_{1-2}$alklthio, a di-$C_{1-2}$alkylamino or a $C_{3-6}$ cycloalkyl group, or a 5 or 6 membered heterocyclic group containing a single hetero atom or a methyl or ethyl group;

$R_3$ represents an optionally substituted phenyl,

a 5 membered heteroaryl group which is unsubstituted or substituted by one or more groups selected from halogen, trifluoromethyl, C1-4 alkyl, cycloalkyl, heteroaryl, saturated heterocyclic, or phenyl,

a 6 membered heteroaryl group which is unsubstituted or substituted by 1 to 3 C1-4 alkyl groups, or trifluoromethyl, or alkoxy groups, or

a fused bicyclic ring system containing 9-10 ring members which ring system contains a benzene and which ring members include 0 to 3 heteroatoms selected from O, S or N;

$R_4$ represents OH, $OC_{1-4}$ alkyl optionally substituted with $C_{1-4}$alkylcarbonyloxy, or $NR_5R_6$, where,

$R_5$ represents hydrogen, $C_{1-4}$alkyl optionally substituted with $C_{1-4}$alkoxy, or $C_{3-7}$cycloalkyl,

$R_6$ represents hydrogen, methyl, $C_{1-4}$alkoxy, $C_{3-7}$cycloalkyl, $C_{2-4}$alkyl optionally substituted with one or more $R_{50}$, or $C_{2-4}$alkyl optionally substituted with one or more $R_{55}$,

or $R_6$ represents a phenyl or benzyl group optionally substituted by one or more methoxy or benzyloxy groups, an optionally substituted heteroarylmethyl group, a heteroaryl group, $C_{3-7}$ cycloalkyl, or the group $CH_2CONR_9R_{10}$,

or $R_5$ and $R_6$ together with the nitrogen to which they are attached form a 3 to 7 membered saturated heterocycle optionally substituted with one or more $R_{60}$ which heterocycle optionally contains an additional heteroatom selected from oxygen, sulphur and nitrogen, wherein the sulphur atom may be in an oxidised form and the additional nitrogen atom either carries a

192

hydrogen atom or a $C_{1-4}$alkyl or a $C_{1-4}$alkanoyl group or a $C_{1-4}$alkylsulphonyl group or a $C_{1-3}$ alkoxy$C_{2-4}$ alkyl,

where,

$R_{50}$ is selected from the group consisting of: carboxyl, $C_{1-4}$alkylsulphonyl, or $C_{1-4}$alkoxycarbonyl, and

$R_{55}$ is selected from the group consisting of: halogen, hydroxy, $C_{1-4}$alkoxy, or $NR_7R_8$,

where,

$R_7$ and $R_8$ independently represent hydrogen or $C_{1-4}$alkyl or together form a 3 to 7 membered saturated heterocyclic ring which optionally contains an additional heteroatom selected from O, S or N and which heterocyclic group may be substituted by 1 to 3 groups selected from $C_{1-3}$alkyl, hydroxy, $C_{1-3}$alkoxy optionally substituted by $C_{3-6}$cycloalkyl or optionally subtituted phenyl, $C_{3-6}$cycloalkyl or $NR_cR_d$, wherein $R_c$ and $R_d$ each independently represent a group selected from $C_{1-3}$alkyl optionally substituted by $C_{3-6}$ cycloalkyl or optionally substituted phenyl, or $C_{3-6}$ cycloalkyl,

$R_9$ represents hydrogen or $C_{1-4}$alkyl, and

$R_{10}$ represents hydrogen, $C_{1-4}$alkyl optionally substituted by a 5 or 6 membered heteroaryl group, or $R_9$ and $R_{10}$ together form a 5 or 6 membered saturated heterocyclic ring and wherein the 6 membered heterocyclic group optionally contains an additional heteroatom selected from oxygen, sulphur or nitrogen and the additional nitrogen atom either carries a hydrogen atom or a $C_{1-4}$alkyl or $C_{1-4}$alkanoyl group, and

$R_{60}$ is selected from the group consisting of: halogen, $C_{1-3}$alkyl, hydroxy, oxo, $C_{3-6}$cycloalkyl or $NR_eR_f$ wherein $R_e$ and $R_f$ each independently represent a group selected from $C_{1-3}$alkyl optionally substituted by $C_{3-6}$cycloalkyl or optionally substituted phenyl or $C_{3-6}$cycloalkyl.

**2.** A compound as defined in claim **1** or a pharmaceutically acceptable salt thereof, wherein $R_4$ is hydroxy or the group $NR_5R_6$.

**3.** A compound as defined in claim **2** or a pharmaceutically acceptable salt thereof, wherein the compound has the stereochemistry as defined in formula (1a)

(1a)



wherein the groups $R_1$, $R_2$, $R_3$ and $R_4$ have the meanings defined in claim **1**.

**4.** A compound as defined in claim **3** or a pharmaceutically acceptable salt thereof, wherein $R_2$ is a group selected from 1-methylpropyl or 2-methylpropyl.

**5.** A compound as defined in claim **3** or a pharmaceutically acceptable salt thereof, wherein $R_3$ is an optionally substituted phenyl group.

**6.** A compound as defined in claim **3** or a pharmaceutically acceptable salt thereof, wherein $R_3$ is a 5 membered heteroaryl group which is unsubstituted or substituted by one or

**193**

more groups selected from halogen, trifluoromethyl, C1-4 alkyl, cycloalkyl, heteroaryl, saturated heterocyclic, or phenyl, or

    a 6 membered heteroaryl group which is unsubstituted or substituted by 1 to 3 C1-4 alkyl groups, or trifluoromethyl, or alkoxy groups.

**7**. A compound as defined in claim 3 or a pharmaceutically acceptable salt thereof, wherein $R_3$ is a fused bicyclic ring system containing 9-10 ring members which is unsubstituted or substituted by a carbocyclic group or by up to three hetero atoms selected from O, S or N and one of the fused rings is benzene.

**8**. A compound as defined in claim 3 or a pharmaceutically acceptable salt thereof, wherein $R_3$ is selected from the group consisting of: phenyl, 2-fluorophenyl, 3-fluorophenyl, 4-fluorophenyl, 4-chlorophenyl, 3-chlorophenyl, 2-chlorophenyl, 4-bromophenyl, 2,3-difluorophenyl, 3,4-difluorophenyl, 2,4-difluorophenyl, 3,5-difluorophenyl, 2-chlorophenyl, 2-chloro-4-fluorophenyl, 2,4-dichlorophenyl, 3,4-dichlorophenyl, 2 fluoro-4-bromophenyl, 4-chloro-3-fluorophenyl 2,3,4-trifluorophenyl 2,4,5-trifluorophenyl or 2,4,6-trifluorophenyl, 2-fluoro-4,5-dimethoxyphenyl, 3-fluoro-4-methoxyphenyl, 4-fluoro-3-methoxyphenyl, 2-fluoro-4 methoxyphenyl, 2-fluoro-4 -hydroxyphenyl, 2-fluoro-4-dimethylaminocarbonylmethylphenyl, 2-fluoro-4-hydroxymethylphenyl, 3-fluoro-4-(4-morpholino)phenyl, 3-fluoro-4-carboxymethyloxyphenyl, 3-fluoro-4-t-butyloxycarbonylmethyloxyphenyl, 3-fluoro-4-dimethylaminocarbonyloxyphenyl, 3-chloro-4 trifluoromethoxyphenyl, 2,3-difluoro-4-methyl-phenyl, 4-trifluoromethoxyphenyl, 4-trifluoromethylphenyl, 4-hydroxyphenyl, 4-methoxyphenyl, 4-methoxycarbonylphenyl, 3-methoxycarbonylphenyl, 4-methylsulphonylphenyl, 4-methylaminocarbonylphenyl, 4-aminocarbonylphenyl, 4-methylaminosulphonylphenyl, 3-(3-pyrazolyl)phenyl, 4-(3-pyrazolyl)phenyl, 4-(4-pyrazolyl)phenyl, 4-(3-pyridyl)phenyl, 4-(2-pyridyl)phenyl, 4-(2-imidazolyl)phenyl, 3-(2-imidazolyl)phenyl, 4-(1-t-butyl-tetrazol-5-yl)phenyl, 4-methylaminophenyl, 4-dimethylaminophenyl, 4-diethylaminophenyl, 4-acetylaminophenyl, 3-acetylaminophenyl, 4-hydroxy-3-acetylaminophenyl, 4-methylsulphonylaminophenyl, 4-N-methylpiperazinophenyl, 4-N-pyrrolidinophenyl, 2-fluoro-4-(4-morpholino)phenyl, 4-(4-morpholino)phenyl, 4-(4-hydroxypiperidino)phenyl, 2-fluoro-4-(4-hydroxypiperidino)phenyl, 3-(1-pyrazolyl)phenyl, 4-(1-pyrazolyl)phenyl, 4-(1-3,5 di-t-4-butylpyrazolyl)phenyl, 3-(1-imidazolyl)phenyl, 4-(1-imidazolyl)phenyl, 4-(1-1,2,4-triazolyl)phenyl, 4-(1-1,2,3-triazolyl)phenyl, 4-(2-4,t-butylthiazolyl)phenyl, 4-(5-2-t-butyltetrazolyl)phenyl, 4-(4 spiro-1,3-dioxolanyl) piperidinophenyl, 4-(4-fluorophenyl)phenyl, 4-ethylaminosulphonylphenyl)phenyl, 4-dimethylaminoethoxyphenyl,3-(dihydroxyboryl)phenyl, 2-furanyl, 3-thienyl, 3-furanyl, 2-thienyl, 4-bromo-2-thienyl, 5-bromo-2-thienyl, 5-chloro-2-thienyl, 3-fluoro-5-methyl-2-thienyl, 5-methyl-2-thienyl, 5-methyl-2-furanyl, 5-bromo-2-furanyl, 4,5-dimethyl-2-furanyl, 5-trifluoromethyl-2-furanyl, 2-furanyl-4-carboxylic acid methylamide, 2-furanyl-5-carboxylic acid methylamide, 2-pyridyl, 6-methyl-2-pyridyl, 6-methyl-3-pyridyl, 6-methoxy-3-pyridyl, 6-hydroxy-3-pyridyl, 6-trifluoromethyl-3-pyridyl, 3-pyridyl, 4-pyridyl, 3,5-pyrimidinyl, 2-thiazolyl, 2-methyl-4-oxazolyl, 2-ethyl-4-oxazolyl, 2-cyclopropyl-4-oxazolyl, 2-trifluoromethyl-4-oxazolyl, 2,5-dimethyl-4-oxazolyl, 4-thiazolyl, 2-methyl-4-thiazolyl, 2-trifluoromethyl-4-thiazolyl, 2-trifluoromethyl-5-thiazolyl, 1-methyl-4-pyrazolyl, 1,3-dimethyl-5-pyrazolyl, 5-(2-pyridyl)-2-thienyl, 2,3-dihydro-1-benzofuran-5-yl, 1,3-benzodioxol-5-yl, 1H-1,2,3-benzotriazol-5-yl, 2,3-dihydro-

**194**

1,4-benzodioxin-6-yl, 2,2-difluoro-1,3-benzodioxol-5-yl, 1,3-benzothiazol-6-yl, 1-methyl-1H-1,2,3-benzotriazol-5-yl, 1-methyl-1H-1,2,3-benzotriazol-6-yl, 1,2,3-benzothiadiazol-6-yl, 2-methyl-1,3-benzoxazol-5-yl, 2-methyl-1,3-benzoxazol-6-yl, 1-benzofuran-5-yl, 1-methyl-1H-lindol-5-yl, 1-benzothien-5-yl, 1-benzofuran-6-yl, 1H-indol-6-yl, 1-methyl-1H-benzimidazol-6-yl, 1-methyl-1H-benzimidazol-5-yl, 3-methyl-1,2-benzoisoxazol-5-yl, 2-fluoro-1-benzofuran-5-yl, 1H-indol-5-yl, 2-methyl-1H-benzofuran-5-yl, 1H-indazol-5-yl, 1H-indazol-6-yl, 1-benzofuran-2-yl or 1-methyl-1H-benzimidazol-2-yl.

**9**. A compound as defined in claim 3 or a pharmaceutically acceptable salt thereof, wherein $R_5$ is selected from a group consisting of hydrogen, $C_{1-4}$alkyl, $C_{1-4}$alkoxy$C_{2-4}$alkyl; and $R_6$ is selected from the group consisting of hydrogen, $C_{1-4}$alkoxy, $C_{1-4}$alkyl, $C_{1-4}$ alkyl substituted by 1 to 3 halogen atoms, $C_{1-4}$alkyl substituted by alkoxycarbonyl or carboxyl, alkyl substituted by alkoxy, alkyl substituted by hydroxy, alkyl substituted by dialkylamino, 2-benzyloxyphenyl, dimethoxybenzyl, optionally substituted heteroarylmethyl, heteroaryl, alkyl substituted by $NR_7R_8$ wherein $NR_7R_8$ form a 6-membered heterocyclic ring and cycloalkyl; or $NR_5R_6$ represents, azetidino, 3-hydroxyazetidino, 3-methoxyazetidino, pyrrolidino, piperidino, 4-dimethylaminopiperidino, 4-methyl 1,4-diazepan-1-yl, morpholino, an optionally substituted piperazino ring, thiomorpholino or a sulphoxide or sulphone thereof.

**10**. A compound selected from a group consisting of:
  (2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide;
  (2R)-2-(4-fluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide;
  (2R)-2-(4-fluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-morpholinamide;
  (2R)-2-(4-fluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide;
  (2R)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-[4-(4-hydroxypiperidin-1-yl)phenyl]ethanamide;
  (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-[(1R)-1-methylpropyl]-2,5-dioxopiperazin-1-yl]-2-(2-fluoro-4-morpholin-4-ylphenyl)-N-isopropylethanamide;
  (2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(4-fluorophenyl)-N-(2,2,2-trifluoroethyl)ethanamide;
  (2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide;
  (2R)-N-cyclopropyl-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide;
  (2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-methylethanamide;
  (2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl] ethanamide;
  (3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-morpholin-4-yl-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione;
  (3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-(3-hydroxyazetidin-1-yl)-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione;

US 7,514,437 B2

195

(3R,6R)-1-[(1R)-2-azetidin-1-yl-1-(2,4-difluorophenyl)-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione;

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-(2-hydroxyethyl)-N-methylethanamide;

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-methyl-N-[2-(methylsulfonyl)ethyl]ethanamide;

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-methyl-N-(2,2,2-trifluoroethyl)ethanamide;

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-methyl-N-(pyridin-2-ylmethyl)ethanamide;

(3R,6R)-1-{(1R)-1-(2,4-difluorophenyl)-2-[4-(methylsulfonyl)piperazin-1-yl]-2-oxoethyl}-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione;

(2R)-2-(2,4-difluorophenyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-methoxy-N-methylethanamide;

(2R)-(2,4-difluorophenyl)[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanoic acid;

methyl   (2R)-(2,4-difluorophenyl)[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanoate;

propyl   (2R)-(2,4-difluorophenyl)[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanoate;

1-(acetyloxy)ethyl  (2R)-(2,4-difluorophenyl)[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanoate;

(2R)-N-(tert-butyl)-2-(2,4-difluorophenyl)-2-{(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-[(1R)-1-methylpropyl]-2,5-dioxopiperazin-1-yl}ethanamide;

(2R)-N-(tert-butyl)-2-(2,4-difluorophenyl)-2-{(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-[(1S)-1-methylpropyl]-2,5-dioxopiperazin-1-yl}ethanamide;

(3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-morpholin-4-yl-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-[(1S)-1-methylpropyl]piperazine-2,5-dione;

(3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-morpholin-4-yl-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-[(1R)-1-methylpropyl]piperazine-2,5-dione;

(3R,6R)-1-[(1R)-1-(2,4-difluorophenyl)-2-(3-fluoroazetidin-1-yl)-2-oxoethyl]-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutylpiperazine-2,5-dione;

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-[5-(trifluoromethyl)-2-furyl]ethanamide;

(2S)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-(5-methylthien-2-yl)ethanamide;

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-[5-(trifluoromethyl)-2-furyl]ethanamide;

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-(2-methyl-1,3-oxazol-4-yl)ethanamide;

196

(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-1-[(1R)-1-(2-methyl-1,3-oxazol-4-yl)-2-morpholin-4-yl-2-oxoethyl]piperazine-2,5-dione;

(2S)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-(5-methylthien-2-yl)ethanamide;

(2S)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(3-fluoro-5-methylthien-2-yl)-N,N-dimethylethanamide;

(2R)-2-(1-benzofuran-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide;

(2R)-2-(1,2,3-benzothiadiazol-6-yl)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide;

(2R)-2-(2,3-dihydro-1-benzofuran-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropylethanamide;

(2R)-2-(1,3-benzodioxol-5-yl)-N-(tert-butyl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]ethanamide;

(2R)-2-(benzofuran-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide;

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethyl-2-(2-methyl-1-benzofuran-5-yl)ethanamide;

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N-isopropyl-2-(2-methyl-1-benzofuran-5-yl)ethanamide;

(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-1-[(1R)-1-(2-methyl-1-benzofuran-5-yl)-2-morpholin-4-yl-2-oxoethyl]piperazine-2,5-dione;

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(2-fluoro-1-benzofuran-5-yl)-N,N-dimethylethanamide;

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(2-fluoro-1-benzofuran-5-yl)-N-isopropylethanamide;

(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-1-[(1R)-1-(2-fluoro-1-benzofuran-5-yl)-2-morpholin-4-yl-2-oxoethyl]-6-isobutylpiperazine-2,5-dione;

(2R)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-2-(1H-indol-6-yl)-N,N-dimethylethanamide; and

(2R)-2-(1-benzothien-5-yl)-2-[(3R,6R)-3-(2,3-dihydro-1H-inden-2-yl)-6-isobutyl-2,5-dioxopiperazin-1-yl]-N,N-dimethylethanamide; or a pharmaceutically acceptable salt thereof.

**11.** A pharmaceutical composition comprising a compound as defined in claim **1** or a pharmaceutically acceptable salt thereof and one or more pharmaceutically acceptable carriers.

**12.** A pharmaceutical composition comprising a compound as defined in claim **6** or a pharmaceutically acceptable salt thereof and one or more pharmaceutically acceptable carriers.

* * * * *